UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
LEVAR T. HENRY,

11 CIV. 2604

                                   Plaintiff,

                                                          COMPLAINT
                                                          UNDER THE

            -against-
                                                          CIVIL RIGHTS ACT,
                                                          42 U.S.C. §1983
SECURITY CAPTAIN MICHEAL WILLIAMS, Shield No.820;
CAPTAIN GAMBLE, Shield No.88; C.O. LAMAR, Shield No.          JURY TRIAL DEMAND
18472; C.O. MOHR, Shield No.17362; C.O. LEOCARDIO
ARIAS, Shield No. 17955; ACTING WARDEN CARLTON NEWTON;
CAPTAIN CRUZ; CAPTAIN MERCEL, Shield No.381; CAPTAIN
KELLY; DEPUTY WARDEN ELISEO PEREZ, JR.; CAPTAIN
SHERMA DUNBAR, Shield No.717; C.O. CAMPBELL, Shield No.
18645; CAPTAIN BANKS, Shield No.819; C.O. JOHNSON,
Shield No.8461; C.O. MCKELLER, Shield No. 10049; C.O.
DAVIS, Shield No.15633; and THE CITY OF NEW YORK,

                                   Defendants.

———————————————————————————————————X

        Plaintiff, Levar T. Henry, complaining of defendants herein,

respectfully alleges as follows:

                            JURISDICTION

        1. This is a civil action, seeking compensatory damages,

punitive damages and attorney's fees.

        2. This action is brought pursuant to 42 U.S.C. §§1983 and 1988

and the fourteenth amendment to the Constitution of the United States.

        3. Jurisdiction is founded upon 28 U.S.C. §§1331, 1343 and 1367.

        4. Plaintiff, invoking the pendent jurisdiction of this court,

also seeks monetary damages, both comensatory and punitive, as well as

for battery and due process.

                               VENUE

        5. Venue is properly alleged in the Southern District of

New York in that the acts complained of herein occurred within this

District.

                          JURY TRIAL DEMAND
        6. Plaintiff hereby demands a trial by jury of all issues in this

action that are so triable.

PARTIES

7. At all times relevant hereto, plaintiff, Levar T. Henry, was and is a natural person, resident in the County of New York and State of New York.

8. At all times relevant hereto, defendant SECURITY CAPTAIN MICHEAL WILLIAMS, Shield No.820 (hereinafter "WILLIAMS") was and is a natural person, employed by the Correction Department of defendant CITY OF NEW YORK.

9. At all times relevant hereto, defendant CAPTAIN GAMBLE, Shield No.88 (hereinafter "GAMBLE") was and is a natural person, employed by defendant CITY OF NEW YORK.

10. At all relevant times hereto, defendant C.O. LAMAR, Shield No. 18472 (hereinafter "LAMAR") was and is a natural person, employed by defendant CITY OF NEW YORK.

11. At all times relevant hereto, defendant C.O. MOHR, Shield No. 17362 (hereinafter "MOHR") was and is a natural person, employed by defendant CITY OF NEW YORK.

12. At all times relevant hereto, defendant C.O. LEOCARDIO ARIAS, Shield No.17955 (hereinafter "ARIAS") was and is a natural person, employed by defendant CITY OF NEW YORK.

13. At all times relevant hereto, defendant ACTING WARDEN CARLTON NEWTON (hereinafter "NEWTON") was and is a natural person, employed by defendant CITY OF NEW YORK.

14. At all times relevant hereto, defendant CAPTAIN CRUZ (hereinafter "CRUZ") was and is a natural person, employed by defendant CITY OF NEW YORK.

15. At all times relevant hereto, defendant CAPTAIN MERCEL, Shield No.381 (hereinafter "MERCEL") was and is a natural person, employed by defendant CITY OF NEW YORK.

2

16. At all times relevant hereto, defendant CAPTAIN KELLY (hereinafter "KELLY") was and is a natural person, employed by defendant CITY OF NEW YORK.

17. At all times relevant hereto, defendant DEPUTY WARDEN ELISEO PEREZ, JR. (hereinafter "PEREZ") was and is a natural person, employed by defendant CITY OF NEW YORK.

18. At all times relevant hereto, defendant CAPTAIN SHERMA DUNBAR, Shield No.717 (hereinafter "DUNBAR") was and is a natural person, employed by defendant CITY OF NEW YORK.

19. At all times relevant hereto, defendant C.O. CAMPBELL, Shield No. 18645 ( hereinafter " CAMPBELL") was and is a natural person, employed by defendant CITY OF NEW YORK.

20. At all times relevant hereto, defendant CAPTAIN BANKS, Shield No.819 (hereinafter "BANKS") was and is a natural person, employed by defendant CITY OF NEW YORK.

21. At all times relevant hereto, defendant C.O. JOHNSON, Shield No.8461 (hereinafter "JOHNSON") was and is a natural person, employed by defendant CITY OF NEW YORK.

22. At all times relevant hereto, defendant C.O. MCKELLER, Shield No.10049 (hereinafter "MCKELLER") was and is a natural person, employed by defendant CITY OF NEW YORK.

23. At all times relevant hereto, defendant C.O. DAVIS, Shield No. (hereinafter "DAVIS") was and is a natural person, employed by defendant CITY OF NEW YORK.

24. At all times relevant hereto, defendant CITY OF NEW YORK was and is a municipal corporation, organized and existing pursuant to the laws of the State of New York.

45. Plaintiff still cuffed dropped to his knees.
Sevarel hours later plaintiff was sent to the hospital.

46. Defendant WILLIAMS tried to make plaintiff sign a
statement saying plaintiff assulted officers. Plaintiff refused
to sign because he did not assult any officers.

47. Plaintiff returned from Elmhurst Hospital on or about
March 13,2010 approximately 9:00 A.M. Plaintiff was not given
medication prescribed by the Elmhurst Hospital doctors for pain.
Plaintiff was in pain sleeping on the floor of the intake pen#6
for three (3) days without pain prescribed medication. Suary
and Pope shared pen#6 with plaintiff.(EXHIBIT:D & J)

48. On or about March 15,2010, at approximately 10:25 P.M.,
Plaintiff was finally house in the Administrative Segregation
Quad 6 Lower. On or about March 15,2010, at approximately 12:00
P.M., Plaintiff was informed by C.O. McFarlin (Mack) in the inta-
ke area (pen#6) that a message was sent to Security stating
plaintiff would be killed and had to be removed from Anna M.
Kross Center (AMKC).

49. On or about March 16,2010, at approximately 7:00 A.M.,
Plaintiff filed a Grievance at the Anna M. Kross Center law
library. The form was notarized and dropped by plaintiff at the
"T" Grievance Box. No investigation was done. Plaintiff got no
response from AMKC Grievance Coordinator or defendant NEWTON. (EXHIBIT:E)

50. On or about March 16,2010, at approximately 9:00 A.M.,
plaintiff was escorted by defendant CRUZ, WILIAMS and multiple
correctional officers via van to the George R. Vierno Center, a
Rikers Island facility also known as MHAUII/ Punitive Segregation

Unit. Plaintiff was placed in this punitive housing area under
Pre-Housing Detention status (PHD). However, plaintiff is later
informed that he is being held in MHAUII/CPSU for a fight on
March 13,2010, which held the penalty of eight (8) days in
confinement. Defendant MERCEL advised plaintiff. Plaintiff was
in Elmhurst Hospital Center and Anna M. Kross Center (AMKC)
intake pen#6 on March 13,2010. As a result of false and maliciou-
sly accused by defendants plaintiff was put in the box. (EXHIBIT:F)

51. On or about March 17,2010, at approximately 7:00 A.M.,
defendant JOHNSON cuffed plaintiff to the back on a caged
transportation bus to Bronx Hall of Justice. Plaintiff informed
defendant JOHNSON of the injuries. The transportation bus has no
seat belts to stop plaintiff from shifting in the caged seat.
As a result plaintiff who by doctors orders was not suppose to
be cuffed to the back when not in a vehicle or in a vehicle was
badly injured. Painful noise came from plaintiff as it was imp-
ossible to keep his place with      an abnormal right arm. His limbs
slammed against the cage. Defendant JOHNSON told plaintiff,
"Do what you got to do but Im not cuffing you to the front".
Plaintiff was in pain and not suppose to be a MHAUII/CPSU
prisoner. Driver C.O. Linton Shield #1329.(EXHIBIT:G)

52. On or about March 17,2010, at approximately 10:00 A.M.,
defendant DAVIS of Bronx Hall of Justice refused plaintiff medic-
al treatment. Moreover, still re-cuffed plaintiff to the rear
after plaintiff advised defendant DAVIS of the injuries.

53. On or about March 17,2010, at approximately 6:00 P.M.,
defendant MCKELLER refused to cuff plaintiff to the front.
Plaintiff returned to Rikers Island in pain from the positioning
of his arm and the unpadded cages. Driver C.O. Ortiz Shield #15388.

54. On or about March 17,2010, at approximately 8:00 P.M.,

8

25. The individual defendants are sued in their individual capacities as well as in their capacities as employees of defendant CITY OF NEW YORK.

26. On or about April 16,2010, at approximately 1:38 P.M., this date being within ninety (90) days after the pendent state claim herein sued upon accrued, plaintiff served upon the Comptroller of the City of New York a verified notice of claim setting forth the time, place, nature, and manner in which said claim arose.(Claim No.2010P016336).

27. On or about May 29,2010, ths date being within ninety (90) days after the pendent state claim herein sued upon accrued, plaintiff served upon the Comptroller of the City of New York a verified written notice of claim setting forth the time, place, nature and manner in which said claim arose (Claim No.2010PI02110 7 and Claim No.2010PI021108).

28. More than thirty (30) days have elapsed since the aforesaid verified notice(s) of claim(s) was served and the Comptroller has neglected and refused to make payment of said claim(s).

29. This action is commenced within one year and ninety days from the date the pendent claim herein accrued. (EXHIBIT:A)

## AS AND FOR A FIRST CAUSE OF ACTION AGAINST THE INDIVIDUAL DEFENDANTS

30. Plaintiff repeats, reiterates, and realleges each and every allegation contained in paragraphs "1" through "29" hereinabove as if more fully set forth at length herein.

31. On or about March 12,2010, at approximately 5:55 P.M., plaintiff was an inmate incarcerated in the designated as Quad 10 Lower in Anna M. Kross Center, which is located on Rikers Island in the County of Bronx, City and State of New York, with a post office address of 18-18 Hazen Street, East Elmhurst, New York

32. At the aforementioned time and place, plaintiff was told to step through the B-Gate. Thinking nothing of it without delay or resistance plaintiff stepped through it (B-Gate). The B-Gate shut behind plaintiff. It was a Friday evening and plaintiff had just returned from a nightly medication run just 30-40 minutes prior. The B-Gate shut.

33. Defendants GAMBLE,LAMAR, MOHR, and ARIAS surround plaintiff. There was another officer who stood futher back named C.O. Bryant. C.O. Bryant seemed to stand clueless or ignorant.

34. At the aforementioned time and place, plaintiff was verbally assulted with spit popping from the mouth of GAMBLE, who shouted into plaintiffs face,"Pack up now orders of Captain Williams". GAMBLE gave no explaination or probable cause.

35. Plaintiff did not respond or understand GAMBLES rage. However, plaintiff has had bad history with WILLIAMS. Defendant GAMBLE, LAMAR, MOHR, and ARIAS, acting at the aformentioned directions of defendants WILLIAMS and NEWTON, were sent to harrass plaintiff. (EXHIBIT:B)

36. Plaintiff was not given an opportunity to agree, object, or resist. The B-Gate leading to plaintiffs cell location (#15) where the property to be packed was still shut. Plaintiff was trapped.

37. Defendant LAMAR, without probable cause to do so "pepper-sprayed" plaintiff in the face blinding him and began hitting plaintiff busting his lip.

38. Defendant LAMAR grabbed plaintiffs left arm while Defendant MOHR twisting plaintiffs right arm. Defendants MOHR and LAMAR violently played tug-of-war with plaintiffs limbs, LAMAR released and MOHR violently slammed plaintiff to the floor.

Defendant MOHR continued to administer a marital arts type twist on plaintiffs right arm even after plaintiff was flat on his chest. C.O. Bryant started shouting,"You breaking his arm, get off his arm--he's not resisting". C.O. Bryant observed defendants LAMAR, MOHR, GAMBLE and ARIAS administering the beating to plaintiff. The use of force was unnecessary. Plaintiff was cuffed and unconscious.

39. Plaintiff was cuffed and unconscious.

40. Defendants ARIAS, LAMAR and MOHR began to kick and stomp plaintiff in the right side of his head, back, arm and leg while plaintiff was cuffed, flat on his chest and leftside pressed along the wall.

41. Other inmates, upon information and belief, started to throw food trays, garbage, water and juice through through the B-Gate to stop the beating of plaintiff.

42. After being beaten as foresaid, plaintiff was left lying on the floor for a period of time in chemical agents and blood. Plaintiff awoke coughing and throwing up blood. A Probe Team now present was beating on other inmates inside Quad 10 Lower.

43. Plaintiff was taken to the intake shower area with other cuffed inmates Saury, Pope and Baker from Quad 10 Lower. All were badly injuried, coughing, bleeding, and crying. Plaintiff was instructed to put his face under a shower, then photo's were taken. (EXHIBIT:C)

44. Defendant WILLIAMS ran into the shower area and struck plaintiff with one right hook. Inv. Captain Shannon observed defendant WILLIAMS administer the closed fist punch to plaintiffs face. WILLIAMS, without probable cause assulted plaintiff.

6

defendants CAMPBELL and BANKS refused to send plaintiff to be med-
ically treated after returning to MHAUII/CPSU. Moreover, refused
to move plaintiff from the unit. Plaintiff had no infraction
pending. Plaintiff phone was kept off for 4 days by defendants.(EXHIBIT:H)

55. On or about March 23,2010, plaintiff was released from
MHAUII/CPSU to GRVC population (8A 23 cell).

56. On or about May 4,2010, plaintiff returned from the law
library (GRVC) to 8A 23 cell. Five minutes later defendants KELLY,
DUNBAR and other correctional city employees storm plaintiffs
assigned cell grabbed plaintiff from the bed and violently slamm-
ed him against the rear cell wall and twisted his right arm beh-
ind his back sending plaintiff into instant shocking pain in his
injured abnormal right elbow. Plaintiff was then violently slapp-
ed 6-7 times by defendant DUNBAR. Defendant KELLY cuffed plaintif-
f to the back. Defendant KELLY did not want to see plaintiffs
Doctors note regarding cuffing plaintiff to the back not to be
done.

57. On or about May 4,2010, at approximately 7:00 P.M.,
plaintiff was put into MHAUII/CPSU (11A) for eight (8) more days.
Plaintiff did not owe these bing days to NYDC. Defendants KELLY
and DUNBAR, acting at the aforementioned directions of defendant
PEREZ. Plaintiff was not allowed to use the phone until May 11,
2010. (EXHIBIT:I)

58. Plaintiff never received an infraction or displinary
hearing. Plaintiff was falsely and maliciously accused of owing
MHAUII/CPSU (Bing) days. G.R.V.C. Grivance Staff never responded.

59. On or about December 1,2008 - September 23,2010 plainti-
ff was made to wear cheap flat temporary walking shoes with no
arch support for long periods of time. Defendant CITY OF NEW

YORK issued foot wear that caused fungus to plaintiffs feet. It would take Defendant CITY OF NEW YORK trained employees 6½ to 8 months to replace worn out badly torn foot wear (shoes). The heel produced a gray rubber that floats around inside of the shoe when plaintiff was made to wear them for long periods of time. Moreover, the size plaintiff wears were never in stock. The plaintiff wears a size 8½, but he would be given a size 7 or size 12 shoe. Defendant CITY OF NEW YORK employees felt it was perfectly normal for plaintiff to wear CITY OF NEW YORK issued foot wear four (4) sizes to big or some he had to squeeze his foot in with his heel and socks on the ground floor. Plaintiff was even given already worn foot wear that had funk from the next inmate. Plaintiff grieved multiple times and went to doctors multiple times about pain and fungus to his feet. (EXHIBIT:J).

60 . The individual defendants violated plaintiffs right to the due process of law guaranteed to him by the fourteenth amendment to the Constitution of the United States in that, acting under color of state law, they, without any cause or provocation whatsoever, brutally and severely beat and humiliated him, falsely accused and not accusing him of instigating an altercation and improperly investigating death threats, improperly unfairly and unjustly disciplined him.

61. Because of the aforesaid acts committed by the individual defendants of 18-18 Hazen St. and 09-09 Hazen St. (East Elmhurst, New York 11370),and Transit Department (NYCTD), and Bronx Hall of Justice, plaintiff suffered a deprivation of the right to the due process of law guaranteed to him by the fourteenth amendment to the Constitution of the United States and, as a

result, suffered, and continues to suffer, serious and permanent physical and emotional injuries, has required and continue to require medical treatment for his injuries and was placed in solitary confinement for nothing.

62. By reason of the aforementioned unconstitutional and illegal actions taken against him by the individual defendants, plaintiff has been damaged in the amount of Five Hundred Thousand ($500,000) Dollars and demands an additional Two Hundred Sixty Thousand ($260,000) Dollars as punitive damages against the individual defendants.

AS AND FOR A SECOND CAUSE OF ACTION
AGAINST ALL DEFENDANTS
(BATTERY)

63. Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs "1" though "62" hereinabove as if more fully set forth at length herein.

64. On or about March 12,2010, at approximately 5:55 P.M., in the area designed as Quad 10 Lower in the Anna M. Kross Center on Rikers Island, County of Bronx, City and State of New York, the individual defendants hereto, without probable cause to do so, offensively touched plaintiff by pepper-spraying him, mutilating his arm, handcuffing him, repeatedly stricking him, kicking him, punching him in the face and slaming him to the floor, cracking his tooth.

65. On or about May 4,2010, at approximately 10:40 A.M., in the area designed as 8A 23 cell in the George R. Vierno Center on Rikers Island, County of Bronx, City and State of New York, the individual defendants hereto, without probable cause to do so, offensively touched plaintiff by violently grabbing him from

the bunk, twisting his injured right arm, violently slapping him repeatedly, cuffing him.

66. The aforesaid force used by the individual defendants was not reasonable under the circumstances.

67. At the aforesaid time and place, the individual defendants were acting within the scope of their employment defendant CITY OF NEW YORK.

68. By reason of the aforesaid battery committed against him by the individual defendants, while they were acting within the scope of their employment by defendant CITY OF NEW YORK, plaintiff suffered, and continues to suffer, serious and permanent physical and emotional injuries and has required and continue to require medical treatment for his injuries.

69. As a result of the battery committed upon him by the individual defendants, while they were acting within the scope of their employment by defendant CITY OF NEW YORK, plaintiff has been damaged in the amount of Five Hundred Thousand ($500,000) Dollars and demands an additional Two Hundred Sixty Thousand ($260,000) Dollars as punitive damages against the individual defendants.

WHEREFORE, plaintiff, LEVAR T. HENRY, demands judgment against defendants, SECURITY CAPTAIN MICHEAL WILLAIMS, Shield No.820, CAPTAIN GAMBLE, Shield No.88, C.O. LEOCARDIO ARIAS, Shield No.17955, C.O. LAMAR, Shield No.18472, C.O. MOHR, Shield No.17362, ACTING WARDEN CARLTON NEWTON, CAPTAIN CRUZ, CAPTAIN MERCEL, Shield No.381, CAPTAIN KELLY, DEPUTY WARDEN ELISEO PEREZ, JR., CAPTAIN SHERMA DUNBAR, Shield No.717, C.O. CAMPBELL, Shield No.18645, CAPTAIN BANKS, Shield No. 819, C.O. JOHNSON,

12

Shield No.8461, C.O. MCKELLER, Shield No.10049, C.O. DAVIS, Shield No.15633, and THE CITY OF NEW YORK, as follows:

FIRST CAUSE OF ACTION:   Five Hundred Thousand ($500,000.00) Dollars and an additional Two Hundred Sixty Thousand ($260,000.00) Dollars as punitive damages against the individual defendants;

SECOND CAUSE OF ACTION:  Five Hundred Thousand ($500,000.00) Dollars and an additional Two Hundred Sixty Thousand ($260,000.00) Dollars as punitive damages against the individual defendants.

In addition, plaintiff demands the cost and disburements of this action, including his attorney's fee's (if an attorney is needed at trial or prior to trial), pursauant to 42 U.S.C. §1988.

Dated: Ossining, New York
       April 5,2011

LEVAR T. HENRY
Plaintiff Pro Se
DIN: 10A4556
Sing Sing Corr. Facility
354 Hunter Street
Ossining, New York 10562

13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK _____X
LEVAR T. HENRY,
                        Plaintiff,


        -against-

SECURITY CAPTAIN MICHEAL WILLIAMS, et. al,

                        Defendants.
_____X




EXHIBITS

<u>A</u> - <u>J</u>

PAGES 1 to 163




*See EXHIBIT "J" for plaintiff medical records. Whatever
medical record document not enclosed in "J" will be
provided upon request.

EXHIBIT

<u>A</u>

PAGES 1 to 14



# CLAIM AGAINST THE CITY OF NEW YORK
## PERSONAL INJURY

This claim must be filed either in person or by registered or certified mail within 90 days from the date of occurrence at the Office of the Comptroller, Municipal Building, Room 1225 1 Centre Street, New York, N.Y. 10007.

To The Comptroller of The City of New York: I herewith present my claim against the City of New York.



TYPE or PRINT INFORMATION

**PERSONAL INFORMATION**

Name Of Claimant — Last **HENRY** | First **LEVAR** | Age **32** | Date of Birth **11/02/77** Month Day Year | If Married, Spouse's Name

Address Number & Street | City (Borough) | State | Zip | Home Phone
**09-09 HAZEN STREET, EAST ELMHURST, NEW YORK 11370** | ( ) **N/A**

**ACCIDENT INFORMATION**

Date Of Accident **3/12/10** Month Day Year | Exact Location Of Accident _____

Time **1755** [ ] AM [X] PM | Describe How Accident Happened:

**WHILE IN HAND CUFFS**

Was There a Witness to Accident? [X] Yes [ ] No | If Yes, Give Name, LAST / FIRST
BAKER SEAN
POPE JAMES
DESANTIS LAWRENCE

Address & Phone No. of Witness ( ) NUMBER & STREET CITY (BOROUGH) STATE ZIP PHONE
**18-18 HAZEN STREET**
**E.ELMHURST, NY 11370**

Were Police Present at Accident [ ] Yes [ ] No | Name Of LAST FIRST BADGE # PRECINCT Police Officer

**MEDICAL INFORMATION**
Where Was First Medical Treatment **ELMHURST HOSPITAL** | Date Of First Medical Treatment : **03/13/10**

**SEE ATTACHED**

Was Claimant Taken to Hospital By Ambulance? [X] YES [ ] NO | Was Claimant Admitted to Emergency Room? [X] YES [ ] NO

Name of Hospital **ELMHURST HOSPITAL** : Date of treatment **03/13/10**

Name of Doctor Treating Injury: **N/A**

Address Of Doctor: **N/A**

Describe Your Injury In Detail: **HAND CUFFED, SPRAYED WITH MACE, PUNCHED AND STOMPED IN THE RIGHT SIDE OF HEAD, STAFF TRIED TO BREAK ARM(Right), KNOCKED OUT... TOOTH CRACKED ON RIGHT SIDE, KNEE INJURY.**

**EMPLOYMENT INFORMATION**

Status At Time of accident [ ] Employed [X] Unemployed Amount earned weekly $ _____

Number of days lost _____ : [ ] Retired $ Loss (if any) _____

Employer's Name | _____ Employer's Address; _____

Your Security # ████████ •

**DOCTOR AND HOSPITAL EXPENSES**

Amount of Doctor Bills Submitted [ ] Yes [ ] No: Are Any Hospital Bills If Any Submitted [ ] Yes [ ] No: Amount of $ **N/A**

Are Bills submitted With Claim [ ] YES [ ] NO: Amount $ _____

**COMPLETE THIS SECTION IF ACCIDENT INVOLVED NYC OWNED VEHICLE**

Was Claimant the Owner of Vehicle Involved in Collision? [ ] Yes [ ] No | If No: Owner's Name: **N/A** Last _____ First _____

Owner's Address
Was Claimant the Driver [ ] Yes [ ] No | Was Claimant a Passenger? [ ] Yes [ ] No

**NYC VEHICLE AND DRIVER INFORMATION**

Name of NYC Driver : Last **N/A** First _____ | NYC License Plate # _____

Employed By (Provide Name of City Agency) _____ | TOTAL AMOUNT CLAIMED AS DAMAGES FOR ACCIDENT $ _____

Signature of Claimant X _____ Date: **4-13-10**

STATE OF NEW YORK
COUNTY OF _____

I, **LEVAR HENRY** , being duly sworn deposes and says that I have read the foregoing NOTICE OF CLAIM and know the contents thereof; that same is true to the best of my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

Signature of If Claimant _____

If Not Settled, You Must Start Legal Action Within One and 90 Days From Date of Accident.

ROSE F. OLANIYI
NOTARY PUBLIC STATE OF NEW YORK
No. 01OL6298822
Qualified in Queens County
My Commission Expires July 13, 2013
Sworn to before me this ____ April 2010
Signature _____



 **THE**
**LEGAL**
**AID**
**SOCIETY**

Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3530
F (212) 509-8433
www.legal-aid.org

Blaine (Fin) V. Fogg
*President*

Steven Banks
*Attorney-in-Chief*

Adriene L. Holder
*Attorney-in-Charge*
Civil Practice

John Boston
*Project Director*
Prisoners' Rights Project

April 16, 2010

Mr. Levar Henry
349-07-21085
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370

      Re:    Notice of Claim

Dear Mr. Henry,

      Please find herewith: 1) your time-stamped notice of claim form, which I filed at the New York City Comptroller's office this afternoon, and 2) copies of requests for your medical records, which I sent to CHS and Elmhurst Hospital. When I receive your medical records, I will send a copy to you.

      The Prisoners' Rights Project is a small test case unit of the Legal Aid Society and we do not represent individual inmates in their individual lawsuits. We focus our limited resources on class action litigation challenging unconstitutional conditions of confinement in New York City jails and New York State prisons. In this manner, we are able to address the problems faced by large groups of individuals. However, please understand that we are not your lawyers, and that we do not represent you in this matter.

                  Very truly yours,

                  Joseph G. Cleemann
                  Law Graduate Extern



 **THE LEGAL AID SOCIETY**

Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3530
F (212) 509-8433
www.legal-aid.org

Blaine (Fin) V. Fogg
*President*

Steven Banks
*Attorney-in-Chief*

Adriene L. Holder
*Attorney-in-Charge*
Civil Practice

John Boston
*Project Director*
Prisoners' Rights Project

April 16, 2010

Ms. Juana Perez
Medical Records Access Officer
Correctional Health Services
Department of Health and Mental Hygiene
233 Broadway, 26th Floor
New York, New York 10007

**Re: Levar Henry, 349-07-21085**

Dear Ms. Perez:

Pursuant to the enclosed release for medical records, please send a complete copy of the medical records for Levar Henry, who is an inmate in custody of the Department of Correction.

This request also encompasses medical records which may be kept separately from the medical chart in another location, including, but not limited to, all Urgicare center, specialty clinic, and pharmacy administration records for this patient.

Thank you for your attention to this matter.

Sincerely,

JOSEPH CLEEMANN
Law Graduate Extern

Enclosure





**THE LEGAL AID SOCIETY**

Prisoners' Rights Project
199 Water Street
New York, NY 10038
T (212) 577-3530
F (212) 509-8433
www.legal-aid.org

Blaine (Fin) V. Fogg
*President*

Steven Banks
*Attorney-in-Chief*

Adriene L. Holder
*Attorney-in-Charge*
Civil Practice

John Boston
*Project Director*
Prisoners' Rights Project

April 16, 2010

Elmhurst Hospital Center
79-01 Broadway
Elmhurst, NY 11373
Attn: Medical Records

**Re: Levar Henry, 349-07-21085**

To Whom It May Concern:

Please send a complete copy of the medical records, including the outpatient clinic records and in-patient hospitalization records, scheduling and appointment records of Levar Henry, who is an inmate of the Department of Correction. Enclosed is a signed medical release authorizing disclosure of these records.

Thank you for your attention to this matter.

Sincerely yours,

JOSEPH CLEEMANN
Law Graduate Extern

Enclosure





DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Michael R. Bloomberg
*Mayor*

Thomas R. Frieden, M.D., M.P.H.
*Commissioner*

nyc.gov/health

NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE
CORRECTIONAL HEALTH SERVICES

AUTHORIZATION FOR DISCLOSURE OF MEDICAL RECORDS NCLUDING
CONFIDENTIAL HIV RELATED INFORMATION

Patient (Print Name): *Levar Henry*    Date of Birth: *11/2/77*

Book and Case Number: *349-07-21085*    NYSID Number *78 39162 Z*

Date(s) of Incarceration: *11/15/07 - Present*

Facility/Facilities: *AMKC, GRVC, ALL*

1. I hereby request and authorize the New York City Department of Health and Mental Hygiene Correctional Health Services ("CHS") to provide a copy of any medical, mental health and dental records relating to the treatment I received while incarcerated at the above facility or facilities, to the following Person(s) or Organization(s) whose full names and addresses are listed below [**Required**]:

   *THE LEGAL AID SOCIETY*
   *199 WATER STREET 6TH FLOOR*
   *NEW YORK, NY 10038*

2. If the requested records contain information pertaining to drug or alcohol treatment or contain HIV related information, I specifically authorize the release of such information by initialing each of the following paragraphs. **If I do not initial each of the following paragraphs, CHS will remove the information described in that paragraph from the copy of records provided pursuant to this release.**

   *LAH*
   *initials*
   I understand that if my records contain information concerning drug or alcohol treatment, this information will be released pursuant to this consent form.

   *LAH*
   *initials*
   I understand that if my records contain confidential HIV related information, such information will be released pursuant to this consent form. Confidential HIV related information is any information indicating that a person was administered an HIV test or has HIV infection, HIV related illness or AIDS, or is any information which could indicate a person has been potentially exposed to HIV.

3. Revocation of this authorization: I understand that I may revoke this authorization, in writing, at any time by delivering or sending a copy of the written revocation to CHS. I also understand that I may not revoke this authorization to the extent that CHS has already

| Patient Name *Lever Henry* | Date of Birth *11/2/77* | Social Security Number ▨▨▨▨▨ |
|---|---|---|
| Patient Address *Grove - 09-09 Hazen St. East Elmhurst NY* | | |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form: In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to **ALCOHOL** and **DRUG ABUSE, MENTAL HEALTH TREATMENT**, except psychotherapy notes, and **CONFIDENTIAL HIV\* RELATED INFORMATION** only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. **THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).**

7. Name and address of health provider or entity to release this information:
*Elmhurst Hospital (NYC-HHC)*

8. Name and address of person(s) or category of person to whom this information will be sent:
*Legal Aid - PRP - 199 Water Street NY NY 10038*

9(a). Specific information to be released:
☐ Medical Record from (insert date) _____ to (insert date) _____
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: *(Indicate by Initialing)*
X _____ Alcohol/Drug Treatment
X _____ Mental Health Information
X _____ HIV-Related Information

**Authorization to Discuss Health Information**

(b) ☐ By initialing here X _____ I authorize ~~~~~~ *Elmhurst Hospital* X _____
　　　　　initials　　　　　　　　　　　　Name of individual health care provider *(NYC-HHC)*

to discuss my health information with my attorney, or a governmental agency, listed here:
_____ *Legal Aid - PRP* _____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: <br> ☑ At request of individual <br> ☐ Other: | 11. Date or event on which this authorization will expire: *1/1/2015* |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

X _____        Date: X *4/14/10*
Signature of patient or representative authorized by law.

\* **Human Immunodeficiency Virus that causes AIDS.** The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.



**THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER**
1 CENTRE STREET, NEW YORK, N.Y. 10007-2341

**John C. Liu**
COMPTROLLER

015 - 196

Date:      05/24/2010
Claim no: 2010PI016336
Claimant: LEVAR HENRY

LEVAR HENRY  -349-07-01095
09-09 HAZEN ST
EAST ELMHURST, NY 11370 -

Dear LEVAR HENRY:

This office is in receipt of your inquiry regarding your claim.  In order to assist us in evaluating the
claim, please provide the following:

✓  Copies of hospital and doctor records indicating a diagnosis

___  Photos of the defect and area where you allegedly fell

___  Copies of bills and proof of payment to medical providers

___  Copies of your pay stubs & proof of lost wages from your employer

✓  Your social security number  __ __ __ - __ __ - __ __ __ __

✓  Your date of birth          __ __ / __ __ / __ __ __ __

___  Other: _____

If you have any questions, please contact me at  (212) 669-4765
Please be advised that if we are unable to reach a settlement you must begin a lawsuit
within one year and ninety days of the occurrence in order to preserve your rights under the law.

Sincerely,

_____
CHARLES CASTALDO
- -   EXAMINER   - -

## PERSONAL INJURY CLAIM FORM

Claim must be filed *in person or by registered or certified mail within 90 days of the occurrence* at the NYC Comptroller's Office 1 Centre St. Room 1225, New York, New York 10007. It must be *notarized*. If claim is not resolved within *1 yr and 90 days of the occurrence* you must start legal action to preserve your rights

To the Comptroller of the City of NY: I herewith present my claim against the City of New York
TYPE OR PRINT

### PERSONAL INFORMATION

Last Name of Claimant **HENRY**                    First Name **LEVAR**

**09-09 HAZEN STREET, E.ELMHURST, NY 11370**
Address                                Borough                          Zip Code

**11/02/77**                    ▓▓▓▓▓▓▓▓                    **N/A**
Date of Birth                        Social Security #                    Telephone #

                    **N/A**
Cell #                    Fax #                        E-Mail Address

_____

### ACCIDENT / INCIDENT INFORMATION

**5/04/10-5/11/10**
**3/16/10-3/23/10    09-09 HAZEN ST.,E.ELMHURST,NY 11370(MHAUII/RIKERS ISLAND)**
Date of Incident          Exact Location of Incident

As a direct result of unlawful imposition,imprisonment and inforcement of wrongf
ully~~given CPSU~~,Levar Henry has ~~suffered actual damage in forms involving, witho
ut limitation~~,mental anguish,pain & suffering. Mr.Henry was held 8 days in March
and ~~8 days in May. Henry owed NYCD no MHAUII/CPSU time prior~~ to these dates.
The NYCD's computer and/or staff keeps reissuing 8 days to Mr.Henry for no reaso
n. 16 total combined MHAUII/CPSU days,23hr. lock ~~down~~. 8 days no phone.
Addresses of Witness(s)

Were Police present at accident site  Yes (  )  No (  )      Police Report # _____

Police Officer's Names(s) _____  Shield # _____  Precinct _____

Please attach photos of accident scene and/or damage if available

### MEDICAL INFORMATION

Date of First Treatment                Location of first Medical Treatment

Was claimant taken          Date treated in              Name of Hospital
by ambulance                emergency room

Name and address of treating physician(s)

Describe injury in detail

Name & Address of your Health insurer                Policy #
$_____          $_____        $_____            $_____
Total Out of Pocket Expenses    Doctors        Hospital            Other

Please attach related bills and receipts



## EMPLOYMENT INFORMATION

Status on day of accident
Employed ( )
Unemployed ( )

Amount earned
weekly $ _____

Days lost
from work _____

Employer's Name _____

Address _____

Telephone _____

## COMPLETE IF ACCIDENT INVOLVES A NYC OWNED VEHICLE

Was claimant the owner
of the vehicle _____

If no, name & address of owner _____

Was claimant the
( ) driver
( ) passenger

Name & Address of insurance Company _____

Policy # _____

Make, Model, Year of Car Claimant was in _____ Plate # _____ Registration # _____

Plate # of NYC Vehicle _____ City Agency Involved _____ Name of City Driver _____

**MAY 25, 2010**
Date

Signature of Claimant **LEVAR HENRY**

State of New York:
County of **BX.**

I, **Levar Henry** _____, being duly sworn deposes and says that I have read the foregoing NOTICE OF CLIAM and know the contents thereof; that same is true to the best of my own knowledge, except as to the matter here stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

Signature of
Claimant _____

**LEVAR HENRY**
**349-07-21085**
**09-09 HAZEN STREET**
**E.EKMHURST, NY 11370**

Sworn before me this day
Signature of notary _____ May 25 2010

**Andre Bethea**
**Notary Public State Of New York**
**Kings County**
**NO. 01BE6191493**
**Commission Expires Aug. 18 2012**



# PERSONAL INJURY CLAIM FORM

Claim must be filed *in person or by registered or certified mail within 90 days of the occurrence* at the NYC Comptroller's Office 1 Centre St. Room 1225, New York, New York 10007. It must be *notarized*. If claim is not resolved within *1 yr and 90 days of the occurrence* you must start legal action to preserve your rights

To the Comptroller of the City of NY: I herewith present my claim against the City of New York
TYPE OR PRINT

### PERSONAL INFORMATION

Last Name of Claimant **HENRY**          First Name **LEVAR**

**09-09 HAZEN STREET, E.ELMHURST, NY 11370**
Address                          Borough                          Zip Code

**11/02/77**
Date of Birth          Social Security #          **N/A** Inmate #

_____
Cell #          Fax #          E-Mail Address

### ACCIDENT / INCIDENT INFORMATION

**5-20-10   09-09 HAZEN STREET, E.ELMHURST, NY 11370** (RIKERS ISLAND)
Date of Incident          Exact Location of Incident

**PAIN IN FEET/FEET FUNGUS FROM CITY FOOT WEAR. NO SIZE 9-10. CLAIMANT HAS DIFFICULTY WALKING IN A CHEAP SHOE SINCE 12/08.**
Time ( ) AM ( ) PM          Describe how incident happened

Names(s) of Witness(s)

Addresses of Witness(s)

Were Police present at accident site   Yes ( )   No ( )          Police Report #

Police Officer's Names(s)          Shield #          Precinct

Please attach photos of accident scene and/or damage if available

### MEDICAL INFORMATION

**SEE RIKERS ISLAND MEDICAL FILE OF MR.HENRY.**
Date of First Treatment          Location of first Medical Treatment

Was claimant taken          Date treated in          Name of Hospital
by ambulance          emergency room

Name and address of treating physician(s)

Describe injury in detail

Name & Address of your Health Insurer          Policy #

$_____          $_____          $_____
Total Out of Pocket Expenses          Doctors          Hospital          Other

Please attach related bills and receipts

### EMPLOYMENT INFORMATION

Status on day of accident          Amount earned          Days lost
Employed ( )          weekly $ _____          from work _____
Unemployed ( )

Employer's Name          Address          Telephone

### COMPLETE IF ACCIDENT INVOLVES A NYC OWNED VEHICLE

Was claimant the owner          If no, name & address of owner
of the vehicle

Was claimant the          Name & Address of  Insurance Company          Policy #
( ) driver
( ) passenger

(11)

| Make, Model, Year of Car Claimant was in | Plate # | | Registration # |
|---|---|---|---|
| Plate # of NYC Vehicle | City Agency Involved | | Name of City Driver |

**5/25/10**
Date

Signature of Claimant

**LEVAR HENRY**

State of New York
County of **BRONX**

**LEVAR HENRY**_____, being duly sworn deposes and says that I have read the foregoing NOTICE OF CLIAM and know the contents thereof; that same is true to the best of my own knowledge, except as to the matter here stated to be alleged upon information and belief, and as to those matters, I believe them to be true

Signature of
Claimant

Sworn before me this day
Signature of notary _____ *May 25 2010*

**LEVAR HENRY**
**349-0721085**
**09-09 HAZEN STREET**
**E.ELMHURST, NY 11370**

Andre Bethea
Notary Public State Of New York
Kings County
NO. 01BE6191493
Commission Expires Aug. 18 2012



**THE CITY OF NEW YORK**
**OFFICE OF THE COMPTROLLER**
**CLAIMS AND ADJUDICATIONS**
**1 CENTRE STREET ROOM 1200**
**NEW YORK, N.Y. 10007-2341**

WWW.COMPTROLLER.NYC.GOV

⑫

Michael Aaronson
Chief, Bureau of Law and
Adjustment

**John C. Liu**
COMPTROLLER

015 - 151

Date:    06/18/2010
Claim No:  2010PI021107
RE:     Acknowledgment of Claim

LEVAR HENRY 3490721085
09-09 HAZEN ST
BRONX, NY 11370

Dear Claimant:

We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence.**

If you have any questions regarding your claim, you may contact us at either 212-669-8750 for property damage claims or 212-669-4445 for claims involving personal injury.

Sincerely,
Michael Aaronson



**THE CITY OF NEW YORK**
**OFFICE OF THE COMPTROLLER**
**CLAIMS AND ADJUDICATIONS**
**1 CENTRE STREET ROOM 1200**
**NEW YORK, N.Y. 10007-2341**

WWW.COMPTROLLER.NYC.GOV

Michael Aaronson
Chief, Bureau of Law and
Adjustment

**John C. Liu**
**COMPTROLLER**

015 - 151

Date:        06/18/2010
Claim No:  2010PI021108
RE:           Acknowledgment of Claim

LEVAR HENRY 3490721085
09-09 HAZEN ST
BRONX, NY 11370

Dear Claimant:

We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence**.

If you have any questions regarding your claim, you may contact us at either 212-669-8750 for property damage claims or 212-669-4445 for claims involving personal injury.

Sincerely,
Michael Aaronson



TO: OFFICE OF THE COMPTROLLER
   1 CENTRE STREET, RM # 1225 / RM # 1200
   N.Y.  N.Y. 10007 - 2341
FROM: MR. CEVAR HENRY # 10A4556
   SING SING CORR. FACILITY
   354 HUNTER STREET
   OSSINING, N.Y. 10562
DATE: JAN 2, 2011
   RE: ADDRESS CHANGE


      I WAS MOVED BACK TO SING SING CORRECTIONAL
FACILITY AFTER A COURT DATE ON DECEMBER 31, 2010.

      CLAIM No. 2010PIO16336
      CLAIM No. 2010PIO21107
      CLAIM No. 2010PIO21108

      IF POSSIBLE PLEASE ADVISE OF THE CURRENT
STATUS OF THESE CLAIM NUMBERS LISTED.


                  SINCERELY,



cc: File

EXHIBIT

B

PAGE 15



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------X

Levar Henry, Book & Case Number 349-07-21085,

                              Petitioner,

        -against-                                    Index #340392-08

NYC Department of Correction, Warden of
OBCC/CPSU
                              Respondent.
------------------------------------------------------------------X

     It is hereby stipulated and agreed to by the parties off record on September 19, 2008 as follows:

     Petition is sustained regarding infraction 092308. Any punitive segregation time imposed is vacated. All Good time lost is restored.

     The twenty-five dollar disciplinary fee is to be refunded to the inmates account, forthwith.

     It is further agreed that any and all reference to this infraction will immediately be expunged from the inmate's record.


Dated: September 19, 2008

                                   So Ordered,

                                   _____
                                   A.J.S.C.


_____          _____
Faye Yelardy for                          Amber M. Ramanauskas, Legal Aid Society for
NYC DEPARTMENT OF                         PETITIONER LEVAR HENRY
CORRECTIONS

EXHIBIT

C
PAGES 16 to 17



# TRACIE A. SUNDACK & ASSOCIATES, L.L.C.
## ATTORNEYS AT LAW

19 COURT STREET
THIRD FLOOR
WHITE PLAINS, NEW YORK 10601

TRACIE A. SUNDACK

JEFFREY R. POLLACK
ALBERT PIZZIRUSSO

WEB: SUNDACKLAW.COM

TEL: (914) 946-8100
(212) 267-8400
FAX: (914) 946-9585

April 9, 2010

Mr. Levar Henry
B/C#: 349-07-21085
18-18 Hazen Street
East Elmhurst, New York 11370

Dear Mr. Henry:

I am in receipt of a letter from Mr. James Pope stating you were also involved in an incident and your request for representation. Please be advised that after a review of the paperwork, I find that I will be unable to represent you on your claim. However, that does not mean you do not have a viable claim and suggest you contact another attorney immediately.

Thank you for considering my firm for representation.

Very truly yours,

Tracie A. Sundack /ec

Tracie A. Sundack

TAS:ec

## WITNESSES

1- Sean Baker,   B&C#825-08-02525, NYSID#00753055Y

2- James Pope   B&C#241-10-01941, NYSID#08871121R

3- Rene Saury,   B&c#241-09-12325, NYSID#01309781Y

4- E. Pedroza,   B&C#875-09-01126

5- Lawrance Desantis, B&C#441-10-00719

6- J. Rivera,   B&C#241-07-11766

7- Thompson, Quad 10 Lower 7 Cell

8- Youmans,   Quad 10 Lower 18 Cell

9- Ward,S.,   Quad 10 Lower

10- Caldwell, Quad 10 Lower 29 Cell

11- Joseph,   Quad 10 Lower 2 Cell

12- Nevez,   Quad 10 Lower 6 Cell

13- Tyrone White, B&C#825-10-00582, #6 Pen

14- Victor Phillips, B&C#349-10-00741, #6 Pen

15- Julius Curry, B&C#349-09-04153, #6 Pen

16- Captain Shannon, Shield No.1628

17- C.O. Bryant

18- C.O. McFarlin

(18)

Henry, Levar
DOB: 11/07/1977 32Y M
V#: 2886097-1
ADM: 03/13/10

EXHIBIT

E

PAGE 19

# GRIEVANT'S STATEMENT FORM

FACILITY: **ANNA M. KROSS CENTER (AMKC)**    GRIEVANCE# _____

GRIEVANT'S NAME ___LEVAR HENRY___    B&C _349-07-21085_

CATEGORY _____    HOUSING AREA ___Q6L___    DATE _3-16-10_

*All grievances must be submitted within 10 business days of incident and should be handwritten by the grievant only. This sheet should be used as a worksheet from which the grievance is typed onto the "Inmate Grievance Form" and remains filed in the Grievant's folder.*

Grievance: ON 3-12-10 I WAS ASSULTED AT Q10LOWER BY CO'S FOR NO REASON; I HAD TO GO TO THE HOSPITAL TO BE TREATED FOR MY INJURIES. THE CO's TRIED TO BREAK MY ARM AND I WAS STOMPED IN THE FACE, SPRAYED WITH MACE WHILE IN HAND CUFFS. I WAS ALSO PUNCHED IN THE FACE BY CAPT.WILLIAMS#820 in the INTAKESHOWER AREA I WAS STILL IN HAND CUFFS. THIS INCIDENT WAS NOT MY FAULT BUT RETAILATION I FEEL FOR BEATING A RED ID INFRACTION SUPERVISED BY WILLIAMS IN2008. I AM IN PAIN.

Receipt # _____

Action Requested:  PLEASE INVESTIGATE AND DO WHAT IS JUST AND PROPER. PLEASE BE FAIR AND UNDERSTAND THAT MR.HENRY DID NIT DESERVE THIS TREATMENT OR INFRACTION (IF GIVEN), or PHD STATUS.

_____

Have you filed this grievance with any other Agency or Court?    _____ Yes   _X_ No

Have you filed this grievance with the Inspector General's Office?   _____ Yes   _X_ No

_____ Grievant agrees to have his/her statement edited for clarification by IGRC Staff.

_____ I am requesting that the grievance be written for me by the IGRC staff.

Dated: ___MARCH 16___, 20_08_

Grievant's Signature  LEVAR HENRY

Sworn to before me
this 16 day of MARCH 2010

_Matthew Reddick_
NOTARY PUBLIC

Witnessed By _Tyrone Houston_

Form #3375-A

MATTHEW REDDICK
NOTARY PUBLIC, State of New York
No. 01RE5076313
Qualified in Queens County

EXHIBIT

F

PAGE 20



# CITY OF NEW YORK
# DEPARTMENT OF CORRECTION

FACILITY: A.M.K.C.    DATE: 3/13/2010   HOUSING LOCATION: QL10

INMATE NAME: Henry, Levor    BOOK & CASE # 349072|085

CELL/BED # 15

CHECK APPLICABLE BOX (ES):

THE UNDERSIGNED HEREBY CERTIFIES THAT: THE LIVING QUARTER [ ] AND THE PERSON [ ] AND CLOTHING [ ] OF THE ABOVE NAMED INMATE HAS BEEN SEARCHED. CONTRABAND FOUND HAS BEEN NOTED AND WAS IMMEDIATELY MARKED FOR PROPER IDENTIFICATION. IT WAS DELIVERED TO THE DEPUTY WARDEN FOR SECURITY. ANY DAMAGED DEPARTMENTAL AND/OR PERSONAL PROPERTY HAS BEEN NOTED AND FORWARDED TO THE DEPUTY WARDEN FOR SECURITY.

DESCRIPTION OF CONTRABAND FOUND

[X] NONE

[ ] YES ——— (Describe contraband found)

REASON FOR SEARCH:    Inst

_____    c8588
TITLE AND SIGNATURE OF OFFICER CONDUCTING SEARCH    SHIELD #

_____    353
TITLE AND SIGNATURE OF SUPERIOR OFFICER SUPERVISING SEARCH    SHIELD #

_____
TITLE AND SIGNATURE OF SUPERIOR OFFICER AUTHORIZING SEARCH    SHIELD #

EXHIBIT

G

PAGE 21

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | | Leave blank for hospital use |
|---|---|---|

Patients' Name _Hooper, Kevin_ DOB _1-57_

FROM _GRVC_ _____ , -043 72/085

    Correctional institution      Inmate no.

Referred to _FOR POC_ _____ Ward / Clinic

Hospital _____ / Clinic no.

[ FOR POC ]

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

_Need a new front tooth_
_re chew for years_

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Lester Lieberman, MD

Lester Lieberman, MD

Request:

Date _3/22/10_ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS 5014 (Rev. 5/04)      *Reminder: Fully Complete the Problem List*

EXHIBIT

H

PAGES 22 to 24



03/22/10                    09:31

THE CITY OF NEW YORK
DEPARTMENT OF CORRECTION

GRVC

HENRY,LEVAR
ID#3490721085

COMMISSARY PURCHASE

REFERENCE NUMBER:1227496555

ITEM                PRICE  #   TOTAL
PEN             $ 0.42  1 $    0.42
DIAL            $ 0.62  1 $    0.62
CLOSE-UP        $ 1.25  1 $    1.25
TOTAL           ------ -- $    2.29

HELP HAITI



THE CITY OF NEW YORK
DEPARTMENT OF CORRECTION

GRVC

HENRY,LEVAR
ID#3490721085

PHONE CALLS SINCE 03/02/10 12:50

| TIME | TELEPHONE # | MI | AMOUNT |
|------|-------------|-----|--------|
| 03/02/10 21:54 | (212)▓▓▓▓▓ | 15 | 0.96 |
| 03/03/10 22:21 | (212)▓▓▓▓▓ | 1 | 0.52 |
| 03/03/10 22:21 | (212)▓▓▓▓▓ | 15 | 0.96 |
| 03/05/10 22:36 | (212)▓▓▓▓▓ | 15 | 0.96 |
| 03/06/10 11:17 | (212)▓▓▓▓▓ | 6 | 0.63 |
| 03/09/10 22:06 | (718)▓▓▓▓▓ | 6 | 0.63 |
| 03/11/10 22:21 | (212)▓▓▓▓▓ | 6 | 0.63 |
| 03/12/10 10:13 | (212)▓▓▓▓▓ | 6 | 0.63 |
| 03/16/10 09:06 | (212)▓▓▓▓▓ | 4 | 0.56 |
| 03/20/10 19:02 | (212)▓▓▓▓▓ | 6 | 0.63 |
| 03/21/10 17:54 | (212)▓▓▓▓▓ | 6 | 0.63 |
| | | | -------- |
| | | | 7.74 |

HELP HAITI



03/25/10                13:32

THE CITY OF NEW YORK
DEPARTMENT OF CORRECTION

GRVC

HENRY,LEVAR
ID#3490721085

PHONE CALLS SINCE 03/22/10 09:31

| TIME | TELEPHONE # | MI | AMOUNT |
|------|-------------|----|--------|
| 03/22/10 20:32 | (212)███████ | 1 | 0.52 |
| 03/23/10 22:33 | (212)███████ | 15 | 0.96 |
| 03/24/10 20:41 | (646)███████ | 2 | 0.52 |
| 03/24/10 20:56 | (212)577-3530 | 6 | 0.63 |
| | | | -------- |
| | | | 2.63 |

HELP HAITI

EXHIBIT

I

PAGES 25 to 29

May 20, 2010

Dear Levar Henry,

Prisoner's Rights brought to my attention that you have been placed in PHD a few times absent any justification. Please write me with the details. Also, enclosed is information regarding PRS and a class action suit that is pending for those detained on illegal PRS. I thought you might find this of interest.

Best,

Barbara Hamilton
LAS
Staff Attorney

(Formerly, Ms. M from C-95 Law Library.)

(26)



# CORRECTION DEPARTMENT
## CITY OF NEW YORK

### HEARING REPORT AND NOTICE OF DISCIPLINARY DISPOSITION

| Page 2 of 2 Pages | Form: 6500D Rev.: 02/09/07 Ref.: Dir. #6500R-B |
|---|---|

**DOCUMENTARY EVIDENCE (Where applicable)**

| | | Shown to Inmate: | |
|---|---|---|---|
| Photograph of Injury: | ☐ Yes ☒ No | | ☐ Yes ☒ No |
| Photocopy of Weapon: | ☒ Yes ☐ No 2" scapel blade | Shown to Inmate: | ☒ Yes ☐ No |
| Reports - Specify Types: | ☒ Yes ☐ No Woombs, Incident Report Synopsis Report | Shown to Inmate: | ☒ Yes ☐ No |
| Logbooks - Specify Types: | ☐ Yes ☒ No | Shown to Inmate: | ☐ Yes ☒ No |
| Infraction Investigation: | ☒ Yes ☐ No Capt. Montumee | Shown to Inmate: | ☒ Yes ☐ No |
| Physical Evidence (List): | ☐ Yes ☒ No | Shown to Inmate: | ☐ Yes ☒ No |
| Witness Statements (List Witnesses): | ☒ Yes ☐ No Stevenson J 349-07-18684 Nguyen A 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 Lewis # 8500-0411 | Shown to Inmate: | ☒ Yes ☐ No |

**On this date and time following disposition was reached after a hearing on the charges listed below:**

| Charge # | Dismissed | Guilty | Penalty | Basis for Findings & Evidence Relied On |
|---|---|---|---|---|
| 103.10 | | ✓ | 60 DAYS INS | Based on other Lewis # 10537 eyewitness Account, he witnessed inmate Henry, Lewis # 349-07-21085 Remove a piece of paper from the buck of his pants and threw it on the floor. By the investigation concurs with the Report alleged and a synopsis Report shows a 2" scapel blade was recovered, I substantiate the charge. |
| | (Total 60DAYS INS | | | |

Twenty Five Dollar ($25) Disciplinary Surcharge Grade I or Grade II offenses only: ☒ Yes ☐ No

If you have been found guilty of multiple rule violations, these penalties will be served: ☒ Consecutively ☐ Concurrently

Infraction Dismissed: ☐ Yes ☐ No

Reason:

Pre-Hearing Detention Time Credit: _5_ Days.

| Adjudication Captain (Print Name, Rank, Shield #): Capt Cruz 82 | Signature of Adjudication Captain: Capt Cruz (82) |
|---|---|

You have the right to appeal an adverse decision rendered by the Adjudication Captain within two (2) days of service of this decision. If you have been sentenced to a total of thirty (30) days or more of punitive segregation or loss of all your good time on any one (1) Notice of Disciplinary Disposition (6500D), your appeal shall be forwarded to the General Counsel in the Legal Division. Within five (5) business days of the receipt of your appeal, you will receive a written decision from the General Counsel regarding such appeal unless further documentation/information is required by the General Counsel to decide your appeal. In those cases, the five (5) business day time limit shall be extended and the reasons for the extension will be noted on the General Counsel's decision to you. If you receive an unfavorable decision from the General Counsel or you do not receive a decision from the General Counsel within ten (10) business days of receipt of your appeal, you may file a petition for a writ under Article 78 of the CPLR. If you are sentenced to less that thirty (30) days punitive segregation or loss of less than all your good time, you may appeal that decision to the Warden of the facility where the infraction occurred.

| I certify that I received a copy of this notice: Refused to sign | Signature of Inmate: | B&C/Sentence #: 3490721085 | Date: 3-26-08 | Time: 2256 |
|---|---|---|---|---|
| Served by (Print Name, Rank and Shield #): Harris Capt #82 | | Signature of Server: | | |
| Refused to Sign for Notice: ☒ Yes ☐ No | | Witnessed By: 13257 | | |



*P.H.D. RED I.D.*

# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## HEARING REPORT AND NOTICE OF DISCIPLINARY DISPOSITION

Page 1 of 2 Pages

Form: 6500D
Rev.: 02/09/07
Ref.: Dir. #6500R-B

**Infraction #:**

**Inmate Name (Last, First):** Henry, Levar

**Institution:** OBCC/CPSU

**B&C/ Sentence #:** 349043185   **NYSID #:** 78349622

**Location:** 3 Barn

**Disposition Date:** 3/26/08   **Disposition Time:** 1105 Hrs.

**Adjudication Captain (Print Name, Rank & Shield #):** CAPT. CRUZ

**Tape Data (Tape #):** 28/08

**Counter # at Start:** 617   **Counter # at End:** 721

**Inmate's Accompanying card indicates Inmate Received Rule Book:** ☐ Yes ☐ No

**Inmate requested Witness(es):** ☐ Yes ☐ No ☐ Waived ☐ Request Granted ☐ Denied (If waived, inmate must sign. If denied, state reason.)

**Reason:** _____

**Inmate requested Hearing Facilitator:** ☐ Yes ☐ No ☐ Waived ☐ Request Granted ☐ Denied (If yes, Hearing Facilitator must sign. If waived, inmate must sign. If denied, state reason.)

**Reason:** _____

**Inmate Requested Interpreter:** ☐ Yes ☐ No ☐ Waived ☐ Request Granted ☐ Denied (If yes, interpreter must sign. If waived, inmate must sign. If denied, state reason.)

**Reason:** _____

**If inmate advised of right to remain silent was inmate advised that statements could be used against him/her.** ☐ Yes ☐ No ☐ Not Applicable

### Special Situations

**Hearing in Absentia:** ☐ Inmate Refused to Appear   ☐ Removed from Hearing Due to _____

**Adjournment:** ☐ By Adjudication Captain   Date Reconvened ___/___/___   Specify Reason

☐ By Inmate   Waived Time Limits to Facilitate Adjournment (Inmate Signature) _____

**Referral:** ☐ Security   ☐ Mental Health   ☐ Inspector General

**Inmate Pled:** ☐ Guilty   ☐ Not Guilty   ☐ Guilty with an Explanation

**Summary of inmate's Testimony:** I was in the dayroom playing cards and the search teams had told us to get against the wall and I saw something fly by me and the officer told me come here and he cuffed me. I didn't have this piece of paper that was covered with plastic.

**The following witness(es) testified at your hearing. (If additional witnesses testified, attach additional sheets.)**

**Witness Name (Last Name, First Name):**

**Witness Signature (Present at Hearing):**   **Rank/Title, Shield/ID # (if staff), B&C/Sentence # (If inmate):**

**Witness testified in the presence of the charged inmate:** ☐ Yes ☐ No   If no, state reason:

**Summary of Testimony:**

**Testimony was:** ☐ Credited ☐ Rejected   Reason:

**Witness Name (Last Name, First Name):**

**Witness Signature (Present at Hearing):**   **Rank/Title, Shield/ID # (if staff), B&C/Sentence # (If inmate):**

**Witness testified in the presence of the charged inmate:** ☐ Yes ☐ No   If no, state reason:

**Summary of Testimony:**

**Testimony was:** ☐ Credited ☐ Rejected   Reason:



# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## HEARING REPORT AND NOTICE OF DISCIPLINARY DISPOSITION



| | |
|---|---|
| Page 2 of 2 Pages | Form: 6500D Rev.: 02/09/07 Ref.: Dir. #6500R-B |

**DOCUMENTARY EVIDENCE (Where applicable)**

| | | |
|---|---|---|
| Photograph of Injury: | ☐ Yes ☑ No | Shown to Inmate: ☐ Yes ☑ No |
| Photocopy of Weapon: | ☐ Yes ☑ No | Shown to Inmate: ☐ Yes ☑ No |
| Reports - Specify Types: | ☑ Yes ☐ No _Comment_ | Shown to Inmate: ☑ Yes ☐ No |
| Logbooks - Specify Types: | ☐ Yes ☑ No | Shown to Inmate: ☐ Yes ☐ No |
| Infraction Investigation: | ☑ Yes ☐ No _Cpt, Tenebee_ | Shown to Inmate: ☐ Yes ☐ No |
| Physical Evidence (List): | ☐ Yes ☐ No | Shown to Inmate: ☐ Yes ☐ No |
| Witness Statements (List Witnesses): | ☐ Yes ☑ No | Shown to Inmate: ☐ Yes ☐ No |

On this date and time following disposition was reached after a hearing on the charges listed below:

| Charge # | Dismissed | Guilty | Penalty | Basis for Findings & Evidence Relied On |
|---|---|---|---|---|
| 101.10 | ✓ | | | |
| (120.10) | | | | |
| 130.10 | ✓ | | ACQUITTED | |
| 115.11 | ✓ | | | |
| | | | | |

Twenty Five Dollar ($25) Disciplinary Surcharge Grade I or Grade II offenses only: ☐ Yes ☐ No

If you have been found guilty of multiple rule violations, these penalties will be served: ☐ Consecutively ☐ Concurrently

Infraction Dismissed: ☑ Yes ☐ No

Reason: _ACQUITTED_

_Based on Captain Tenebee investigation he/she didit give any evidence of inmate Hung splashing officer Freeman and inmate Hung didit have a I.D card to produce because it was confiscated in AMKC on 11/18/07 before he went to Courts_

Pre-Hearing Detention Time Credit: _____ Days.

| Adjudication Captain (Print Name, Rank, Shield #): | Signature of Adjudication Captain: |
|---|---|
| Capt Craig BW | Capt Craig BW |

You have the right to appeal an adverse decision rendered by the Adjudication Captain within two (2) days of service of this decision. If you have been sentenced to a total of thirty (30) days or more of punitive segregation or loss of all your good time on any one (1) Notice of Disciplinary Disposition (6500D), your appeal shall be forwarded to the General Counsel in the Legal Division. Within five (5) business days of the receipt of your appeal, you will receive a written decision from the General Counsel regarding such appeal unless further documentation/information is required by the General Counsel to decide your appeal. In those cases, the five (5) business day time limit shall be extended and the reasons for the extension will be noted on the General Counsel's decision to you. If you receive an unfavorable decision from the General Counsel or you do not receive a decision from the General Counsel within ten (10) business days of receipt of your appeal, you may file a petition for a writ under Article 78 of the CPLR. If you are sentenced to less that thirty (30) days punitive segregation or loss of less than all your good time, you may appeal that decision to the Warden of the facility where the infraction occurred.

| I certify that I received a copy of this notice: | Signature of Inmate: | B&C/Sentence #: | Date: | Time: |
|---|---|---|---|---|
| Served by (Print Name, Rank and Shield #): | | Signature of Server: | | |
| Refused to Sign for Notice: ☑ Yes ☐ No | | Witnessed By: | | |




# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## HEARING REPORT AND NOTICE OF DISCIPLINARY DISPOSITION

| Page 1 of 2 Pages | Form: 6500D Rev.: 02/09/07 Ref.: Dir. #6500R-B |
|---|---|

Infraction #: 3729/08

Inmate Name (Last, First): Henry, Levne

Institution: AMKC

Location: QUIO

B&C/Sentence #: 349073108 | NYSID #: 78399603

Adjudication Captain (Print Name, Rank & Shield #):

Disposition Date: 11/26/08 | Disposition Time: 1115 Hrs.

Tape Data (Tape #): Cpt Cruz-1207

188/04 | Counter # at Start: 379 | Counter # at End: 457

Inmate's Accompanying card indicates Inmate Received Rule Book: ☐ Yes ☐ No

Inmate requested Witness(es): ☐ Yes ☑ No ☐ Waived ☐ Request Granted ☐ Denied (If waived, inmate must sign. If denied, state reason.)

Reason: _____

Inmate requested Hearing Facilitator: ☐ Yes ☑ No ☐ Waived ☐ Request Granted ☐ Denied (If yes, Hearing Facilitator must sign. If waived, Inmate must sign. If denied, state reason.)

Reason: _____

Inmate Requested Interpreter: ☐ Yes ☑ No ☐ Waived ☐ Request Granted ☐ Denied (If yes, interpreter must sign. If waived, inmate must sign. If denied, state reason.)

Reason: _____

If inmate advised of right to remain silent was inmate advised that statements could be used against him/her. ☐ Yes ☐ No ☐ Not Applicable

## Special Situations

Hearing in Absentia: ☐ Inmate Refused to Appear     ☐ Removed from Hearing Due to _____

Adjournment: ☐ By Adjudication Captain     Date Reconvened ___/___/___     Specify Reason

☐ By Inmate     Waived Time Limits to Facilitate Adjournment (Inmate Signature) _____

Referral: ☐ Security     ☐ Mental Health     ☐ Inspector General

Inmate Pled: ☐ Guilty     ☑ Not Guilty     ☐ Guilty with an Explanation

Summary of Inmate's Testimony: I never got a Ticket, but I remember the incident. Somebody threw something on the guys and the other because was the gate and get someday on her shirt. they asked me for my I.D. Cases and I told them they took my I.D. Cases Early that means in Arce. I think that why they wrote me up because I didit have a I.D.

The following witness(es) testified at your hearing. (If additional witnesses testified, attach additional sheets.)

Witness Name (Last Name, First Name):

Witness Signature (Present at Hearing): | Rank/Title, Shield/ID # (if staff), B&C/Sentence # (if inmate):

Witness testified in the presence of the charged inmate: ☐ Yes ☐ No     If no, state reason:

Summary of Testimony: _____

Testimony was: ☐ Credited ☐ Rejected     Reason: _____

Witness Name (Last Name, First Name):

Witness Signature (Present at Hearing): | Rank/Title, Shield/ID # (if staff), B&C/Sentence # (if inmate):

Witness testified in the presence of the charged inmate: ☐ Yes ☐ No     If no, state reason:

Summary of Testimony: _____

Testimony was: ☐ Credited ☐ Rejected     Reason: _____



28

STARTED TIME ON JUNE 2nd 2009 AT GRVC CPSU - RELEASE 9-10-09 ?

349 072 1085

# CORRECTION DEPARTMENT
# CITY OF NEW YORK

EXHIBIT D



### HEARING REPORT AND NOTICE OF DISCIPLINARY DISPOSITION

Form: 6500D
Rev.: 02/09/07
Ref.: Dir. #6500R-B

**DOCUMENTARY EVIDENCE (Where applicable)**

| | | |
|---|---|---|
| Photograph of Injury: | ☐ Yes ☐ No | Shown to Inmate: ☐ Yes ☐ No |
| Photocopy of Weapon: | ☐ Yes ☐ No | Shown to Inmate: ☐ Yes ☐ No |
| Reports - Specify Types: | ☑ Yes ☐ No | Shown to Inmate: ☐ Yes ☐ No |
| Logbooks - Specify Types: | ☐ Yes ☐ No | Shown to Inmate: ☐ Yes ☐ No |
| Infraction Investigation: | ☑ Yes ☐ No | Shown to Inmate: ☐ Yes ☐ No |
| Physical Evidence (List): | ☐ Yes ☑ No | Shown to Inmate: ☐ Yes ☐ No |
| Witness Statements (List Witnesses): | ☐ Yes ☐ No | Shown to Inmate: ☐ Yes ☐ No |

On this date and time following disposition was reached after a hearing on the charges listed below:   2-25-09

| Charge # | Dismissed | Guilty | Penalty | Basis for Findings & Evidence Relied On |
|---|---|---|---|---|
| 101.14 | — | ✓ | 90 s | Based on officer Mangers written and reported on the account of you being reported on 2/19/09 the injury report on inmate Vasguez injures. |
| 120.10 | — | ✓ | 11 s | A plain Bowden investigation which inconclusion substantial the charges |
| | 101 | | | |

Twenty Five Dollar ($25) Disciplinary Surcharge Grade I or Grade II offenses only: ☑ Yes   ☐ No

If you have been found guilty of multiple rule violations, these penalties will be served: ☑ Consecutively   ☐ Concurrently

Infraction Dismissed: ☐ Yes   ☑ No

Reason:

Pre-Hearing Detention Time Credit: _____ Days.

Adjudication Captain (Print Name, Rank, Shield #):   Signature of Adjudication Captain:

You have the right to appeal an adverse decision rendered by the Adjudication Captain within two (2) days of service of this decision. If you have been sentenced to a total of thirty (30) days or more of punitive segregation or loss of all your good time on any one (1) Notice of Disciplinary Disposition (6500D), your appeal shall be forwarded to the General Counsel in the Legal Division. Within five (5) business days of the receipt of your appeal, you will receive a written decision from the General Counsel regarding such appeal unless further documentation/information is required by the General Counsel to decide your appeal. In those cases, the five (5) business day time limit shall be extended and the reasons for the extension will be noted on the General Counsel's decision to you. If you receive an unfavorable decision from the General Counsel or you do not receive a decision from the General Counsel within ten (10) business days of receipt of your appeal, you may file a petition for a writ under Article 78 of the CPLR. If you are sentenced to less that thirty (30) days punitive segregation or loss of less than all your good time, you may appeal that decision to the Warden of the facility where the infraction occurred.

| I certify that I received a copy of this notice: | Signature of Inmate: | B&C/Sentence #: 349 072 1085 | Date: 2-25-09 | Time: 2047 |
|---|---|---|---|---|
| Served by (Print Name, Rank and Shield #): | | Signature of Server: | | |
| Refused to Sign for Notice: | ☐ Yes ☐ No | Witnessed By: | | |


Infraction #: 622 09

Inmate Name (Last, First): Henry, Levne

| Institution: AMKC |

Location: OCC

| B&C/ Sentence #: 349 01 1085 | NYSID #: 73 5963 |

Adjudication Captain (Print Name, Rank & Shield #):

| Disposition Date: 3/05/09 | Disposition Time: 1142 — Hr |

Tape Date (Tape 1): 3 05 09

Counter # at Start:

Counter # at End: 501

Inmate's Accompanying card Indicates Inmate Received Rule Book: ☐ Yes ☐ No

Inmate requested Witness(es): ☐ Yes ☐ No ☐ Waived ☐ Request Granted ☐ Denied (If waived, inmate must sign. If denied, state reason.)

Reason:

Inmate requested Hearing Facilitator: ☐ Yes ☐ No ☐ Waived ☐ Request Granted ☐ Denied (If yes, Hearing Facilitator must sign. If waived, inmate must sign. If denied, state reason.)

Reason:

Inmate Requested Interpreter: ☐ Yes ☐ No ☐ Waived ☐ Request Granted ☐ Denied (If yes, interpreter must sign. If waived, inmate must sign. If denied, state reason.)

Reason:

If inmate advised of right to remain silent was inmate advised that statements could be used against him/her. ☐ Yes ☐ No ☐ Not Applicable

**Special Situations**

Hearing in Absentia: ☐ Inmate Refused to Appear ☐ Removed from Hearing Due to ___

Adjournment: ☐ By Adjudication Captain Date Reconvened __/__/__ Specify Reason ___

☐ By Inmate Waived Time Limits to Facilitate Adjournment (Inmate Signature) ___

Referral: ☐ Security

Inmate Plea: ☐ Guilty ☐ Mental Health ☐ Inspector General ☐ Not Guilty ☐ Guilty with an Explanation

Summary of Inmate's Testimony:

_Was not at the dayroom the incident had we that incident early that day I was not involve the their fight that day because I was the one who ended the fight_

The following witness(es) testified at your hearing. (If additional witnesses testified, attach additional sheets.)

Witness Name (Last Name, First Name):

Witness Signature (Present at Hearing):

| Rank/Title, Shield/ID # (if staff), B&C/Sentence # (if inmate): |

Witness testified in the presence of the charged inmate: ☐ Yes ☐ No If no, state reason:

Summary of Testimony: _What area was open in the dayroom ___

Testimony was: ☐ Credited ☐ Rejected Reason: ___

Witness Name (Last Name, First Name):

Witness Signature (Present at Hearing):

| Rank/Title, Shield/ID # (if staff), B&C/Sentence # (if inmate): |

Witness testified in the presence of the charged inmate: ☐ Yes ☐ No If no, state reason:

Summary of Testimony:

Testimony was: ☐ Credited ☐ Rejected Reason:



# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## HEARING REPORT AND NOTICE OF DISCIPLINARY DISPOSITION



**DOCUMENTARY EVIDENCE** (Where applicable)

| | | |
|---|---|---|
| Photograph of Injury: | ☐ Yes ☒ No | Shown to Inmate: ☐ Yes ☒ No |
| Photocopy of Weapon: | ☐ Yes ☒ No | Shown to Inmate: ☐ Yes ☒ No |
| Reports - Specify Types: | ☒ Yes ☐ No  6500A | Shown to Inmate: ☒ Yes ☐ No |
| Logbooks - Specify Types: | ☐ Yes ☒ No | Shown to Inmate: ☐ Yes ☒ No |
| Infraction Investigation: | ☒ Yes ☐ No  6500B | Shown to Inmate: ☒ Yes ☐ No |
| Physical Evidence (List): | ☒ Yes ☐ No  Photo of test | Shown to Inmate: ☒ Yes ☐ No |
| Witness Statements (List Witnesses): | ☐ Yes ☒ No | Shown to Inmate: ☐ Yes ☒ No |

On this date and time following disposition was reached after a hearing on the charges listed below: 7/14/08

**Basis for Findings & Evidence Relied On**

| Charge # | Dismissed | Guilty | Penalty | Basis for Findings & Evidence Relied On |
|---|---|---|---|---|
| 130.11 | | ✓ | 50 DPD | Based on the report of CO Barnes that states your urine tested positive for THC, the physical evidence the photo of the urine you provided and the positive results and cap. Montana's investigation I find you guilty. |

50 DPD

50 DPD

Twenty Five Dollar ($25) Disciplinary Surcharge Grade I or Grade II offenses only: ☒ Yes   ☐ No

If you have been found guilty of multiple rule violations, these penalties will be served: N/A ☒ Consecutively   ☐ Concurrently

Infraction Dismissed: ☐ Yes   ☒ No

Reason:

___

Pre-Hearing Detention Time Credit: N/A  Days.

Adjudication Captain (Print Name, Rank, Shield #): WILSON Capt 5966     Signature of Adjudication Captain:

You have the right to appeal an adverse decision rendered by the Adjudication Captain within two (2) days of service of this decision. If you have been sentenced to a total of thirty (30) days or more of punitive segregation or loss of all your good time on any one (1) Notice of Disciplinary Disposition (6500D), your appeal shall be forwarded to the General Counsel in the Legal Division. Within five (5) business days of the receipt of your appeal, you will receive a written decision from the General Counsel regarding such appeal unless further documentation/information is required by the General Counsel to decide your appeal. In those cases, the five (5) business day time limit shall be extended and the reasons for the extension will be noted on the General Counsel's decision to you. If you receive an unfavorable decision from the General Counsel or you do not receive a decision from the General Counsel within ten (10) business days of receipt of your appeal, you may file a petition for a writ under Article 78 of the CPLR. If you are sentenced to less that thirty (30) days punitive segregation or loss of less than all your good time, you may appeal that decision to the Warden of the facility where the infraction occurred.

| I certify that I received a copy of this notice: | Signature of Inmate: | B&C/Sentence #: 349-07-21083 | Date: 7-14-08 | Time: 1053 hrs |
|---|---|---|---|---|
| Served by (Print Name, Rank and Shield #): CK-2 Vinyl AV | | Signature of Server: | | |
| Refused to Sign for Notice: ☐ Yes ☒ No | | Witnessed By: | | |

7/14/08          0945



# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## HEARING REPORT AND NOTICE OF DISCIPLINARY DISPOSITION



Form: 6500D
Rev.: 02/09/07
Ref.: Dir. #6500R-B

| Infraction #: | 2108 08 | Institution: | AMKC |
|---|---|---|---|

Inmate Name (Last, First): Henry, Levar

Location: C-118

B&C/Sentence #: 349 07 21085    NYSID #: 9839962?

Adjudication Captain (Print Name, Rank & Shield #): CAPT. WILSON 54?

Disposition Date:                    Disposition Time:           Hrs.

| Tape Data (Tape #): 118 08 | Counter # at Start: 095 | Counter # at End: 264 |
|---|---|---|

Inmate's Accompanying card indicates Inmate Received Rule Book: [ ] Yes [ ] No

Inmate requested Witness(es): [✓] Yes [ ] No [ ] Waived [ ] Request Granted [ ] Denied    (If waived, inmate must sign. If denied, state reason.)

Reason: _____

Inmate requested Hearing Facilitator: [ ] Yes [✓] No [ ] Waived [ ] Request Granted [ ] Denied    (If yes, Hearing Facilitator must sign. If waived, inmate must sign. If denied, state reason.)

Reason: _____

Inmate Requested Interpreter: [ ] Yes [✓] No [ ] Waived [ ] Request Granted [ ] Denied    (If yes, interpreter must sign. If waived, inmate must sign. If denied, state reason.)

Reason: _____

If inmate advised of right to remain silent was inmate advised that statements could be used against him/her.    [ ] Yes [ ] No [ ] Not Applicable

## Special Situations

Hearing in Absentia: [ ] Inmate Refused to Appear    [ ] Removed from Hearing Due to _____

Adjournment: [ ] By Adjudication Captain    Date Reconvened ___/___/___    Specify Reason _____
[ ] By Inmate    Waived Time Limits to Facilitate Adjournment (Inmate Signature) _____

Referral: [ ] Security    [ ] Mental Health    [ ] Inspector General

Inmate Pled: [ ] Guilty    [✓] Not Guilty    [ ] Guilty with an Explanation

Summary of inmate's Testimony: That it was a paint line. Capt. Williams came into the unit am and spoke to the officer. The test was not fair.

_____
_____
_____

The following witness(es) testified at your hearing. (If additional witnesses testified, attach additional sheets.)

Witness Name (Last Name, First Name): WALKER, DEON    Anthony

Witness Signature (Present at Hearing): X Walter Harris

Rank/Title, Shield/ID # (if staff), B&C/Sentence # (if inmate): 441.05.0882?

Witness testified in the presence of the charged inmate: [✓] Yes [ ] No    If no, state reason:

Summary of Testimony: Mr. Henry went to the bathroom. The CO Dip the stick in then you were able to see the line. I saw a line. He was showing me his line. the up the second stick in there He show me his stick.

Testimony was: [ ] Credited [✓] Rejected    Reason: Not definite that it was inmate Henry's stick.

Witness Name (Last Name, First Name): Fisher, Anthony

Witness Signature (Present at Hearing): X

Rank/Title, Shield/ID # (if staff), B&C/Sentence # (if inmate): 441.05.0889?

Witness testified in the presence of the charged inmate: [✓] Yes [ ] No    If no, state reason:

Summary of Testimony: _____

Testimony was: [ ] Credited [ ] Rejected    Reason: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK ——————————X

LEVAR T. HENRY

                    Plaintiff,


        -against-

 SECURITY CAPTAIN MICHEAL WILLIAMS, et. al,

                    Defendants.

——————————————————————————————X




                    EXHIBIT

                       J

              PAGES 30 to 163


RECEIVED
APR 13 2011
PRO SE OFFICE

**Prison Health Services**
**Contracted by NYC Department of Health and Mental Hygiene**

## CERTIFICATION

I, Petrina S. Mariner, the Director of Medical Records/Materials Management of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, hereby certify that the record of the attached is in the custody of and is an accurate and complete record of the condition, act, transaction, occurrence or event of this program concerning:

Henry Levar
Name of Patient

3490721085
Book and Case Number

I further certify that this record was made in the regular course of business of this program and it is the regular course of business of this program to makes such records. The record was made at the time of the condition, act, transaction, occurrence or event recorded or within a reasonable time thereafter. The record contained herein is a certified reproduction of the record on file (in accordance with CPLR Section 2306)

2/22/11
Date

Petrina S. Mariner
Director of Medical Records/MM

## DELEGATION OF AUTHORITY

I, Fazal M. Yussuff, Regional Director of Operations of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, certify that, Petrina Mariner, Director of Medical Records/Materials Management, of Prison Health Services, contracted by NYC Department of Health and Mental Hygiene, whose signature above is a responsible employee in this program. I hereby authorize her to certify records of this program as accurate and complete records of this program, such records having been made on the regular course of business of this program, such records having been made on the regular course of business of this program at the time of the condition, act, transaction, occurrence, or event recorded or within a reasonable time thereafter.

Fazal M. Yussuff, MPA
Regional Director of Operations, PHS



DIVISION OF HEALTH CARE ACCESS & IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

**NYC Health**
THE NEW YORK CITY
DEPARTMENT OF HEALTH
and MENTAL HYGIENE

# PROBLEM LIST

| Patient's Last Name | First Name |
|---|---|
| Henry | Levar |

| Book & Case Number | NYSID Number |
|---|---|
| 349-07-21085 | 07839962Z |

| DOB | ALLERGIES: NKA |
|---|---|
| 11/7/1977 | |

| CHRONIC MEDICAL PROBLEMS | DATE LISTED | PSYCHIATRIC DSM IV DIAGNOSIS | DATE LISTED |
|---|---|---|---|
| abrasion mouth/ lips | 11/17/2007 | | |
| s/p fx left ankle | 11/17/2007 | | |
| razor bumps | 5/17/2008 | | |
| dental consult dd 8/29/08 | 9/10/2008 | | |
| oral surgery | 12/16/2008 | | |
| b/l feet pain | 12/23/2008 | | |
| L. ankle injury | 12/26/2008 | | |

| | | | DATE ON | DATE OFF |
|---|---|---|---|---|
| Podiatry visit | 2/9/2009 | | | |
| cavovarus foot | 2/12/2009 | **SUICIDE WATCH** | | |
| Injury report:- s/p physical altercation | 2/20/2009 | | | |
| Podiatry visit | 2/20/2009 | | | |
| condyloma accuminatum Podofilox | 2/25/2009 | | | |

| | | SUICIDE RISKS | DATE LISTED |
|---|---|---|---|
| ANNUAL H & P | 5/6/2009 | | |
| dermatitis groin / bing | 6/4/2009 | | |
| Pain | 9/14/2009 | | |
| bing=seborrhea scalp | 9/26/2009 | | |
| retained root # 12 | 9/29/2009 | | |
| C/O Back Pain | 10/5/2009 | | |
| DENTAL | 10/8/2009 | | |
| dental / oral surgery | 10/20/2009 | | |
| tooth pain | 10/29/2009 | | |
| Pain | 11/12/2009 | | |
| s/p Dental extraction | 12/11/2009 | | |
| Tinea pedis | 12/11/2009 | | |
| DENTAL | 12/31/2009 | | |
| Rhinitis | 2/12/2010 | | |
| Injury rep#: 743/ R/O Skull, R arm/ leg,& Ribs Fx | 3/12/2010 | | |
| Hospital Return S/P multiple trauma | 3/13/2010 | | |
| rt.lat. epicondylitis | 3/22/2010 | | |
| rt. lat. epicondylitis | 4/29/2010 | | |
| Pain | 4/29/2010 | | |
| Pain | 4/29/2010 | | |
| Pain | 4/29/2010 | | |
| Pain | 4/30/2010 | | |
| Dental Abscess | 5/4/2010 | | |
| retained roots | 5/26/2010 | | |
| rt.lat. epicondylitis | 7/26/2010 | | |
| rt. lateral epicondylitis | | | |

CHS-289 (REV. 09/05)

Henry, Levar  - 349-07-21085



| Annual check up done | 8/30/2010 |
|---|---|

**INMATE HAS CONTRAINDICATIONS FOR**

**Category A (Chemical Agents):**
*Medically contraindicated if the patient has*    ☐ Asthma    ☐ Chronic Obstructive Pulmonary Disease (COPD)

**Category B (Stun Shield):**
*Medically contraindicated if the patient has ANY of the following conditions:*    **(Check All That Apply)**

☐ Pregnancy    ☐ Hypertension    ☐ Pace Maker    ☐ Asthma    ☐ Seizure    ☐ Diabetes    ☐ Cardiac Disease

☒ **NO CONTRAINDICATIONS**                                                    Date:    11/17/2007

  Signature:    Arthur Louie


| DATE PPD IMPLANTED | RESULT | DATE READ | INITIAL |
|---|---|---|---|
| 11/17/2007 | 00mm | 11/19/2007 | jeanoj |
| 6/23/2009 | oomm neg | 6/23/2009 | mercurcm |
| 2/1/2010 | Late entry ppd read 2/4/10  00mm | 2/5/2010 | allenea |

| IMMUNIZATION | DATE |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| LABORATORY DATA | DATE ORDERED | RESULT |
|---|---|---|
| Dipstick | 11/17/2007 | WNL |
| PPD | 11/17/2007 | 00mm |
| RPR | 11/17/2007 | Normal |
| STD Urine Screen | 11/17/2007 |  |
| Dipstick | 11/17/2007 |  |
| Chlamydia/GC Urine | 11/17/2007 | Normal |
| RPR | 5/6/2009 | Normal |
| PPD | 6/23/2009 | oomm neg |
| PPD | 2/1/2010 | Late entry ppd read 2/4/10 00mm |
| RPR | 8/30/2010 | Normal |
| HIV Rapid | 9/1/2010 | Sero-Negative |

| RADIOLOGY/TYPE | DATE ORDERED | DATE PERFORMED | RESULT |
|---|---|---|---|
| Extremity | 12/26/2008 | 12/26/2008 | Please disregard this x-ray request. |
| ANKLE 3 VIEWS BIL | 12/26/2008 | 1/7/2009 | normal study |
| Elbow Right Ap, Lateral | 3/22/2010 | 3/26/2010 | ABN per PA. Parks |

| FOLLOW-UP/CONSULTS | DATE ORDERED | CLINIC | FACILITY | DATE SEEN |
|---|---|---|---|---|
| Medical Followup - bumps in pubic | 4/28/2008 | Medical | OBCC | 5/8/2008 |
| Specialty - 5/08/08 | 5/12/2008 | Dermatology | WF |  |
| Specialty - 5/08/08 | 5/19/2008 | Dermatology | WF |  |
| Specialty - 5/08/08 | 5/28/2008 | Dermatology | WF |  |
| Specialty - 5/08/08 | 6/9/2008 | Dermatology | WF |  |
| Specialty - 6/25/2008 | 6/25/2008 | Mental Health | AMKC |  |
| Specialty - podiatry | 12/10/2008 | Podiatry | WF |  |
| Specialty - 12/10/08 | 12/12/2008 | Podiatry | WF | 12/26/2008 |
| Specialty - 12/26/08 | 12/29/2008 | Podiatry | WF |  |
| Specialty - 1/22/09-evaluate for genital warts | 1/22/2009 | Dermatology | WF |  |
| Specialty - 1/30/09-evaluate for onychomycosis | 1/30/2009 | Podiatry | WF | 2/9/2009 |
| Specialty - 1/22/09-evaluate for genital warts | 2/10/2009 | Dermatology | WF |  |
| Specialty - 2/09/09 | 2/10/2009 | Orthopedic | WF | 2/12/2009 |
| Specialty - 2/09/09 | 2/11/2009 | Podiatry | WF |  |
| Specialty - 2/09/09 & 2/12/09 | 2/11/2009 | Podiatry | WF | 2/20/2009 |
| Medical Followup - s/p phys. altercation - f/u "side" pain | 2/20/2009 | Medical | AMKC | 2/23/2009 |
| Specialty - 2/20/09 | 2/23/2009 | Podiatry | WF |  |
| Nursing Followup -    update rpr/ ppd  implant | 3/10/2009 | Abnormal Labs | AMKC |  |
| Medical Followup - HX/PE | 3/10/2009 | Abnormal Labs | AMKC |  |



| Notes | Date | Type | Facility | Date |
|---|---|---|---|---|
| Specialty - 3/13/2009 | 3/13/2009 | Mental Health | AMKC | |
| Medical Followup - HX/PE | 3/19/2009 | Abnormal Labs | AMKC | 5/6/2009 |
| Specialty - 2/20/09, 2/9/2009 | 3/24/2009 | Podiatry | WF | |
| Nursing Followup - READ PPD | 4/16/2009 | Abnormal Labs | GRVC | |
| Nursing Followup - Implant ppd, rpr | 6/2/2009 | Abnormal Labs | GRVC | |
| Medical Followup - annual PE | 6/3/2009 | Medical | GRVC | |
| Nursing Followup - Implant ppd, rpr | 6/9/2009 | Abnormal Labs | GRVC | |
| Nursing Followup - READ PPD | 6/11/2009 | Abnormal Labs | GRVC | 6/17/2009 |
| Medical Followup - annual PE | 6/15/2009 | Medical | GRVC | 6/25/2009 |
| Nursing Followup - Implant ppd, rpr | 6/17/2009 | Abnormal Labs | GRVC | 6/20/2009 |
| Nursing Followup - ppd reading | 6/20/2009 | Abnormal Labs | GRVC | 6/22/2009 |
| Nursing Followup - oomm | 6/23/2009 | Abnormal Labs | GRVC | 6/22/2009 |
| Nursing Followup - ppdimplant | 6/23/2009 | Abnormal Labs | AMKC | 2/1/2010 |
| Specialty - toothache | 8/19/2009 | Dental Initial Exam | GRVC | |
| Specialty - not produced | 9/4/2009 | Dental Initial Exam | GRVC | 9/14/2009 |
| Specialty - ext.#12 root | 9/14/2009 | Dental Oral Surgery | GRVC | 9/29/2009 |
| Specialty - f/u | 10/5/2009 | Dental Initial Exam | GRVC | 10/8/2009 |
| Specialty - Exo#12 | 10/8/2009 | Dental Oral Surgery | GRVC | 10/20/2009 |
| Nursing Followup - needs u/a and ppd implant | 10/26/2009 | Nursing | AMKC | |
| Medical Followup - needs annual physical and exam | 10/26/2009 | Medical | AMKC | 11/17/2009 |
| Specialty - 10/29/2009 refused 11/12 | 10/29/2009 | Dental Initial Exam | AMKC | |
| Specialty - s/p dental extraction claims piece of bone is protuding | 12/11/2009 | Dental Initial Exam | AMKC | |
| Specialty - dental | 1/13/2010 | Dental Initial Exam | AMKC | |
| Specialty - S/p multiple trauma w negative CT scans of head and extremities. swelling / pain r elbow. Please evaluate | 3/13/2010 | Abnormal Labs | AMKC | |
| Specialty - 3/13/10 | 3/15/2010 | Orthopedic | WF | 3/22/2010 |
| Specialty - 3/22/10 | 3/23/2010 | Orthopedic | WF | 4/29/2010 |
| Specialty - tooth ach | 3/26/2010 | Dental Initial Exam | GRVC | |
| Specialty - severe toothace errmergency pt | 4/30/2010 | Dental Initial Exam | GRVC | 4/30/2010 |
| Specialty - EXT # 5 # 8 #9 | 4/30/2010 | Dental Oral Surgery | GRVC | |
| Specialty - 4/29/10 | 4/30/2010 | Orthopedic | WF | 5/26/2010 |
| Specialty - 4/29/10 | 4/30/2010 | Rehab/Physical Therapy | WF | 5/6/2010 |
| Specialty - 5/6/10 | 5/7/2010 | Rehab/Physical Therapy | WF | 5/17/2010 |
| Specialty - 5/17/10 | 5/18/2010 | Rehab/Physical Therapy | WF | 5/24/2010 |
| Specialty - 5/24/10 | 5/25/2010 | Rehab/Physical Therapy | WF | 6/1/2010 |
| Specialty - 5/26/10 | 5/27/2010 | Orthopedic | WF | 6/10/2010 |
| Specialty - 6/1/10 | 6/2/2010 | Rehab/Physical Therapy | WF | 6/8/2010 |
| Specialty - 6/10/10 | 6/11/2010 | Orthopedic | WF | 7/26/2010 |
| Specialty - 6/8/10 | 6/11/2010 | Rehab/Physical Therapy | WF | |
| Specialty - 6/8/10 | 6/16/2010 | Rehab/Physical Therapy | WF | 6/22/2010 |
| Specialty - 6/22/10 | 6/23/2010 | Rehab/Physical Therapy | WF | 6/29/2010 |
| Specialty - 6/29/10 | 6/30/2010 | Rehab/Physical Therapy | WF | 7/6/2010 |
| Specialty - 7/6/10 | 7/7/2010 | Rehab/Physical Therapy | WF | 7/13/2010 |
| Specialty - 7/13/10 | 7/14/2010 | Rehab/Physical Therapy | WF | 7/20/2010 |
| Specialty - 7/20/10 | 7/21/2010 | Rehab/Physical Therapy | WF | 7/27/2010 |



| | | | | |
|---|---|---|---|---|
| | 7/27/2010 | Orthopedic | WF | |
| Specialty - 7/26/10, 6/10/10 | 7/27/2010 | Rehab/Physical Therapy | WF | 8/3/2010 |
| Specialty - 7/26/10 & 7/27/10 | 8/4/2010 | Rehab/Physical Therapy | WF | 8/10/2010 |
| Specialty - 8/3/10 | 8/11/2010 | Rehab/Physical Therapy | WF | 8/17/2010 |
| Specialty - 8/10/10 | 8/18/2010 | Rehab/Physical Therapy | WF | 8/24/2010 |
| Specialty - 8/17/10 | 8/21/2010 | Abnormal Labs | GRVC | 8/30/2010 |
| Medical Followup - annual physical | 8/25/2010 | Rehab/Physical Therapy | WF | 8/31/2010 |
| Specialty - 8/24/10 | 8/26/2010 | Nursing | GRVC | |
| Nursing Followup - hiv test | 8/26/2010 | Nursing | GRVC | |
| Nursing Followup - hiv test | 8/30/2010 | Abnormal Labs | GRVC | 9/1/2010 |
| Nursing Followup - hiv testing | 9/1/2010 | Rehab/Physical Therapy | WF | 9/7/2010 |
| Specialty - 8/31/10 | 9/8/2010 | Rehab/Physical Therapy | WF | |
| Specialty - 9/7/10 | 9/15/2010 | Rehab/Physical Therapy | WF | |
| Specialty - 9/7/10 | | | | |

CHS-289 (REV. 09/05)



## MEDICATION LIST

| START DATE | MEDICATION | DATE DISCONTINUED |
|---|---|---|
| | | 12/1/2007 |
| 11/17/2007 | Bacitracin - Ointment - 500UNIT/GM - qs top bid | |
| | | 5/17/2008 |
| 4/17/2008 | Sebex - Shampoo - 2-2% - Wash scalp BIW | |
| | | 5/27/2008 |
| 5/17/2008 | Cleocin - Solution - 1% - qs topically bid | |
| | | 7/2/2008 |
| 6/25/2008 | Cleocin - Solution - 1% - Apply affected area bid | |
| | | 9/2/2008 |
| 8/26/2008 | Sebulex - Shampoo - 2-2% - wash area qod | |
| | | 9/2/2008 |
| 8/29/2008 | Ibuprofen - Tab - 400MG - 1 tab po bid | |
| | | 9/12/2008 |
| 8/29/2008 | Micatin - Cream - 2% - qs top bid | |
| | | 9/9/2008 |
| 9/4/2008 | Bacitracin - Ointment - 500UNIT/GM - apply to area top bid | |
| | | 9/9/2008 |
| 9/4/2008 | Bacitracin - Ointment - 500UNIT/GM - apply to area top bid | |
| | | 9/9/2008 |
| 9/4/2008 | Bacitracin - Ointment - 500UNIT/GM - apply to area top bid | |
| | | 9/23/2008 |
| 9/16/2008 | Sebulex - Shampoo - 2-2% - wash area top qod | |
| | | 12/17/2008 |
| 12/5/2008 | Podofilox - Solution - 0.5% - apply q12h x 3 dys; repet after 4 dys | |
| | | 12/10/2008 |
| 12/5/2008 | Motrin - Tab - 400MG - 1 tab po bid | |
| | | 12/15/2008 |
| 12/10/2008 | Tylenol - Tab - 325MG - 2 tabs po bid | |
| | | 12/22/2008 |
| 12/11/2008 | Podofilox - Solution - 0.5% - apply top dailyx3 days, repeat after 4 days | |
| | | 12/29/2008 |
| 12/18/2008 | Podofilox - Solution - 0.5% - apply topically qd x 3days, repeat after 4days | |
| 12/24/2008 | Naproxen - Tab - 500MG - 500mg po bid | |
| | | 1/7/2009 |
| 1/2/2009 | Naprosyn - Tab - 500MG - po bid | |
| | | 1/16/2009 |
| 1/2/2009 | Analgesic Balm - Ointment - 15-15% - top bid | |
| | | 1/13/2009 |
| 1/3/2009 | Podofilox - Solution - 0.5% - apply qd top x3 days,repeat after 4 days | |
| | | 1/23/2009 |
| 1/16/2009 | Podofilox - Solution - 0.5% - top affected area qd x7d | |
| | | 1/25/2009 |
| 1/22/2009 | Podofilox - Solution - 0.5% - apply qd x 3 days and repeat after  4 days | |
| | | 2/1/2009 |
| 1/27/2009 | Naprosyn - Tab - 500MG - po bid | |
| | | 2/2/2009 |
| 1/30/2009 | Podofilox - Solution - 0.5% - apply qd x 3 days and repeat after  4 days | |
| | | 2/9/2009 |
| 2/6/2009 | Podofilox - Solution - 0.5% - apply qd x3days | |
| | | 4/10/2009 |
| 2/9/2009 | Miconazole - Cream - 2% - bid plantarly | |
| | | 2/24/2009 |
| 2/10/2009 | Podofilox - Solution - 0.5% - top qd on M/W/F | |
| | | 2/15/2009 |
| 2/10/2009 | Motrin - Tab - 400MG - 2 tabs po bid | |
| | | 4/21/2009 |
| 2/20/2009 | Miconazole - Cream - 2% - bid plantarly | |
| | | 2/27/2009 |
| 2/23/2009 | Ibuprofen - Tab - 400MG - TAKE 400MG PO BID | |
| | | 3/1/2009 |
| 2/24/2009 | Maalox Plus - Suspension - 225-200-25MG/5ML - 30cc po bid | |
| 2/25/2009 | Podofilox - Solution - 0.5% - apply daily | |
| | | 3/6/2009 |
| 2/27/2009 | Paroxetine HCl - Tab - 20MG - 20 mg po q hs | |
| | | 3/17/2009 |
| 3/10/2009 | Paxil - Tab - 20MG - hs | |
| | | 3/21/2009 |
| 3/14/2009 | Paxil - Tab - 20MG - 1 po qhs | |
| | | 4/3/2009 |
| 3/20/2009 | Paxil - Tab - 20MG - qhs | |
| | | 4/16/2009 |
| 4/2/2009 | Paxil - Tab - 30MG - 30mg/po/qhs | |
| | | 4/30/2009 |
| 4/16/2009 | Paxil - Tab - 40MG - increased,40mg/po/qhs | |
| | | 5/14/2009 |
| 4/30/2009 | Paxil - Tab - 40MG - 1 po qhs | |
| | | 6/6/2009 |
| 5/7/2009 | Podofilox - Solution - 0.5% - QS  TOP WART MON, WED FRI | |
| | | 5/25/2009 |
| 5/18/2009 | Paxil - Tab - 40MG - 40mg/po/qhs | |
| | | 5/31/2009 |
| 5/26/2009 | Paxil - Tab - 40MG - po qhs | |
| | | 6/13/2009 |
| 5/30/2009 | Paxil - Tab - 40MG - 40mg/po/qhs | |
| | | 6/18/2009 |
| 6/4/2009 | Lidex - Ointment - 0.05% - qs top bid | |
| | | 6/28/2009 |
| 6/14/2009 | Paroxetine HCl - Tab - 40MG - 1 tab po qhs | |
| | | 7/9/2009 |
| 6/25/2009 | Selsun - Shampoo - 2.5% - qs top to scalp biw | |
| | | 7/9/2009 |
| 6/25/2009 | Miconazole - Cream - 2% - qs top plantarly bid | |
| | | 7/11/2009 |
| 6/27/2009 | Paroxetine HCl - Suspension - 10MG/5ML - 40 mg po qhs | |



| | | |
|---|---|---|
| | | 7/12/2009 |
| 6/28/2009 | Sebulex - Shampoo - 2-2% - top qd | 7/3/2009 |
| 6/28/2009 | Motrin - Tab - 400MG - 1 tab po bid | 7/16/2009 |
| 7/9/2009 | Paroxetine HCl - Suspension - 10MG/5ML - 40mg po qhs | 7/16/2009 |
| 7/9/2009 | Risperdal M-TAB - Capsule - 1MG - hs | 7/29/2009 |
| 7/15/2009 | Risperdal M-TAB - Capsule - 1MG - 1 tab po qhs | 7/29/2009 |
| 7/15/2009 | Paroxetine HCl - Suspension - 10MG/5ML - 40 mg po qhs | 8/11/2009 |
| 7/28/2009 | Paroxetine HCl - Suspension - 10MG/5ML - 40 mg po qhs | 8/11/2009 |
| 7/28/2009 | Risperdal M-TAB - Capsule - 1MG - 1 tab po qhs | 8/31/2009 |
| 8/1/2009 | Sebulex - Shampoo - 2-2% - shamoo scalp   biw | 8/31/2009 |
| 8/1/2009 | Micatin - Cream - 2% - top to feet bid | 8/25/2009 |
| 8/11/2009 | Paroxetine HCl - Suspension - 10MG/5ML - 40 mg po qhs | 8/25/2009 |
| 8/11/2009 | Risperdal M-TAB - Capsule - 1MG - 1 tab po qhs | 8/22/2009 |
| 8/19/2009 | Motrin - Tab - 400MG - 1 tab po bic pc prn | 9/18/2009 |
| 8/19/2009 | Sebex - Shampoo - 2-2% - For shampoo tiw | 9/4/2009 |
| 8/21/2009 | Miconazole - Cream - 2% - qs top bid to feet | 9/4/2009 |
| 8/21/2009 | Dry Skin Lotion (MO/Bing Areas) - Lotion -   qs top bid | 8/30/2009 |
| 8/25/2009 | Risperdal M-TAB - Capsule - 1MG - 1 tab po qhs | 8/30/2009 |
| 8/25/2009 | Paroxetine HCl - Suspension - 10MG/5ML - 40 mg po qhs | 9/13/2009 |
| 8/30/2009 | Miconazole - Cream - 2% - top bid | 9/14/2009 |
| 8/31/2009 | Risperdal M-TAB - Capsule - 1MG - po q hs | 9/14/2009 |
| 8/31/2009 | Paroxetine HCl - Suspension - 10MG/5ML - 40mg po q hs | 9/15/2009 |
| 9/1/2009 | Peridex - Solution - 0.12% - 30 cc rinse mouth bid | 9/27/2009 |
| 9/13/2009 | Risperdal M-TAB - Capsule - 1MG - 1 tab po qhs | 9/27/2009 |
| 9/13/2009 | Paroxetine HCl - Suspension - 10MG/5ML - 40 mg po qhs | 10/4/2009 |
| 9/20/2009 | Miconazole - Cream - 2% - top bid | 9/29/2009 |
| 9/24/2009 | Risperdal M-TAB - Capsule - 1MG - One Cap PO qhs | 10/8/2009 |
| 9/24/2009 | Paroxetine HCl - Suspension - 10MG/5ML - 40mg PO qhs | 9/29/2009 |
| 9/24/2009 | Paroxetine HCl - Suspension - 10MG/5ML - 40mg PO qhs | 10/8/2009 |
| 9/24/2009 | Risperdal M-TAB - Capsule - 1MG - One Cap PO qhs | 10/26/2009 |
| 9/26/2009 | Sebulex - Shampoo - 2-2% - shampoo 2 x aweek | 10/13/2009 |
| 9/29/2009 | Risperdal M-TAB - Capsule - 1MG - hs | 10/13/2009 |
| 9/29/2009 | Paroxetine HCl - Suspension - 10MG/5ML - 40mg po qhs | 10/12/2009 |
| 10/5/2009 | Naprosyn - Tab - 500MG -  1 tab po bid/prn | 10/27/2009 |
| 10/14/2009 | Paroxetine HCl - Suspension - 10MG/5ML - 40 mg po qhs | 10/27/2009 |
| 10/14/2009 | Risperdal M-TAB - Capsule - 1MG - 1 tab po qhs | 10/25/2009 |
| 10/20/2009 | Ibuprofen - Tab - 400MG - 2 tabs po bid prn pain | 11/25/2009 |
| 10/27/2009 | Paxil - Tab - 40MG - 40mg/po/qhs | 11/25/2009 |
| 10/27/2009 | Risperdal - Tab - 1MG - 1mg/po/qhs | |
| 10/30/2009 | Motrin - Tab - 400MG - 400mg po bid | |
| 10/30/2009 | Peridex - Solution - 0.12% - rinse 15ml po qAM & q PM | 11/30/2009 |
| 11/25/2009 | Risperdal - Tab - 1MG - 1 hs | 11/30/2009 |
| 11/25/2009 | Paxil - Tab - 40MG - 1 hs | 12/14/2009 |
| 11/30/2009 | Risperdal - Tab - 1MG - 1mg/po/qhs | 12/14/2009 |
| 11/30/2009 | Paxil - Tab - 40MG - 40mg/po/qhs | 12/26/2009 |
| 12/11/2009 | Miconazole - Cream - 2% - QS topically BID | 1/11/2010 |
| 12/15/2009 | Risperdal - Tab - 1MG - hs | 1/11/2010 |
| 12/15/2009 | Paxil - Tab - 40MG - hs | 1/4/2010 |
| 12/30/2009 | Tylenol - Tab - 325MG - 2 tabs po bid/prn | 1/3/2010 |
| 12/30/2009 | Zithromax - Tab - 250MG - 500mg po stat; 1 tab po daily | 1/4/2010 |
| 12/30/2009 | Chlor-Trimeton - Tab - 4MG - 1 tab po tid | |



| | | |
|---|---|---|
| | | 2/8/2010 |
| 1/11/2010 | Risperdal - Tab - 1MG - hs | 2/8/2010 |
| 1/11/2010 | Paxil - Tab - 40MG - hs | 2/22/2010 |
| 2/8/2010 | Risperdal - Tab - 1MG - 1 MG PO QHS | 2/22/2010 |
| 2/8/2010 | Paxil - Tab - 40MG - 40 MG PO QHS | 2/16/2010 |
| 2/12/2010 | Guaifenesin - Tab - 200MG - 200 mgrs PO BID | 2/16/2010 |
| 2/12/2010 | Sudafed - Tab - 30MG - 60 mgrs PO BID | 2/24/2010 |
| 2/19/2010 | Ocean Nasal Spray - Solution - 0.65% - 1 spray in nostril  bid | 2/24/2010 |
| 2/19/2010 | Tylenol - Tab - 325MG - 2 tab po bid | 3/8/2010 |
| 2/22/2010 | Paxil - Tab - 40MG - 40 MG PO QHS | 3/8/2010 |
| 2/22/2010 | Risperdal - Tab - 1MG - 1 MG PO QHS | 4/5/2010 |
| 3/8/2010 | Paxil - Tab - 40MG - 1 hs | 4/5/2010 |
| 3/8/2010 | Risperdal - Tab - 1MG - 1 hs | |
| 3/13/2010 | Motrin - Tab - 400MG - 1 tab po bid | |
| 3/13/2010 | Tylenol/Codeine #3 - Tab - 300-30MG - 2 tabs po bid prn | 3/24/2010 |
| 3/20/2010 | Motrin - Tab - 400MG - 1 tab bid,pc | 3/30/2010 |
| 3/26/2010 | Tylenol/Codeine #3 - Tab - 300-30MG - 2 tab po bid  prn | 5/3/2010 |
| 4/5/2010 | Paxil - Tab - 40MG - hs | 5/3/2010 |
| 4/5/2010 | Risperdal - Tab - 1MG - hs | 5/4/2010 |
| 4/29/2010 | Tylenol/Codeine #3 - Tab - 300-30MG - 1 bid | 5/8/2010 |
| 5/3/2010 | Motrin - Tab - 400MG - 1 tab po bid | 5/17/2010 |
| 5/3/2010 | Sebex - Shampoo - 2-2% - apply to affected scalp TIW | 5/6/2010 |
| 5/3/2010 | Acetaminophen/Codeine #3 - Tab - 300-30MG - 1 tab po bid prn | 5/18/2010 |
| 5/4/2010 | Paroxetine HCl - Tab - 40MG - 40 mg po qhs | 5/3/2010 |
| 5/4/2010 | Risperidone - Tab - 1MG - 1 mg po qhs | 5/20/2010 |
| 5/17/2010 | Paxil - Tab - 40MG - hs | 6/16/2010 |
| 5/21/2010 | Paroxetine HCl - Tab - 40MG - 40 mg po qhs | 7/14/2010 |
| 6/16/2010 | Paxil - Tab - 40MG - PO Q AM | 7/19/2010 |
| 7/14/2010 | Paxil - Tab - 40MG - qam (bridge order) | 7/23/2010 |
| 7/19/2010 | Paxil - Tab - 40MG - po qam | 8/6/2010 |
| 7/23/2010 | Paxil - Tab - 40MG - 1 tab po am only | 9/4/2010 |
| 8/6/2010 | Paxil - Tab - 40MG - PO Q AM | 8/30/2010 |
| 8/9/2010 | Selsun - Shampoo - 2.5% - QS TO AREA QD | 8/13/2010 |
| 8/9/2010 | Ibuprofen - Tab - 400MG - 2 TABS PO BID | 10/3/2010 |
| 9/5/2010 | Paroxetine HCl - Tab - 40MG - 40 mg po qam | |



NYC DEPARTMENT OF HEALTH & MENTAL HYGIENE
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY <u>MUST</u> BE DATED AND **SIGNED**

Henry Levar

349-07-21085

| DATE | OBSERVATIONS |
|------|--------------|
| 12.5.08 | No chart |
| CPS | PA note s/c |
| 4.50p | Pt c/o feet pain from wearing sneakers. Pt also c/o genital wart in pubic area. |
|  | Vitals: B/P: 113/64  P: 65  R: 16  T: 97⁸ |
|  | Pt appears AA & O×3 ~ NAD |
|  | FEET: Ø tenderness, Ø swelling Ø deformity |
|  | Pubic Area: genital wart on pubic area |
|  | M/p. Feet pain ( Genital wart Motrin 400mg ( Podofilox 0.5%, PR F/u PRN ( |

Terry Graupmann PA

LIONEL DESROCHES, M.D.

**REMINDER: FULLY COMPLETE THE PROBLEM LIST**



# Pharmacy Order
### Sorted by: Start Date

12/10/2008
6:26:44 PM

| | | |
|---|---|---|
| Name: | **Henry, Levar** | Book & Case: **349-07-21085** |
| DOB: | **11/7/1977** | Site/Housing: **AMKC/QUAD-U10** |

NYSID: **7839962Z**

Dosage: **325MG**

| | | |
|---|---|---|
| Drug: | **Tylenol** | |
| Form: | **Tab** | SIG: **2 tabs po bid** |
| Reason: | **Other - pain** | Start: **12/10/2008** |

Duration: **5 days**

Written by: **Victoria Brightman, PA - Physician Assistant**

Approved by:

Pharm: _____

Allergies: **NKA**

## DC:

# CONSULTATION REQUEST

RECEIVED DEC 11 2008

1/7/09

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Jean Richard, MD

Patients' Name _HENRY Henry Levar_  DOB _12/2/77_

FROM _CVS_ , _3491721085_
Correctional institution     Inmate no.

Referred to _Pudinsky_ Ward / Clinic

Hospital _WF_ / Clinic no.

Chief complaint or findings:

_c/o photos pain on ambulation and injury to [?] See joint doctor_

Diagnosis, treatment and medications by C.H.S.:

_noted pes planus c deprened MTJ area. Please evaluate and tx_

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

_no DM/HTN._

Request:

Date _12/10/08_  Referring Physician _[signature]_  Phone _____  Approved _____

Consultation, findings and recommendations:

(+) NVSI BW; (+) tenderness on palpation lateral (L) ankle; (+) mild tenderness on ROM; (+) mild edema; erythema
→ Pt. relates h/o ankle fx → (L); '89 & '03
→ Application of ACE bandage (L) ankle
→ Rx; x-ray of (L) ankle
→ Due to pt's foot & ankle condition, the pt. may be allowed to wear his supportive shoes for a period of 30 days per discretion of the facility

Date _12/26/08_  Physician _[signature]_

(42)

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _Henry Levar_ DOB _11/7/77_

FROM _____ (y) , 349073105 _____
Correctional institution          Inmate no.

Referred to _Podiatry_ Ward / Clinic

Hospital _NF_ / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

w Ru 11 TW.

Request:

No photos prior on
ankle foot and right to
see foot doctor
noted no pulses +
depressed motor areas
Please evaluate and to
h

Date _12/14/08_  Referring Physician _T Brightman_  Phone _____  Approved _____

Consultation, findings and recommendations:

Date _____  Physician _____

# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name: _Henry_  First Name: _Lewer_  B&C #: _34207208_

Date: of Appointment: _12/26/08_  Facility: _SMCC_

**(B) SPECIALTY CLINIC:**

☐ Oral Surgery

☐ Audiology    ☐ GI    ☐ Optometry    ☐ Surgery

☐ Cardiology    ☐ Hand    ☐ Orthopedic    ☐ Urology

☐ Dermatology    ☐ Neurology    ☐ PT    ☐ Mammo / Sonography

☐ ENT    ☐ Ophthalmology    ☑ Podiatry    ☐ OB / GYN

**(C) PROVIDER INFORMATION:**

☐ Seen (no follow-up appt needed)
☑ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | | |
|---|---|---|
| Medication order(s) written: | ☐ Yes ☑ No ☐ N/A | |
| Problem list in RIIS updated: | ☐ Yes ☐ No ☑ N/A | |
| F/u appt. updated in RIIS: | ☐ Yes ☑ No ☐ N/A | |
| Specialty Recommendation(s): | ☑ Yes ☐ No ☐ N/A | |

**Follow-up Appt. within**

☑ 2 weeks    ☐ 8 weeks
☐ 4 weeks    ☐ 12 weeks
☐ 6 weeks    ☐ Other:_____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _X-rays : (L) Ankle_  4. _____
2. _____  5. _____
3. _____  6. _____

_____  Rafael Tabari, DPM  _12/26/08_
Signature  Podiatry  Date
  Provider Stamp

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____  ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____  Date: _____



 NYC DEPARTMENT OF HEALTH & MENTAL HYGIENE
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY MUST BE DATED AND SIGNED

Henry levar
349-07-21085

| DATE | OBSERVATIONS |
|------|--------------|
| 12/23/08 AMKC | S/C |
| | S: Pt c/o foot pain s/p B/L foot fx. 2003 |
| | having intermittent discomfort/pain on ambulation |
| | V/S: 98/60   64  16  97⁴ |
| | Alert + Oriented ×3 NAD Stable. |
| | HEENT - PERRL |
| | Cardio - RRR |
| | Lung  CTA B/L |
| | Abd  ⊕ BS Soft NT. |
| | Ext - left foot ⊖ erythema ⊖ edema ⊖ tenderness |
| |  - right " ⊖ erythema ⊖ edema ⊖ tenderness |
| | A/ B/L foot pain |
| | Plan: Naproxen 500mg po bid × 4 days. |
| | Cooper PAc |
| | |
| | LIONEL DESROCHES, M.D. |

REMINDER: FULLY COMPLETE THE PROBLEM LIST



# Pharmacy Order
### Sorted by: Start Date

12/23/2008
5:16:01 PM

| | |
|---|---|
| Name: | **Henry, Levar** |
| DOB: | **11/7/1977** |
| Drug: | **Naproxen** |
| Form: | **Tab** |
| Reason: | **Other - pain** |
| Written by: | **Iceyleen Cooper, PA - Physician Assistant** |
| Approved by: | |
| Allergies: | **NKA** |

Book & Case: **349-07-21085**
Site/Housing: **AMKC/QUAD-U10**

SIG: **500mg po bid**
Start: **12/24/2008**

NYSID: **7839962Z**

Dosage: **500MG**

Duration: **4 days**

Pharm: _____

LIONEL DESROCHES, M.D.
## DC:



# Pharmacy Order
## Sorted by: Start Date

1/2/2009
9:22:11 AM

| | | | |
|---|---|---|---|
| Name: | **Henry, Levar** | Book & Case: **349-07-21085** | NYSID: **7839962Z** |
| DOB: | **11/7/1977** | Site/Housing: **AMKC/QUAD-U10** | |
| Drug: | **Naprosyn** | | Dosage: **500MG** |
| Form: | **Tab** | SIG: **po bid** | |
| Reason: | **Other - pain** | Start: **1/2/2009** | Duration: **5 days** |
| Written by: | **Terry Ann Gravesande, PA - Physician Assistant** | | |
| Approved by: | | | Pharm: _____ |
| Allergies: | **NKA** | | |

## DC:

| | | | |
|---|---|---|---|
| Name: | **Henry, Levar** | Book & Case: **349-07-21085** | NYSID: **7839962Z** |
| DOB: | **11/7/1977** | Site/Housing: **AMKC/QUAD-U10** | |
| Drug: | **Analgesic Balm** | | Dosage: **15-15%** |
| Form: | **Ointment** | SIG: **top bid** | |
| Reason: | **Other - pain** | Start: **1/2/2009** | Duration: **14 days** |
| Written by: | **Terry Ann Gravesande, PA - Physician Assistant** | | |
| Approved by: | | | Pharm: _____ |
| Allergies: | **NKA** | | |

## DC:

F/U 2 wks

# CONSULTATION  REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

RECEIVED

DEC 2 9 2008

1/9/09 P^V

Patients' Name _Henry, Leroy_ DOB _11/7/77_

FROM _AMKC_ , _349072085_
Correctional institution          Inmate no.

Referred to _Podiatry_ ____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings: S/P (L) ankle trauma

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request: F/U W/ x-rays.

Rafael Tabari, DPM
Podiatry

Date _12/26/08_   Referring Physician _____   Phone _____   Approved _____

Consultation, findings and recommendations:

Refused 1/9/09

Date _____   Physician _____





**NYC**

**Health**

THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

West Facility
16-06 Hazen Street
East Elmhurst, NY 11370
Phone:
Fax:

*Henry Levar 349-072-1085*

| | | | |
|---|---|---|---|
| Name: | Levar Henry | Exam Date: | |
| Patient ID: | 7839962Z | Exam: | ANKLE, AP & LATERAL |
| DOB: | 11/7/1977 | Reason: | - |
| Phone: | | Referrer: | Anna M. Kross Center AMKC |
| Acc#: | 5410 | 2nd Referrer: | Jean Richard |
| | | 3rd Referrer: | |

**Results**

STUDY:   LEFT ANKLE X-RAY

CLINICAL HISTORY:

TECHNIQUE:  AP, lateral, and oblique views.

FINDINGS:  AP, lateral, and oblique views were obtained of the left
ankle reveal the ankle mortise to be intact.  There is no fracture
or dislocation.  No heel spurs are seen.  Subtalar joint is intact.

IMPRESSION:

Normal study.

**Report Electronically Signed by: Jack Baldasar**
**Report Signed on: 1/5/2009 9:14 AM**

| | | | |
|---|---|---|---|
| Pt. Name: | Levar Henry | Exam: | ANKLE, AP & LATERAL |
| Patient ID: | 7839962Z | Acc: | 5410 |
| Completed Date: | 1/1/1900 12:00:00 AM | Interpreting Rad: | Jack Baldasar |
| Transcribed By: | Raj Dharmaraj | Dictated Date: | 1/4/2009 |
| Transcribed Date: | 1/5/2009 11:34 AM | Finalized Date: | 1/5/2009 9:14 AM |



# CONSULTATION REQUEST

**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

Henry, Levar

Leave blank for hospital use

Patient's Name _Levar Henry_ DOB _11/7/77_

FROM _Rikers ANCC_ Inmate no. _349072/085_
Correctional institution

Referred to _Podiatry_ Ward / Clinic

Hospital _____ / Clinic no. _____

**Chief complaint or findings:**

**Diagnosis, treatment and medications by C.H.S.:**

Evaluate
for ankle
swelling
& Pain
& onychomycosis

**Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:**

**Request:**

Date _1/30/07_ Referring Physician _____ Phone _____ Approved _____

**Consultation, findings and recommendations:**

Date _____ Physician _____

*Reminder: Fully Complete the Problem List*

5014 (Rev. 5/04)



# ON – ISLAND SPECIALTY CLINIC

## (A) PATIENT INFORMATION:

Last Name: _Henry_    First Name: _Levay_    B&C #: _3490721085_

Date: of Appointment: _2/9/09_    Facility: _HMCC_

## (B) SPECIALTY CLINIC:

☐ Audiology      ☐ GI            ☐ Optometry     ☐ Oral Surgery

☐ Cardiology     ☐ Hand          ☐ Orthopedic    ☐ Surgery

☐ Dermatology    ☐ Neurology     ☐ PT            ☐ Urology

☐ ENT            ☐ Ophthalmology  ☑ Podiatry      ☐ Mammo / Sonography

☐ OB / GYN

## (C) PROVIDER INFORMATION:

☐ Seen (no follow-up appt needed)
☑ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | | | |
|---|---|---|---|
| Medication order(s) written: | ☑ Yes | ☐ No | ☐ N/A |
| Problem list in RIIS updated: | ☐ Yes | ☑ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☑ No | ☐ N/A |
| Specialty Recommendation(s): | ☑ Yes | ☐ No | ☐ N/A |

**Follow-up Appt. within**

☐ 2 weeks      ☐ 8 weeks

☐ 4 weeks      ☐ 12 weeks

☐ 6 weeks      ☐ Other:_____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _ontolp gow consuinin_   4. _wh1T6w_

2. _____   5. _____

3. _____   6. _____

_____        Allan Goldberg, DPM        _2/9/09_
Signature                        Provider Stamp              Date

## (D) FOR SCHEDULING DEPARTMENT USE ONLY:

New appointment date: _____    ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____    Date: _____

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

RECEIVED
FEB 2000

Patients' Name _HENRY_ _Lavor Henry_ DOB _11/7/77_

FROM _Rodous_ _ARKE_ Inmate no. _349073/085_
Correctional institution _Rodous_

Referred to _Podiatry_ Ward / Clinic

Hospital _____ / Clinic no. _____

Leave blank for hospital use

_Routine_

Jean Richard, MD

**Chief complaint or findings:**

**Diagnosis, treatment and medications by C.H.S.:**

Consult Review
On Island Specialty Clinic
☑ No Action Needed
☑ See Progress Note

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-rays:

Signature

Curt Walker, RPA    2-10-09
**Name Stamp**    **Date**

**Request:**

Evaluate
for ankle
(R) Swelling
& Pain
& onychomycos

XERRUCHES MD

Date _1/30/09_ Referring Physician _____ Phone _____ Approved _____

**Consultation, findings and recommendations:**

(B) FOOT PAIN → Pt PRESENTS IN FLIP-FLOPS & HAS DIFFICULTY WALKING
(1) S/P (L) ANKLE Ø RADIATES TO MB05
P.S.O.M PULSES PALPABLE (B)
Hx Fx (L) ANKLE → L > R FOOT PAIN → ORTHOPEDIC CONSULTATION
WRITTEN
SULGOS MEDIUM AM

KEEP FEET DRY
no RINGS AND NAILING FOR RGIGN
Rx-MEDIAZOLE 2% CREAM PROTOCOLV BID x 2M0 (TINEA)

(RTC 3/23/09)

Date _2/9/09_ Physician _____

Ellen Goldberg, DPM

*Reminder: Fully Complete the Problem List*

CHS 5014 (Rev 5/04)



Report ID: IRC00100

# Pharmacy Order
### Sorted by: Start Date

2/9/2009
1:43:50 PM

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Henry, Levar** | Book & Case: | **349-07-21085** | NYSID: | **7839962Z** |
| DOB: | **11/7/1977** | Site/Housing: | **AMKC/QUAD-U10** | | |
| Drug: | **Miconazole** | | | Dosage: | **2%** |
| Form: | **Cream** | SIG: | **bid plantarly** | | |
| Reason: | **Other - tinea pedis** | Start: | **2/9/2009** | Duration: | **60 days** |
| Written by: | **Allan Goldberg, Podiatrist** | | | | |
| Approved by: | | | | Pharm: | _____ |
| Allergies: | **NKA** | | | | |

## DC:



NYC DEPARTMENT OF HEALTH & MENTAL HYGIENE
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

Henry, Levar
# 349072085

EVERY ENTRY <u>MUST</u> BE DATED AND **SIGNED**

| DATE | OBSERVATIONS |
|------|--------------|
| | 8/c |
| 10/04/08 OBSE 3:57(P) | Pt c/o feeling stressed out, denies suicidal & homicidal. O: Alert in NAD |
| | A/P |
| | 1) r/o Depression — — refer to MH |
| | *Gregory Celestin, PA* |
| | *Q. Thom, MD* |
| 2.10.09 CSV 12:45 pm | NOTE RANS S/C. Pt request renewal 9 pain meds for Lt ankle pain S/P surgery. Pt had x-ray on [...] was seen by Podiatry. Pt. appears AA&O x 3 in NAD Vitals: BP:106/62 P:64 R:16 T:97.8 Lt ankle · swelling, Ø tenderness, FROM Ē pain A) P) Lt ankle pain Motrin 800 mg. Ankle brace |
| | *Terry Grayson[...], RPAC* |
| | *Laali Ali, MD* |

**REMINDER: FULLY COMPLETE THE PROBLEM LIST**

CHS 288 (Rev. 3/05)

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

URGENT

Patients' Name _Henry, Levan_  DOB _11/7/77_

FROM _AMKC_  _349-07-21085_
    Correctional institution        Inmate no.

Referred to _Orthopedics_  Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

S/P (R) Ankle 6 Fracture c difficulty walking

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

For evaluation

Date _1/9/09_  Referring Physician _Allan Goldberg, DPM_  Phone _____ Approved _____

Consultation, findings and recommendations: Cavovarus. foot. He states R & LT

ankle 1989 & 2003

X-rays - Hardees intact. No fracture.

Dy - Problem 2° to cavovarus foot.

This a a Podeatric problem

Dip: Please send back to Podea First.

Not orthopedic.

Date _2/11/09_  Physician _____ _Lester Lieberman, MD_

CHS 5014 (Rev. 5/04)  *Reminder: Fully Complete the Pr* Lester Lieberman, MD



# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name: HENRY    First Name: LevaR    B&C # 349-072-085

Date: of Appointment: 2/12/09    Facility: A.M.K.C.

**(B) SPECIALTY CLINIC:**

- ☐ Audiology
- ☐ Cardiology
- ☐ Dermatology
- ☐ ENT
- ☐ GI
- ☐ Hand
- ☐ Neurology
- ☐ Ophthalmology
- ☐ Optometry
- ☑ Orthopedic
- ☐ PT
- ☐ Podiatry
- ☐ Oral Surgery
- ☐ Surgery
- ☐ Urology
- ☐ Mammo / Sonography
- ☐ OB / GYN

**(C) PROVIDER INFORMATION:**

- ☑ Seen (no follow-up appt needed)
- ☐ Seen need follow-up appt)
- ☐ No show (need new appt)
- ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | Follow-up Appt. within | |
|---|---|---|
| ☐ 2 weeks | ☐ 8 weeks |
| ☐ 4 weeks | ☐ 12 weeks |
| ☐ 6 weeks | ☐ Other:_____ |

Medication order(s) written: ☐ Yes ☑ No ☐ N/A
Problem list in RIIS updated: ☑ Yes ☐ No ☐ N/A
F/u appt. updated in RIIS: ☑ Yes ☐ No ☐ N/A
Specialty Recommendation(s): ☑ Yes ☐ No ☐ N/A

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. Podeatry    4. _____
2. _____    5. _____
3. _____    6. _____

_____    Lester Lieberman, MD    2/12/09
Signature    Provider Stamp    Date

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____    ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Scheduler / Coordinator Name: _____    Date: _____

# ON – ISLAND SPECIALTY CLINIC

## (A) PATIENT INFORMATION:

Last Name: _Henry_    First Name: _Levar_    B&C #: _349072108_

Date: of Appointment: _2/20/09_    Facility: _Amica_

## (B) SPECIALTY CLINIC:

☐ Audiology    ☐ GI    ☐ Optometry    ☐ Oral Surgery

☐ Cardiology    ☐ Hand    ☐ Orthopedic    ☐ Surgery

☐ Dermatology    ☐ Neurology    ☐ PT    ☐ Urology

☐ ENT    ☐ Ophthalmology    ☑ Podiatry    ☐ Mammo / Sonography

☐ OB / GYN

## (C) PROVIDER INFORMATION:

☐ Seen (no follow-up appt needed)
☑ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| Medication order(s) written: | ☑ Yes | ☐ No | ☐ N/A |
| Problem list in RIIS updated: | ☑ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☑ No | ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☐ No | ☑ N/A |

### Follow-up Appt. within

☐ 2 weeks    ☐ 8 weeks
☐ 4 weeks    ☐ 12 weeks
☑ 6 weeks    ☐ Other:_____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____    4. _____

2. _____    5. _____

3. _____    6. _____

_____    **Allan Goldberg, DPM**    _2/20/09_
Signature      Provider Stamp      Date

## (D) FOR SCHEDULING DEPARTMENT USE ONLY:

New appointment date: _____    ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Scheduler / Coordinator Name: _____    Date: _____

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

URGENT

Patients Name  HENRY, LOUAN          DOB  1/1/71
FROM  AMKC          ,349-07-21085
Correctional institution          Inmate no.
Referred to  ORTHOPEDICS          Ward / Clinic
Hospital          / Clinic no.

Chief complaint or findings:
S/P (L) ANKLE FUSING c̄ DIFFERENT WALL...

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:
FOR EVALUATION

**Allan Goldberg, DPM**

Date  1/9/9     Referring Physician          Phone          Approved

Consultation, findings and recommendations:  cavovarus foot. He status p̄ ...
... x/o. 1989 + 2003
x-ray - Mortise intact. No fx cavic.
dx- Problem 2° to cavovarus foot.
This a a Podiatric problem.
He Pt may send back to Podi first.
NOT orthopedic.

Date  2/11/9     Physician          _____ MD

Reminder: Fully Complete the Problem List

# CONSULTATION REQUEST

**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

| | | Leave blank for hospital use |
|---|---|---|

Patient's Name: Henry Lopez    DOB 1/7/77

EHOM: NOIS J    4407210 8 5

Correctional Institution    Inmate no.

Referred to: Podiatry    Ward / Clinic    Po Visit

Hospital: W F    / Clinic no.

**Chief complaint or findings:**

**Diagnosis, treatment and medications by C.H.S.:**

NOT ortho problem.
He has a cavus foot bilat
+ slight varus. plus
Rx: Ankle x-Ray - Neg.
This a long time ago.

**Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:**

2 23 05

**Request:**

Date 2/17/09    Referring Physician _____ MD    Phone _____    Approved

**Consultation, findings and recommendations:**

[illegible handwritten notes]

Date 2/20/09    Physician _____

# CONSULTATION REQUEST

RECEIVED FEB 23 2008

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Fu 8 weeks

Patients' Name HENRY LEVAN    DOB 11/7/77

FROM AMKC    349-07-21085

Correctional institution    Inmate no.

Referred to PODIATRY _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

Fu DYSTEM PALN NAILS, PHANTOM TINGA, USE OF HOME BOOTS
( CAVO-VARUS FOOT ②
i ARCH SUPPN ③ )

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

FOR EVALUATION

**Allan Goldberg, DPM**

Date 2/10/09 Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

NIP ON 3/23/09 = R/S )
NIP ON 3/27/09

Date _____ Physician _____

*Reminder: Fully Complete the Problem List*



# Pharmacy Order
## Sorted by: Start Date

2/20/2009
11:53:59 AM

| | | | |
|---|---|---|---|
| Name: | **Henry, Levar** | Book & Case: **349-07-21085** | NYSID: **7839962Z** |
| DOB: | **11/7/1977** | Site/Housing: **AMKC/QUAD-U10** | |
| Drug: | **Miconazole** | | Dosage: **2%** |
| Form: | **Cream** | SIG: **bid plantarly** | |
| Reason: | **Other - tinea pedis** | Start: **2/20/2009** | Duration: **60 days** |
| Written by: | **Allan Goldberg, Podiatrist** | | |
| Approved by: | | | Pharm: _____ |
| Allergies: | **NKA** | | |

## DC:

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | Leave blank for hospital use |
|---|---|

Patients' Name _Lavon Henry_  ANKL   DOB _4/2/77_

FROM _____   34/\_\_7\_/055

Correctional institution      Inmate no.

Referred to _____Podiatry_____   Ward / Clinic

Hospital _____   / Clinic no.

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

*evaluate for ankle swelling & pain & onychomycosis*

Date _1/30/0?_  Referring Physician _____   Phone_____   Approved_____

Consultation, findings and recommendations:

Date _____   Physician _____

*Reminder: Fully Complete the Problem List*

CHS 5014 (Rev. 5/04)



NYC DEPARTMENT OF HEALTH & MENTAL HYGIENE
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

Henry, Levar
349 07 21085

EVERY ENTRY **MUST** BE DATED AND **SIGNED**

| DATE | OBSERVATIONS |
|------|--------------|
| 2·24·09 C88 | No CHHET PA NOTE s/c |
| 2:02p | Pt c/o upset stomach c̄ vomiting x2 times today. Pt states that it started after breakfast this morning. Pt denies diarrhea. Pt enquire of boots permit that he was told to pick up at clinic after seeing Podiatrist. VITALS: 3/1· 100/60 P:64 R:16 T: ? Pt appears AA¹ & O x 3 in NAD CHEST : CTA HEART : S₁ S₂ Reg, RRR ABDOMEN : + BS, soft, NT A/P: Dyspepsia / Boots Permit Maalox 30 c.c. Will refer to Dr Richards for Boots permit |

Terry Gravesande, RPA-C

not signed 2/4/10
L Yenner



 NYC DEPARTMENT OF HEALTH & MENTAL HYGIENE
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

Henry Lever
3490121085

EVERY ENTRY <u>MUST</u> BE DATED AND **SIGNED**

| DATE | OBSERVATIONS |
|------|--------------|
| 1.27.09 | No CHART |
| CPJ | PA NOTE s/c |
| 11:20 AM | Pt request renewal of pain meds for Lt ankle s/p fracture |
| | Vitals: BP: 110/70 P: 64    R: 16    T: 97.6 |
| | Pt appears AA&O X 3 |
| | Ankle: ∅ swelling, ↑ tenderness FROM ↓ pain |
| | A/P: Lt ankle pain |
| | Naprosyn 500 mg |
| | Terry Graves, RN... |
| | Laali Ali, MD |

CHS 288 (Rev. 3/05)                    REMINDER: FULLY COMPLETE THE PROBLEM LIST

# Pharmacy Order
## Sorted by: Start Date



1/27/2009
11:23:53 AM

| | | | | |
|---|---|---|---|---|
| Name: | **Henry, Levar** | Book & Case: | **349-07-21085** | NYSID: **7839962Z** |
| DOB: | **11/7/1977** | Site/Housing: | **AMKC/QUAD-U10** | |
| Drug: | **Naprosyn** | | | Dosage: **500MG** |
| Form: | **Tab** | SIG: | **po bid** | |
| Reason: | **Other - pain** | Start: | **1/27/2009** | Duration: **5 days** |

Written by: **Terry Ann Gravesande, PA - Physician Assistant**

Approved by:

Pharm: _____

Allergies: **NKA**

## DC:



NYC DEPARTMENT OF HEALTH & MENTAL HYGIENE
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY <u>MUST</u> BE DATED AND **SIGNED**

HENRY LAMAR
344 072 1085
R C L

| DATE | OBSERVATIONS |
|------|--------------|
| 3/02/09 9P 10:35 PM | no chart available |
| | Sick call : |
| | C/O pain in Left ankle S/P Injury. |
| | pt is requesting renewal of Pain meds. |
| | T 98.2  B/P 90/60  P70  R16 |
| | |
| | A/P: pain in Left ankle |
| | Renewal of meds |
| | Mytotin 600 mg PO Bid X 6 days |
| | *Sylvan Sabal* |
| | Sylvan Sabal, P.A.C |
| | |

REMINDER: FULLY COMPLETE THE PROBLEM LIST



NYC DEPARTMENT OF HEALTH & MENTAL HYGIENE
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

HENRY LEVAR
349-07, 210.85

EVERY ENTRY <u>MUST</u> BE DATED AND **SIGNED**

| DATE | OBSERVATIONS |
|------|--------------|
| 08/06/09 C95 | Patient is stable brought to Clinic because she want boots. Pt Alert Conscien Coherent V.S BP 112/62 P.70 Neck Supple Lung Clear No Rales Heart Regular Rythum Neuro No deficit Extremities: Left Ankle ROM perfect Strength Perfect Completely Normal exam ASS: Normal left Ankle X Ray done 01/04/09 left Ankle Normal No Support Boots Necessary J. RICHARD MD |

**REMINDER: FULLY COMPLETE THE PROBLEM LIST**

 67

# ON – ISLAND SPECIALTY CLINIC

## (A) PATIENT INFORMATION:

Last Name: HENRY    First Name: Levar    B&C #: 349074085

Date: of Appointment: 3/27/09    Facility: AMRC

## (B) SPECIALTY CLINIC:

☐ Oral Surgery

☐ Audiology          ☐ GI            ☐ Optometry        ☐ Surgery

☐ Cardiology         ☐ Hand          ☐ Orthopedic       ☐ Urology

☐ Dermatology        ☐ Neurology     ☐ PT               ☐ Mammo / Sonography

☐ ENT                ☐ Ophthalmology ✓ Podiatry         ☐ OB / GYN

## (C) PROVIDER INFORMATION:

☐ Seen (no follow-up appt needed)
☐ Seen need follow-up appt
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | | | |
|---|---|---|---|
| Medication order(s) written: | ☐ Yes | ☐ No | ☐ N/A |
| Problem list in RIIS updated: | ☐ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☐ No | ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☐ No | ☐ N/A |

### Follow-up Appt. within

☐ 2 weeks     ☐ 8 weeks

☐ 4 weeks     ☐ 12 weeks

☐ 6 weeks     ☐ Other:_____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1._____    4._____

2._____    5._____

3._____    6._____

Alian Goldberg, DPM

_____        _____      3/27/09
Signature                   Provider Stamp             Date

## (D) FOR SCHEDULING DEPARTMENT USE ONLY:

New appointment date: _____    ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____    Date: _____



# Pharmacy Order
### Sorted by: Start Date

| | | | | |
|---|---|---|---|---|
| Name: | **Henry, Levar** | Book & Case: | **349-07-21085** | NYSID: **7839962Z** |
| DOB: | **11/7/1977** | Site/Housing: | **GRVC/13A** | |
| Drug: | **Dry Skin Lotion (MO/Bing Areas)** | | | Dosage: |
| Form: | **Lotion** | SIG: | **qs top bid** | |
| Reason: | **Other - dry skin -  bing** | Start: | **8/21/2009** | Duration: **14 days** |
| Written by: | **Nicholas Pantea, PA - Physician Assistant** | | | |
| Approved by: | | | | Pharm: _____ |
| Allergies: | **NKA** | | | |

## DC:

| | | | | |
|---|---|---|---|---|
| Name: | **Henry, Levar** | Book & Case: | **349-07-21085** | NYSID: **7839962Z** |
| DOB: | **11/7/1977** | Site/Housing: | **GRVC/13A** | |
| Drug: | **Miconazole** | | | Dosage: **2%** |
| Form: | **Cream** | SIG: | **qs top bid to feet** | |
| Reason: | **Other - tinea pedis** | Start: | **8/21/2009** | Duration: **14 days** |
| Written by: | **Nicholas Pantea, PA - Physician Assistant** | | | |
| Approved by: | | | | Pharm: _____ |
| Allergies: | **NKA** | | | |

## DC:



Report ID: IRC00100

# Pharmacy Order
### Sorted by: Start Date

12/11/2009
10:09:42 AM

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Henry, Levar** | Book & Case: | **349-07-21085** | NYSID: | **7839962Z** |
| DOB: | **11/7/1977** | Site/Housing: | **AMKC/QUAD-U6** | | |
| Drug: | **Miconazole** | | | Dosage: | **2%** |
| Form: | **Cream** | SIG: | **QS topically BID** | | |
| Reason: | **Other - Tinea pedis** | Start: | **12/11/2009** | Duration: | **15 days** |
| Written by: | **Franklin Mejia, Physician** | | | | |
| Approved by: | | | | Pharm: | _____ |
| Allergies: | **NKA** | | | | |

## DC:



NYC DEPARTMENT OF HEALTH & MENTAL HYGIENE
CORRECTIONAL HEALTH SERVICES

# PROGRESS NOTE

EVERY ENTRY <u>MUST</u> BE DATED AND **SIGNED**

Henry Levar

J990721085

| DATE | OBSERVATIONS |
|---|---|
| 12-09 (9) | NO CHART |
| | PA NOTE S/C. |
| | Pt s/p Lt ankle fracture 2/003 |
| | c/o pain of Lt. ankle. Pt had x-rays |
| | done and was seen by Podiatry. |
| | vitals: B/P. 100/60 P. 64 R. 16 T. Pt's |
| | Pt. appears AA + O × 3 in NAD |
| | Lt foot: Mild tenderness of lateral |
| | Metatarsal area, ∅ swelling |
| | A p/c Lt foot pain. |
| | Naprosyn 500mg. |
| | Analgesic Balm. |
| | Terry Gravesande, PA |
| | L. ALI MD |

REMINDER: FULLY COMPLETE THE PROBLEM LIST

CHS 288 (Rev. 3/05)

# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## INJURY TO INMATE REPORT

| | |
|---|---|
| Page 1 of 2 Pages | Form: #167R-A  Rev.: 01/31/08  Ref.: Dir. #4516R-A |

INSTRUCTIONS: Original Report to Security, One copy to Clinic Lock Box, One Copy to Inmate Medical File.

Command: AMKC   Date: 3/12/10   COD/UOF #: 445/10   Injury #: 1743

**TO BE COMPLETED BY EMPLOYEE (PLEASE PRINT CLEARLY).**

Inmate Name (Last Name, First Name): HENRY, LEVAR

Location: Q L 10 (TIER)   Work:   NYSID #: 7839962Z   Book & Case/Sent #: 3490721085

Details: ON MARCH 12, 2010 AT APPROX. 1750 HRS, IN QUAD LOWER 10 (TIER) INMATE HENRY, LEVAR 3490721085 / 7839962Z (CELL #15) WAS INVOLVED IN A USE OF FORCE WITH DOC STAFF.

Supervisor Notified (Print Last Name, First Name, Rank, Shield #): Gamble, Capt. #88   Date: 3/12/10   Time: Approx. 1750 Hrs.

Employee: I [X] (Did) [ ] (Did Not) Witness This Injury.   Employee Signature: L. Aries   Rank/Title: C.O.   Shield/ID#: 17955

**TO BE COMPLETED BY MEDICAL STAFF ONLY - (PLEASE PRINT CLEARLY)**

Date of Injury Reported for Medical Attention: MAR 12 2010   Date: MAR 1 8 2010   1745 Hrs.

Inmate Refused Medical Attention: [ ] Yes [X] No

Visible Injuries: [ ] Yes [X] No

Nature of Injury and Cause: No VISIBLE INJURIES NOTICED HOWEVER PATIENT C/O: RIGHT HEAD/TEMPORAL AREA, (R) CHEST/RIBS, (R) ELBOW, (R) HAND, & (R) KNEE PAIN WITH NO SIGNIFICANT BRUISES, NOR SWELLING.

Medical Staff Must Note Location of Injury:

# NYC Department of Health and Mental Hygiene
## Hospital Transfer Form

**Please use ball point pen and print legibly.**

Referring DOC Facility: _AMKC / C-95_

Name of referring MD: _PROVILON, Pierre C. RPA-C_
(Please Print)

Hospital Run: ☐ EMS   ☐ DOC: ☐ 3 hr.   MD Phone# _212-546-3933_

Date: _MAR 12 2010_   Time: _10:35_ AM/PM

Referred to: ☐ KCHC   ☑ Elmhurst   ☐ Bellevue

☐ Other: _____

Patient Name: _HENRY, LEVAR_

B&C #: _349-07-21685_   DOB: _11-07-77_
(Please Print)

Contact Urgicare if you have questions:   Beeper# 917-949-1234
Phone# 718-546-4333

_BP=100/74, P=72, RR=18_
_T= 98.1_

COMPLAINT: C/o (R) HEAD/TEMPORAL AREA,
(R) LOWER CHEST, (R) ELBOW, (R)
WRIST, & (R) KNEE PAIN DUE
PMH: TO ASSAULT X-2 2HR AGO
MH, HAD DEPRESSION

MEDS
RISPERDOL 1 mg, PO, HS
PAXIL 40 mg, PO, HS

Allergies: _NDKA_

PE: (R) HEAD/TEMPORAL AREA,
(R) Lower Chest, (R) ELBOW
(R) HAND & (R) KNEE tenderness
TMJs intact.

Studies/Labs
Tx@RI: Multiple HEAD, Chest,
(R) arm & leg contusions
N/O SKULL, (R) ARM, RIBS, &
(R) LEG Fxs.

Significant ED findings/studies:   HCT negative, R. elbow + R. knee
- patient should follow up Dx - negative for acute fx
R. elbow pain        c ortho for
Patient stable, all studies
negative, patient can be
discharge to Rika's

Discharge Dx: Multiple Contusions

Recommended FU:
Motrin 800mg q 6 hrs !
2 tabs Percocet 5/325 q 4 PRN

**Fax completed form to Urgicare Center @ time of discharge - 718-546-4382**

Physician Name (print) _Vincent Reddy_   Signature: _V. Reddy, MD_   Date: _3/13/10_
Phone # _718.324.3054_

**CONTACT URGICARE IF YOU HAVE QUESTIONS / INFORMATION.**
**FOR BOROUGH HOUSES CONTACT REFERRING PRACTITIONER (ABOVE).**

BEEPER #:   917-949-1234
PHONE #:   718-546-4333



**HOSPITAL CENTER**

79-01 Broadway, Elmhurst, NY 11373
(718) 334-4000

New York City
Health and Hospitals
Corporation
Affiliated with
Mt. Sinai School of Medicine

| | | | |
|---|---|---|---|
| Patient: | Henry, Levar | MR#: | 2886097 |
| Physician: | David S. Cherkas, MD | Acct #: | 2886097-1 |
| | | DOB: | 11/7/1977 |

## General Emergency Department Discharge Instructions / Medication Reconciliation

This form provides you with information about the care you received in our Emergency Department and instructions about caring for yourself after you leave the Emergency Department. If you have further questions concerning this visit contact the Adult ED at 718-334-3054 or contact Pediatric ED at 718-334-3000. Please keep this form and bring it with you should you need additional treatment. If your symptoms become worse or you are not improving as expected and you are unable to reach your usual health care provider, or get to your follow-up appointment, you should return to the Emergency Department immediately. We are available 24 hours a day.

You were treated in the Emergency Department by:

David S. Cherkas, MD                     03/13/10

Vincent Roddy, MD                        03/13/10

Your diagnosis is
Main Diagnosis: Contusion - multiple sites
Other: Second Diagnosis:
Other: Third Diagnosis:

## What to do:
- Follow the instructions on the additional sheets you were given:

-
- Take this sheet with you when you go to your follow-up visit.
- If you have a problem arranging the follow-up visit, contact the Adult ED at 718-334-3054 or contact Pediatric ED at 718-334-3000.

- If on additional review and interpretation of your tests a change in diagnosis or treatment is needed we will attempt to contact you. It is critical that we have a current phone number for you.

- Some results, including cultures, may not be available for up to 48 hours. The Emergency Department will attempt to contact you if the results require a change in your treatment.

Additional information or instructions:

 

(74)



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

### SPECIALTY CLINIC / HOSPITAL RETURN TO GENERAL POPULATION
(For Patients Returning to Infirmary, Complete the Infirmary Return Form)

| PATIENT'S LAST NAME | FIRST NAME | NYSID NUMBER |
|---|---|---|
| Henry | Levar | 7839962Z |

| BOOK & CASE NUMBER | TIME | FACILITY | DOB |
|---|---|---|---|
| 349-07-21085 | 8:43 ☒ AM ☐ PM | AMKC | 11/16/2007 |

**PATIENT WAS DISCHARGED ON** 3/13/10 **FROM:** Elmhurst - ER

☐ SPECIALTY CLINIC: _____
                    (NAME OF SPECIALTY CLINIC)

☐ HOSPITAL: _____  HOSPITALIZATION DATES: __/__/__ TO __/__/__
            (NAME OF HOSPITAL)

☐ CHART REVIEW ONLY

**SUBJECTIVE:**

○ Paperwork Received from Specialist/Hospital?  ☒ YES  ☐ NO
○ Recommendation Understood/Legible?  ☒ YES  ☐ NO
  ○ If NO, to either question, attempts made to contact specialist?  ☐ YES  ☐ NO
  ○ Attempts Successful?  ☐ YES  ☐ NO
  If NO, refer to HAS or SMD for further attempts.  If successful, document disposition, including contact person:

**PHYSICAL EXAMINATION (If Indicated):**

N/A

**CONSULTANT'S RECOMMENDATIONS / DISCHARGE INSTRUCTIONS:**  ☐ NONE

| | | |
|---|---|---|
| (1) Observation | ☒ DONE | ☐ NO |
| (2) Ortho F/U | ☒ DONE | ☐ NO |
| (3) Anti inflamatry | ☒ DONE | ☐ NO |
| (4) Pain Management | ☒ DONE | ☐ NO |
| (5) _____ | ☐ DONE | ☐ NO |

ALL OF THE CONSULTANT'S RECOMMENDATIONS WILL BE FOLLOWED: ☐ YES  ☐ NO  If NO, explain why and consult SMD

**SECOND OPINION REQUESTED BY PATIENT:**  ☐ YES  ☒ NO
**FACILITY CLINIC FOLLOW-UP INDICATED:**  ☒ YES  ☐ NO  Date: __/__/__

**PATIENT EDUCATION** (Discussed with Patient follow-up care, medication compliance/side effects):  ☐ YES  ☐ NO

**PROBLEM LIST HAS BEEN UPDATED:**  ☒ YES  ☐ NO

| SIGNATURE: | STAMP/ PRINT NAME: **Valentin Bonilla, PA** |
|---|---|
| DATE: 3/13/10 | TIME: 0850 |

CHS 342 (Rev. 12/05)

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | |
|---|---|
| Patients' Name | Henry Levar  DOB 11/2/77 |
| FROM | AMKC , 349-07-21085 |
| | Correctional institution     Inmate no. |
| Referred to | Mental Health     Ward / Clinic |
| Hospital | / Clinic no. |

Leave blank for hospital use

Chief complaint or findings: 32 [illegible] P/ c [illegible] M/H Disorder
s/p Multiple trauma
cleared by Elmhurst

**Diagnosis, treatment and medications by C.H.S.:**
Hospital Return

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:
[illegible] denies
suicidal / homicidal
ideation → delusions n
hallucinations
[illegible]

Request:

Date 3/13/10  Referring Physician _Valentin Bonilla, PA_  Phone _____ Approved _____

Consultation, findings and recommendations:
3/13/
C.2/ #13  Continue GP5
[illegible]

Date 3/13/10  Physician _James W. Jensen ACSW LCSW-R_

Reminder: Fully Complete the Problem List

Report ID: IRC00100

# Pharmacy Order
## Sorted by: Start Date

3/13/2010
8:59:22 AM

| | | | | |
|---|---|---|---|---|
| Name: | **Henry, Levar** | Book & Case: | **349-07-21085** | NYSID: **7839962Z** |
| DOB: | **11/7/1977** | Site/Housing: | **AMKC/QUAD-L10** | |
| Drug: | **Motrin** | | | Dosage: **400MG** |
| Form: | **Tab** | SIG: | **1 tab po bid** | |
| Reason: | **Other - Anti Inflamitory** | Start: | **3/13/2010** | Duration: **5 days** |
| Written by: | **Valentine Bonilla, PA - Physician Assistant** | | | |
| Approved by: | | | | Pharm: _____ |
| Allergies: | **NKA** | | | |

## DC:

| | | | | |
|---|---|---|---|---|
| Name: | **Henry, Levar** | Book & Case: | **349-07-21085** | NYSID: **7839962Z** |
| DOB: | **11/7/1977** | Site/Housing: | **AMKC/QUAD-L10** | |
| Drug: | **Tylenol/Codeine #3** | | | Dosage: **300-30MG** |
| Form: | **Tab** | SIG: | **2 tabs po bid prn** | |
| Reason: | **Other - Pain Management S/P injury** | Start: | **3/13/2010** | Duration: **5 days** |
| Written by: | **Valentine Bonilla, PA - Physician Assistant** | | | |
| Approved by: | | | | Pharm: _____ |
| Allergies: | **NKA** | | | |

## DC:

Page 1 of 1



**NYC Health**

DIVISION OF HEALTH CAP  ACCESS A.. IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

THE NEW YORK CITY
DEPARTMENT OF HEALTH
and MENTAL HYGIENE

## PROGRESS NOTE Henry, Levar 349-07-21085

### EVERY ENTRY <u>MUST</u> BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|---|---|
| C95 MH<br><br>3/15/10<br><br>6:00pm | Pre Hearing Detention REVIEW<br>Based on clinical interview and chart review.<br><br>Mr. Levar Henry, a 31 year old, employed, married with five children, African American man, was incarcerated on Riker's Island on 11/16/07 for weapons sale and drug sale. He has a possible sentence of five years to life because of prior convictions. He has served a total of approximately ten years cumulative prison time during various incarcerations. He returns to court 3/9/10 whern he hopes to begin trial.<br><br>He is interviewed for Pre Hearing Detention because of a fight on 3/13/10. During this ~~incarceration he has served time in both the CPSU and the MHAUII.~~<br><br>Patient denies history of psychiatric treatment in the community. Mental health treatment for depression began about 2004 while incarcerated by NYS DOCS. He was given an antidepressant (perhaps Celexa). He has never been admitted for inpatient treatment. He is diagnosed: Axis I) Mood D/o, NOS. Axis II) ASPD. Axis III) None Reported. He is treated with Risperdal 1mg HS and Paxil 40mg HS. He is not classified Seriously and Persistently Mentally Ill.<br><br>On interview he is cooperative with good eye contact. Speech is normal rate and volume. Mood is anxious. He is fearful of returning to segregation (especially MHAUII) because he states he has a federal law suit pending against several officers and fears retaliation by the officers. He denies current deliberate self injurious wish or plan. He states he's trying to protect himself. There is no apparent thought D/O; he denies hallucination. Insight and judgment are adequate; impulse control is adequate as well.<br><br>Ms. Manneti, mental health administrator on call consulted about placement options and recommends suicide watch to reassure patient that his safety is of concern to all staff. Patient also evaluated by psychiatrist for psychiatric contraindications to placement in MHAUII and no contraindications are apparent.<br><br>Patient is appropriate for placement in MHAUII on suicide watch.<br><br>Thomas F. Ryan, Ph.D.<br>Clinical Supervisor |




# CORRECTION DEPARTMENT
# CITY OF NEW YORK

## PRE-HEARING DETENTION
## LOCK-DOWN CLEARANCE REPORT

Form: 4501B
Rev.: 10/14/05
Ref.: Dir. #4501R-A

### SECTION I - TO BE COMPLETED BY TOUR COMMANDER

A) To: Mental Health Unit Chief, _____ AMKC _____

                                               Facility

B) Inmate Information:

Last Name: **HENRY**　　First Name: **LEVAR**　　Book & Case #: 3490721085M

NYSID #: 07839962Z　　Facility: AMKC　　Housing Area #: QL10

C) The above named inmate has been identified for Pre-Hearing Detention (PHD) and has been charged with violation of institutional or departmental rules:

- An I.I.S. inquiry indicated that the inmate is known to Mental Health. ☑
- The pending lockdown of the inmate into PHD is less than five (5) days of the inmate's date of admission into DOC custody ☐

Please submit a summary of your findings and recommendations regarding the inmate's placement in Lock-down status as well as for the disposition of the disciplinary hearing to the Tour Commander.

D) Prepared by: **SHANNON**　　　　**CAPTAIN**　　**1628**　　**3-12-10**

Print Name　　　　Signature　　　　Rank/Title　　　Shield/ID #　　　Date

### SECTION II - TO BE COMPLETED BY MENTAL HEALTH STAFF

A) Based on Mental Health staff review, the inmate:

☑ Is known to Mental Health and may be placed in lock-down status in:
  ☐ A Punitive Segregation Unit ☒ A Mental Health Assessment Unit for Infracted Inmates (MHAUII)
☐ Is to be committed to a psychiatric hospital.

B) Recommendations to Adjudication Captain:

1. ☐ Suspend disciplinary hearing until _____/_____/_____ pending further evaluation of this inmate's mental status. (May not exceed seven (7) days from date of notification by DOC staff).
2. Proceed with disciplinary process, but take the following precautions:
  ☐ If found guilty, inmate may only be housed in the Mental Health Assessment Unit for Infracted Inmates (MHAUII).
  ☐ Other: _____
3. ☐ A representative of the Mental Health Staff wishes to attend the hearing.
4. ☐ Proceed with disciplinary process. No special precautions are required.

C) Additional Comments:

_Patient needs to be on suicide watch_

D) Prepared by: **Thomas F. Ryan, PhD**　　　　　　　　3/15/10

    Clinical Supervisor　　Print name　　　Signature　　　Date

Distribution:
Original: Punitive Segregation Facility
Copies: Deputy Warden for Security (Facility of occurrence)
       Operations Security Intelligence Unit (OSIU)
       Adjudication Captain
       Inmate's Legal Folder
       Mental Health Office



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

No Client    Henry, Levar
                  3490721085

# MENTAL HEALTH PROGRESS NOTE

### EVERY ENTRY MUST BE DATED AND SIGNED

**DATE:** 3-16-10 **TIME:** 10AM **LOCATION:** 15 Brave

**SUBJECTIVE:** Pt. was seen by DR. Chuckwucha and writer. Pt. reported he was not suicidal and stated that he was afraid Doc was going to kill him if he went to the box. Pt. reported he had to

**OBJECTIVE:** go to court for a bing case.

**Mental Status Examination:**

**General Appearance:** Appropriate

**Mood:** Anxious **Affect:** Appropriate **Thought Process:** logical

**Perceptions:** WNL

**Insight:** Fair **Judgement:** Fair **Impulse Control:** Fair

**Other:** WNL **S/H thoughts:** WNL

**S/H Plan:** WNL **S/H intent:** WNL

**RISK ASSESSMENT (describe both chronic and acute):**

**1. Risk factors:**
Pt. has hx of mental dist. violent. Pt. is pre- trial case. Pt. reports fighting w/ DOC

**2. Protective factors:**
Pt. has no hx of SI. Current Pt. is future oriented to visit but clear he doesn't need tx.

Considering the above factors, assess the current risk level: Low ✓ Moderate ___ High ___

**ASSESSMENT:**
DR. Chuckwucha felt that Pt. was well to take off watch. Writer agreed Pt. was well to take off watch.

**AXIS I:** Mood d/o NOS **AXIS IV:** Moderate

**AXIS II:** ABD **AXIS V:** 65-70

**AXIS III:** None

**PLAN (Be sure to address acute risk factors if any):**
1 - Remove from suicide watch.

**Signature of Mental Health Staff:** Evan Baker LMSW

**Print Name of Mental Health Staff:** Evan Baker RLMSW

CHS 288-L (01/10)       **REMINDER: FULLY COMPLETE THE PROBLEM LIST**       Page 1 of 1



# CITY OF NEW YORK DEPARTMENT

## MENTAL HEALTH STATUS NOTIFICATION AND MENTAL OBSERVATION TRANSFER FORM

(81)

### TO BE COMPLETED BY MENTAL HEALTH/CLINICAL STAFF

INMATE NAME  Henry Lewor

BOOK & CASE # 3490121085    NYSID # 78399122    FACILITY B BHRNC    DATE 3/16/10

Based on a clinical interview this date the following marked (X) indications apply:

☐ SUICIDAL AND / OR HIGHLY SELF-INJURIOUS
☐ RECEIVING PSYCHOTROPIC MEDICATION
☐ 730 EXAMINATION PENDING

☐ HIGHLY ASSAULTIVE
☐ DEVELOPMENTALLY DISABLED
☐ HISTORY OF VIOLENCE TOWARDS_____

☐ TRANSFER TO:

PSYCHIATRIC PRISON WARD:   ☐ BHPW              ☐ KCHPW        ☐ EHPW

DOC FACILITY:  ☐ C-71 MENTAL HEALTH

OTHER M.O. HOUSING:  ☐ DORMITORY       ☐ CELL       ☐ BRONX ASSAULTIVE UNIT
                                                                          ☐ EITHER

SPECIAL PRECAUTIONS REQUIRED:

☐ ENHANCED SUICIDE OBSERVATION (ESO)
☐ SUICIDE WATCH
☐ GENERAL POPULATION – NO DANGER TO SELF OR OTHERS
☐ NO TRANSFER REQUIRED, BUT MOVE TO  ☐ DORMITORY     ☐ CELL

*Remove from Suicide watch*

ADDITIONAL INFORMATION / RECOMMENDATIONS:

*Remove from Suicide watch*

INTERVIEWER SIGNATURE  _Alan Baker MSW_      TIME OF INTERVIEW 5 pm HRS.

INTERVIEWER NAME (PRINT)  Alan Baker CSW      DATE OF INTERVIEW 3/16/10

### TO BE COMPLETED BY DEPARTMENT OF CORRECTION STAFF

TIME OF NOTIFICATION TO DOC: _____ HRS.    PERSON NOTIFIED (Print Name & Rank)

TIME OF NOTIFICATION TO NAMCU: _____ HRS.    PERSON NOTIFIED (Print Name & Rank)                #

| TRANSFER LOCATION | FACILITY | HOUSING AREA | BED / CELL |
|---|---|---|---|
| PERSON NOTIFIED AT RECEIVING LOCATION (As Required) | PRINT NAME | RANK/TITLE | SHIELD NO./ID |

Form RIO18 Rev 6/98



**NYC Health**

THE NEW YORK CITY
DEPARTMENT of HEALTH
and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

Patient name: HENRY,LEVAR

Facility: GRVC

Book Case: 3490721085

| DATE | TRANSFER CHART REVIEW |
|---|---|
| 3/16/2010 | **PART ONE**     NEW FACILITY: GRVC      PREVIOUS FACILITY: AMKC |
| TIME: | INTAKE HISTORY & PHYSICAL DOCUMENTED:    [✓] YES  [ ] NO |
| 11:08 PM | RPR RESULTS:    [ ] POS  [✓] NEG      PPD RESULTS:      [ ] POS  [✓] NEG  [ ] PENDIN |
| | CXR RESULTS:    [ ] ABNORMAL    [ ] NORMAL    [✓] NOT INDICATED    [ ] PENDIN |
| | NURSING FOLLOW-UP SCHEDULED: [ ] YES     F/U DATE:        [✓] NOT INDICATED |
| | |
| | PRIORITY REVIEW REQUIRED: [ ] YES       [✓] NO |
| | REASONS (CHECK ALL THAT APPLY): |
| | [ ] PPD pos Pt with no CXR report       [ ] Pt on Methadone |
| | [ ] HIV pos Pt with no CXR report       [ ] Pt on Coumadin |
| | [ ] VCBC Pt on medications           [ ] Pt with expired or soon to be expired medications |
| | [ ] Chronic condition poorly controlled OR unstable chronic dz    [ ] Acute problem needing follow-up |
| | [ ] Transfer to Segregation         [ ] OTHER: |
| | |
| | PRIORITY CHART GIVEN TO: (*NAME*)         [ ]MD, [ ]DO, [ ]NP, [ ]PA |
| | COMPLETED BY: Pierce MP lpn      PRINT/STAMP:    3/16/2010 11:08:03 PM |
| DATE | **PART TWO** |
| 3/17/2010 | CHRONIC CARE PROBLEMS AND F/U DATES AS INDICATED:    [ ] NO ACTIVE PROBLEMS |
| TIME: | 1. multiple contusions f/u prn     3. None        5. None |
| 12:46 AM | 2. depression MH f/u         4. None        6. None |
| | OTHER ACTIVE PROBLEMS AND F/U DATES AS INDICATED: |
| | 1. None         3. None        5. None |
| | 2. None         4. None        6. None |
| | LAB / X-RAY F/U DATE AS INDICATED:       [✓] NONE |
| | |
| | ALLERGIES: [ ] YES:            [✓] NONE |
| | LIST MEDS RE-WRITTEN (TRANSFERS FROM VCBC, NIC, CDU):    [✓] NO MEDS |
| | |
| | CONSULTS RE-WRITTEN (IF PAST DUE OR NO RECORD IN CHART):    [✓] NO CONSULTS |
| | DIETARY CONSULT WRITTEN: [ ] YES  [✓] NO |
| | MENTAL HEALTH F/U: [✓] YES, ROUTINE CONSULT    [ ] YES, STAT CONSULT    [ ] NOT INDICATED |
| | PATIENT CALLED TO CLINIC: [ ] YES (SEE PROGRESS NOTE)        [✓] NOT INDICATED |
| | |
| | OK FOR FOOD HANDLER'S CERTIFICATE [ ] YES  [✓] NO, REASONS: |
| | MO |
| | COMPLETED BY: MADHAVA, VALSA      PRINT/STAMP:    3/17/2010 12:46:55 AM |

CHS 1091 (Rev. 10/07)        REMINDER: FULLY COMPLETE THE PROBLEM LIST        Page 1 of 1



NYC DEPARTMENT OF HEALTH & MENTAL HYGIENE
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

EVERY ENTRY <u>MUST</u> BE DATED AND **SIGNED**

Henry Levar
34907~2108~

| DATE | OBSERVATIONS |
|------|--------------|
| 3/16/10 | Psych. Note |
| CPRUC | S: Patient is seen together with mthr |
| 13B. | to re-evaluate his need for danger, as he |
| 6:55 p | is on suicide watch (secret transfer in) |
| | as a precaution. He is well known to |
| | this writer and has no recent suicide |
| | attempt, gesture, or self-abusive behavior. |
| | He is placed in solitary confinement due to |
| | ongoing time. He reports being "ok" |
| | and states that he never reported thoughts, |
| | plan, intent to harm self in any way. |
| | O: He is alert, calm, cooperative, relates |
| | conversationally. Speech is fluent, thought |
| | process coherent and goal-directed. |
| | No psychotic features or major mood |
| | symptoms noted. He denies S/H thoughts, |
| | plan, intent. |
| | A: The patient is stable and currently does |
| | not seem to pose a danger to self. |
| | P: — Discontinue suicide watch, |
| | - Will continue routine mtt follow up |
| | Luke p |



84


# PROGRESS NOTE

EVERY ENTRY <u>MUST</u> BE DATED AND **SIGNED**

Henry, Levar
349-07-21085

| DATE | OBSERVATIONS |
|------|--------------|
| 3/17/10 GRVC 13B 11:15 am | CLINICAL SUPERVISOR M.H. NOTE: Chart reviewed; pt. is a recent transfer-in to MHAUII from AMKC/C-95 showing 8 days owed from previous fight & PHD for a fight 3/13/10. Pt. has spent time in both CPSU & MHAUII before. On 2/27/09 he was cleared for CPSU; on 3/15/10 c.s. note indicated MHAUII on S.W. as a precaution "to reassure pt. that his safety is of concern to all staff" given pt's concern q. retaliation by officers b/c of pending law suit. Pt's watch D/c'ed yesterday evening in MHAUII by Clinician & Psychiatrist as he was stable and not a threat to self or others. Pt. has current dx of Mood D/O NOS & ASPD & is prescribed Risperdal & Paxil thru 4/5. Pt. is assigned to Clinician & Psychiatrist for MH f/u. TPR due 3/30 at G.P. level of care, but can be completed earlier at M.O. level of care. Pt. out to court today, may be on trial at this time. — David Jurich, PhD **Clinical Supervisor** |
| | |
| | |
| | |
| | |
| | |
| | |





DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

# MENTAL HEALTH PROGRESS NOTE

EVERY ENTRY <u>MUST</u> BE DATED AND SIGNED

Henry, Seva
TY90721085

| | |
|---|---|
| **DATE:** _3/18/__ | **TIME:** _11:00 am_ **LOCATION:** _GRVC - 13B_ |

**SUBJECTIVE:** _Pt seen for TRM. Pt reports they kept up w/ CSS line frequently claiming there appears no reason. She said to the legalist for 2 days who has sent to the box w/o receiving a ticket. Pt is requesting to be cleared for MH + sent to OBCC instead. Hopefully the Doc release will be in a this one. Last time_

**OBJECTIVE:** _I gave her more box days for no reason where he supposedly_
_pt alert, clear, focused, verbal_ _her against this._

**Mental Status Examination:**

**General Appearance:** _Fair_

**Mood:** _Anxious_ **Affect:** _Congruent_ **Thought Process:** _goal-directed_

**Perceptions:** _Denies AVH_

**Insight:** _Improving_ **Judgement:** _Improving_ **Impulse Control:** _Fair_

**Other:** **S/H thoughts:** _Denies_

**S/H Plan:** _Denies_ **S/H intent:** _Denies_

**RISK ASSESSMENT (describe both chronic and acute):**

**1. Risk factors:** _history of depression, ASID, box days_

**2. Protective factors:** _good coping skills, family support, goal-directed to leave_
_Rikers now_

**Considering the above factors, assess the current risk level: Low** ✓ **Moderate** ___ **High** ___

**ASSESSMENT:** _Pt engaged, responsive, currently stable, goal-directed_
_to get OBCC_

| | | | |
|---|---|---|---|
| **AXIS I:** _Mood D/o, rld_ | | **AXIS IV:** _Mod_ | |
| **AXIS II:** _ASID_ | | **AXIS V:** _65_ | |
| **AXIS III:** _non_ | | | |

**PLAN (Be sure to address acute risk factors if any):**
_Update TRM + Contn seg Pt weekly & MED_

_[signature]_
**Signature of Mental Health Staff**

**Joshua Rosenthal, MHC**
**Print Name of Mental Health Staff**





**DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT**
**CORRECTIONAL HEALTH SERVICES**

Henry, Levar

349-07-21085, 7839962Z

11/7/1977, M

# PROGRESS NOTE

EVERY ENTRY <u>MUST</u> BE DATED AND SIGNED

| DATE | OBSERVATIONS |
|------|--------------|
| 3/20/10 | MD visit |
| 9a U | ⊕ inj |
| 130 | S O |
| P | I need my motrin renewed for pain |
| | ↑ P |
| | Request motrin |
| | Rx → motrin |
| | [signature] Jane Sanjose, MD |



Report ID: IRC00100

# Pharmacy Order
### Sorted by: Start Date

3/20/2010
1:09:52 PM

| | | | |
|---|---|---|---|
| Name: | **Henry, Levar** | Book & Case: **349-07-21085** | NYSID: **7839962Z** |
| DOB: | **11/7/1977** | Site/Housing: **GRVC/13B** | |
| Drug: | **Motrin** | | Dosage: **400MG** |
| Form: | **Tab** | SIG: **1 tab bid,pc** | |
| Reason: | **Other - renew** | Start: **3/20/2010** | Duration: **4 days** |
| Written by: | **Jane Sanjose, Physician** | | |
| Approved by: | | | Pharm: _____ |
| Allergies: | **NKA** | | |

## DC:



# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name: Henry          First Name: Levar          B&C #: 34907210 85

Date: of Appointment: 3/22/10          Facility: ~~AMKE~~ GRVC

**(B) SPECIALTY CLINIC:**

- ☐ Audiology
- ☐ Cardiology
- ☐ Dermatology
- ☐ ENT
- ☐ GI
- ☐ Hand
- ☐ Neurology
- ☐ Ophthalmology
- ☐ Optometry
- ☑ Orthopedic
- ☐ PT
- ☐ Podiatry
- ☐ Oral Surgery
- ☐ Surgery
- ☐ Urology
- ☐ Mammo / Sonography
- ☐ OB / GYN

**(C) PROVIDER INFORMATION:**

- ☐ Seen (no follow-up appt needed)
- ☑ Seen need follow-up appt)
- ☐ No show (need new appt)
- ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | Yes | No | N/A |
|---|---|---|---|
| Medication order(s) written: | ☐ | ☑ | ☐ |
| Problem list in RIIS updated: | ☑ | ☐ | ☐ |
| F/u appt. updated in RIIS: | ☑ | ☐ | ☐ |
| Specialty Recommendation(s): | ☐ | ☑ | ☐ |

**Follow-up Appt. within**

- ☐ 2 weeks
- ☐ 4 weeks
- ☐ 6 weeks
- ☐ 8 weeks
- ☐ 12 weeks
- ☑ Other: 3 wks

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. X-ray Rt elbow          4. _____
2. Handling in travel,     5. _____
3. _____         6. _____

Signature: John Lewis MD          Provider Stamp: Lester Lieberman, MD          Date: 3/22/10

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____          ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____          Date: _____

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Patients' Name Henrry, Lrvar         DOB 11/7/77

FROM    6 RVC              3490721085
        Correctional institution        Inmate no.

Referred to _____ FOR POC _____ Ward / Clinic

Hospital _____ 3A _____ / Clinic no.

Leave blank for hospital use

FOR POC

Chief complaint or findings:

Hand writ in splant for

Diagnosis, treatment and medications by C.H.S.:

fol. than for yurs

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date 3/22/10   Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

3/23/10

Date _____ Physician _____

*Reminder: Fully Complete the Problem List*

# CONSULTATION REQUEST

MAR 23 2010

## NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Follow up 3wks

Leave blank for hospital use
Consult Review
On Island Specialty Clinic
☒ No Action Needed
☐ See Progress Note

_____
Signature

Patients' Name _Heny, Levar_ DOB _11/7/77_

FROM _6 RNC_ , _3490721085_
Correctional institution          Inmate no.

Referred to _Ortho_ Ward /(Clinic)

Hospital _WF_ / Clinic no.

Name Stamp          Date 4/30/10

Chief complaint or findings:

Follow up 3wks for

~~Diagnosis, treatment and medications by C.H.S.:~~

Rt elbow

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Lester Lieberman, MD

Lester Lieberman, MD

Request:

Date _3/22/10_ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations: X-ray AP + lat Rt elbow. Rx
olecranon spur tiny. No ff
PE: Tender Rt lateral epicondyle to
POM Rt elbow. days Rt lat epicondyle lft
Rx: ~~pain~~
① Tylenol C codeine 30 mg T BID X
5 days.
② P.T.
③ RTC 6 wks.

~~...~~

Date _4/29/10_ Physician _____ L Lieberman MD

*Reminder: Fully Complete the Problem List*

Lester Lieberman, MD

G-71

(91)

# ON – ISLAND SPECIALTY CLINIC

## (A) PATIENT INFORMATION:

Last Name: Henry    First Name: Levar    B&C #: 349072085

Date: of Appointment: 3/23/09    Facility: AMKC

## (B) SPECIALTY CLINIC:

- [ ] Audiology
- [ ] Cardiology
- [ ] Dermatology
- [ ] ENT
- [ ] GI
- [ ] Hand
- [ ] Neurology
- [ ] Ophthalmology
- [ ] Optometry
- [ ] Orthopedic
- [ ] PT
- [x] Podiatry
- [ ] Oral Surgery
- [ ] Surgery
- [ ] Urology
- [ ] Mammo / Sonography
- [ ] OB / GYN

## (C) PROVIDER INFORMATION:

- [ ] Seen (no follow-up appt needed)
- [x] Seen need follow-up appt)
- [x] No show (need new appt)
- [ ] 2ND No show (Refer Consult to SMD for re-evaluation)

<table>
<tr><td></td><td>Yes</td><td>No</td><td>N/A</td></tr>
<tr><td>Medication order(s) written:</td><td>[ ]</td><td>[ ]</td><td>[ ]</td></tr>
<tr><td>Problem list in RIIS updated:</td><td>[ ]</td><td>[ ]</td><td>[ ]</td></tr>
<tr><td>F/u appt. updated in RIIS:</td><td>[ ]</td><td>[ ]</td><td>[ ]</td></tr>
<tr><td>Specialty Recommendation(s):</td><td>[ ]</td><td>[ ]</td><td>[ ]</td></tr>
</table>

### Follow-up Appt. within

- [ ] 2 weeks
- [ ] 4 weeks
- [ ] 6 weeks
- [ ] 8 weeks
- [ ] 12 weeks
- [ ] Other:_____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____    4. _____
2. _____    5. _____
3. _____    6. _____

_____    _____    3/3/09
Signature          Provider Stamp      Date

## (D) FOR SCHEDULING DEPARTMENT USE ONLY:

New appointment date: _____    [ ] 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____    Date: _____





DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

Henry, Jevon
J49072 1085

# MENTAL HEALTH PROGRESS NOTE

### EVERY ENTRY MUST BE DATED AND SIGNED

| | |
|---|---|
| **DATE:** 5/31/10 **TIME:** 10:15 AM **LOCATION:** GMC 13B | |
| **SUBJECTIVE:** Pt seen f/ MH f/u. Pt reports L wrist + L forearm yesterday + they took x-ray of his elbow that is injured + told him he will have to wait 1 week before he gets the results, which is upsetting him, as well as the fact they did not himself treat his elbow or give him pain meds which he claims he needs. Pt is hoping to be leaving the facility | |
| **OBJECTIVE:** (today as he was given up Thursday-released + he leaving today) Pt o+3, alert, food rebelling | |
| **Mental Status Examination:** | |
| **General Appearance:** Well groomed | |
| **Mood:** mildly anxious **Affect:** Congruent **Thought Process:** Goal-directed | |
| **Perceptions:** Denies AVH | |
| **Insight:** Marginal **Judgement:** Marginal **Impulse Control:** Fair | |
| **Other:** **S/H thoughts:** Denied | |
| **S/H Plan:** Denies **S/H intent:** Denies | |
| **RISK ASSESSMENT (describe both chronic and acute):** | |
| **1. Risk factors:** history of depression, ASPD, Prior drugs, good diversion + learn knowing on | |
| **2. Protective factors:** Improved coping skills, family support. | |
| **Considering the above factors, assess the current risk level: Low ✓ Moderate ___ High ___** | |
| **ASSESSMENT:** Pt very engaged, responsive, stable, good diversion + learn MH/ADL | |
| **AXIS I:** Mood D/o NOS **AXIS IV:** Mod | |
| **AXIS II:** ASPD **AXIS V:** 65 | |
| **AXIS III:** Injured elbow | |
| **PLAN (Be sure to address acute risk factors if any):** Continue seeing Pt weekly f/ MH | |

_Josh Barr_
**Signature of Mental Health Staff**

**Joshua Rosenthal, MHC**
**Print Name of Mental Health Staff**

CHS 288-L (01/10)          REMINDER: FULLY COMPLETE THE PROBLEM LIST          Page 1 of 1





## Prison Health Services, Inc. - Study Notes/Preliminary Report

| | |
|---|---|
| Patient: Henry, Levar | ID: 07839962Z |
| DOB: 11/7/1977 | Accession #: 34039 |
| Primary Location: WEST CR | |
| Ordering Physician: Grvc, George R. Vierno Center | Phone: Pager: |
| Procedure: Elbow     Right  Ap, Lateral | Study Date: 3/24/2010 8:46:45 AM |
| Reason: N/A | |

*RIEPF\PARKSSP, Parks, Scott - 3/25/2010 5:50:32 PM*          Edit
RIGHT ELBOW: Tiny olecranon spur. F/U prn.

*RIEPF\PARKSSP, Parks, Scott - 3/25/2010 5:50:09 PM*          Edit
STUDY: RIGHT ELBOW X-RAY CLINICAL HISTORY: TECHNIQUE: FINDINGS: There is no
radiographic evidence of fracture or joint effusion. The articular spaces are
maintained. There is a tiny olecranon spur. IMPRESSION: Tiny olecranon spur.
Report Electronically Signed by: Jack Baldasar Report Signed on: 03/24/2010 9:28
PM

**Abnormal**



 NYC DEPARTMENT OF HEALTH & MENTAL HYGIENE
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

EVERY ENTRY <u>MUST</u> BE DATED AND **SIGNED**

HENRY LOVER
349-07-21085

| DATE | OBSERVATIONS |
|------|--------------|
| 3/26/10 9pm (84) | Sicle cell: |
|  | S/p _injury_ / muscle pain |
|  | _whole cell_ + _sides_. |
|  | O. _pt_ in acute distress |
|  | Temp 98° P 78 BP 95/10/70 |
|  | RR 14/m |
|  | Cardiac: C1 _wnl_ 0 |
|  | Lungs: clear |
|  | Abd: organomegaly 0 |
|  | CNS: No focal sign |
|  | A/p _muscle_ trauma |
|  | _assess_ _pleget_ 3 . _NBL_ |
|  | _no_ KUA X _4_ days _prn_ |
|  | _whole cell_ _adult consult_ |
|  | A. Reddy, MD |



# ON – ISLAND SPECIALTY CLINIC

## (A) PATIENT INFORMATION:

Last Name: _Henry_  First Name: _Levar_  B&C #: _349077085_

Date: of Appointment: _____  Facility: _GMH_

## (B) SPECIALTY CLINIC:

☐ Oral Surgery

☐ Audiology  ☐ GI  ☐ Optometry  ☐ Surgery

☐ Cardiology  ☐ Hand  ☐ Orthopedic  ☐ Urology

☐ Dermatology  ☐ Neurology  ☐ PT  ☐ Mammo / Sonography

☐ ENT  ☐ Ophthalmology  ☐ Podiatry  ☐ OB / GYN

## (C) PROVIDER INFORMATION:

☐ Seen (no follow-up appt needed)
☐ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | |
|---|---|
| Medication order(s) written: ☐ Yes ☐ No ☐ N/A | |
| Problem list in RIIS updated: ☐ Yes ☐ No ☐ N/A | |
| F/u appt. updated in RIIS: ☐ Yes ☐ No ☐ N/A | |
| Specialty Recommendation(s): ☐ Yes ☐ No ☐ N/A | |

**Follow-up Appt. within**

☐ 2 weeks  ☐ 8 weeks

☐ 4 weeks  ☐ 12 weeks

☐ 6 weeks  ☐ Other:_____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____  4. _____

2. _____  5. _____

3. _____  6. _____

_____  _____  _____
Signature  Provider Stamp  Date

## (D) FOR SCHEDULING DEPARTMENT USE ONLY:

New appointment date: _____  ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____  Date: _____



# Pharmacy Order
### Sorted by: Start Date

| | | | | |
|---|---|---|---|---|
| Name: | **Henry, Levar** | Book & Case: | **349-07-21085** | NYSID: | **7839962Z** |

Name: **Henry, Levar**  Book & Case: **349-07-21085**  NYSID: **7839962Z**

DOB: **11/7/1977**  Site/Housing: **GRVC/8A**

Drug: **Tylenol/Codeine #3**  Dosage: **300-30MG**

Form: **Tab**  SIG: **2 tab po bid prn**

Reason: **Other - pain prn**  Start: **3/26/2010**  Duration: **4 days**

Written by: **Allareddy v.k. Reddy, Physician**

Approved by: **Allareddy v.k. Reddy, Physician**  Pharm: _____

Allergies: **NKA**

**DC:**



# ON – ISLAND SPECIALTY CLINIC

## (A) PATIENT INFORMATION:

Last Name: _Henry_ First Name: _Cavar_ B&C #: _349072/085_

Date: of Appointment: _____ Facility: _Ebeye_

## (B) SPECIALTY CLINIC:

- ☐ Audiology
- ☐ Cardiology
- ☐ Dermatology
- ☐ ENT
- ☐ GI
- ☐ Hand
- ☐ Neurology
- ☐ Ophthalmology
- ☐ Optometry
- ☑ Orthopedic
- ☐ PT
- ☐ Podiatry
- ☐ Oral Surgery
- ☐ Surgery
- ☐ Urology
- ☐ Mammo / Sonography
- ☐ OB / GYN

## (C) PROVIDER INFORMATION:

- ☐ Seen (no follow-up appt needed)
- ☐ Seen need follow-up appt)
- ☐ No show (need new appt)
- ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

### Follow-up Appt. within

- ☐ 2 weeks
- ☐ 4 weeks
- ☐ 6 weeks
- ☐ 8 weeks
- ☐ 12 weeks
- ☐ Other:_____

| | ☐ Yes | ☐ No | ☐ N/A |
|---|---|---|---|
| Medication order(s) written: | ☐ Yes | ☐ No | ☐ N/A |
| Problem list in RIIS updated: | ☐ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☐ No | ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☐ No | ☐ N/A |

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1._____
2._____
3._____
4._____
5._____
6._____

_____   _____   _____
Signature                  Provider Stamp                  Date

## (D) FOR SCHEDULING DEPARTMENT USE ONLY:

New appointment date: _____   ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Scheduler / Coordinator Name: _____ Date: _____



DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

# MENTAL HEALTH PROGRESS NOTE

349 0721085

EVERY ENTRY <u>MUST</u> BE DATED AND SIGNED

Henry, Levar

DATE: 11-27-10   TIME: 3 PM   LOCATION: AMKC 6A

**SUBJECTIVE:** Pt told clinician that it is the same "shit". Don't like GMDC due to how it is operated. Waiting to see follow up with orthopedic as promised several weeks ago, waiting to see dental. Taking medication. Reports fair appetite & sleep. Pt denial A/V hallucination & homicidal or suicidal.

**OBJECTIVE:** O×3, depressed mood & appropriate affect, no A/V or other hallucinations. Client speaks no danger to self or others.

**Mental Status Examination:**

**General Appearance:** Fair

**Mood:** depressed   **Affect:** appropriate   **Thought Process:** no FTD

**Perceptions:** none

**Insight:** fair   **Judgement:** fair   **Impulse Control:** good

**Other:** ∅   **S/H thoughts:** none

**S/H Plan:** none   **S/H intent:** none

**RISK ASSESSMENT (describe both chronic and acute):**

**1. Risk factors:** Depression, legal case

**2. Protective factors:** Has young children

**Considering the above factors, assess the current risk level: Low ____ Moderate ____ High ____**

**ASSESSMENT:** Pt continues c/o being in GMDC & failure to respond to follow up & services. Problems w/ld & also perceived of others not supportive. Currently prescribed Paxil 40g & Risperdal 1mg.

**AXIS I:** Mood do. NOS   **AXIS IV:** Moderate

**AXIS II:** ASPD   **AXIS V:** 65

**AXIS III:** none

**PLAN (Be sure to address acute risk factors if any):**
Continue in general population & mtt follow up + PRN complaint & pt.

Signature of Mental Health Staff

Henry Lawrence, LCSW-R
Mental Health Professional
**Print Name of Mental Health Staff**

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name HENRY, Levar DOB 11-7-77

FROM GRVC , 349072 1085
Correctional institution          Inmate no.

Referred to Dental          Ward / Clinic

Hospital          / Clinic no.

Chief complaint or findings:

M requesting to

**Diagnosis, treatment and medications by C.H.S.:**

See dental

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date 4-27-10 Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS 5014 (Rev. 5/04)          *Reminder: Fully Complete the Problem List*

Follow up 6 WKS

# CONSULTATION REQUEST (In 6/1)

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | Leave blank for hospital use |
|---|---|
| Patients' Name Henry, Lavar DOB 5/7/77 | Consult Review |
| | On Site Specialty Clinic |
| FROM GRVC 13490721085 | No Action Needed |
| Correctional institution        Inmate no. | See Progress Note |
| Referred to _____ Ortho _____ Ward / Clinic | Curt Walker, RPA-C    6/11/10 |
| Hospital _____ WF _____ / Clinic No. _____ | Name Stamp        Date |

Chief complaint or findings:

Follow up 6 WKS for

Diagnosis, treatment and medications by C.H.S.:

R→ elbow

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date 4/29/10 Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations: somewhat better, ↓ dol R→
elbow  0 → 135° flexion, ⊘ tenderns
dx: ← lat epicondylitis
R/x: cont PT 6 WKS
PRC 8 WKS.
F/u p/o communicated to pt

Date 6/10/10 Physician _____ Lester Lieberman, MD

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _Henry, Lamar_ DOB _4/7/77_

FROM _GRVC_ / _3490721085_
       Correctional institution    Inmate no.

Referred to _P.T._ Ward / Clinic

Hospital _UrF._ / Clinic No. _____

_Raw Kun_

Chief complaint or findings:

Pt c̄ Pt cont. Epicondylitis

**Diagnosis, treatment and medications by C.H.S.:** Please do Moist heat ultrasound

& exercises

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Lester Lieberman, MD
Lester Lieberman, MD

Request:

Date _4/29/10_ Referring Physician _____ MD  Phone _____ Approved _____

Consultation, findings and recommendations: Pt. is a 32 y/o ♂ c̄ h/o no known mech of
injury: woke up c̄ LBS in cuffs → Elmhurst → v- MTS - unknown results
& XRS - nkda pt unclear as c̄ paperwork; pt c̄ dc of Rom Ⓡ elbow c̄ supinan c̄
ATM exercises: some kno of spur - (AMM) ∅ (PSH) ∅ (Meds) Ty. #3, Ibuprofen, psych in
Precautions ∅ ortho (DO) Ⓡ UTT epicondylitis
(PE/OBJ) Ⓡ elbow - ADM - wfl          Ⓞ edema Ⓞ deformity Ⓞ ecchymosis
              PDM - wfl              Ⓞ TTP Ⓡ Mes/lat epicondyle + Ⓡ UTT wrist extensors
       MMS - 4/5 - flexion ↑ UTT epic.

                                          Pt. to be seen for
                                      myofascial - mws Ⓡ elbow
                                              1° UTT
                                        - elbow stretch
                                        - MFR - elbow       Ⓡ Ec

Date _5/6/10_ Physician _Augusto_

_Reminder: Fully Complete the Problem List_

CHS 5014 (Rev. 5/04)

# CONSULTATION REQUEST

**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

| | Leave blank for hospital use |
|---|---|
| Patients' Name _Henry, Lamar_ DOB _4/7/77_ | Consult Review |
| | On Island Specialty Clinic |
| FROM _GRVC_ , _349072/085_ | ☑ No Action Needed |
| Correctional institution    Inmate no. | ☐ See Progress Note |
| Referred to _P.T._ Ward / Clinic | _Signature_ |
| Hospital _UnF._ / Clinic No. | **Curt Walker, RPA-C** |
| | _Name Stamp_    _5/7/10_ Date |

Chief complaint or findings:

Pt c̄ pt cont. Extremity likes

**Diagnosis, treatment and medications by C.H.S.:** Please do Moist Heat ultrasound + Exercises

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

**Lester Lieberman, MD**
**Lester Lieberman, MD**

Request:

Date _4/29/10_ Referring Physician _[signature] MD_ Phone _____ Approved _____

Consultation, findings and recommendations: Pt. is a 32 y/o ♂ c̄ h/o no known mech of injury; woke up c̄ cuffs → Elmhurst — → NYTS — unknown results + NYTS - rikers pt unclear os c̄ paperwork; pt c̄ dc of pain ® elbow c̄ supprin c̄ arm exercises "some kind of spur" - (PMH) ∅ (PSH) ∅ (Meds) Tyl. #3, Ibuprofen, psych in past (Precautions) ∅ ortho (DO ® UT. Epicondylitis)

(PE obs) ® Elbow - AROM - WFL (Desent ® deformity) (® ecchymosis) PROM - WFL (® TTP ® Med/Lat Epicondyle + ® UT wrist exercises) MMT - 4-/5 - flexless ↑ UT epic.

Pt. to be seen for:
- MHS ® elbow
- 1° UT
- elbow stretch
- MFR - elbow
(P.T.)

Date _5/6/10_ Physician _Augusta [signature]_

*Reminder: Fully Complete the Problem List*

CHS 5014 (Rev. 5/04)

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | |
|---|---|
| Leave blank for hospital use | |

Patients' Name 349 Hary levan  DOB 1/7/77

FROM (GRVC MD) / 399-07-21085
Correctional institution     Inmate no.

Referred to GRVC DOC _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

- Please

Diagnosis, treatment and medications by C.H.S.:

Due to Medical Reasons

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

(ant cuff Mr Heavy fr
One Week
Pending cello Evaluation,
Thanks

Request:

Date 4/29/10    Referring Physician Medina    Phone _____    Approved _____

Juan A. Medina, MD
Medical Director, GRVC

Consultation, findings and recommendations:

Date _____    Physician _____

CHS 5014 (Rev. 5/04)    *Reminder: Fully Complete the Problem List*

(104)

# CONSULTATION REQUEST  5/27

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Routine
4/29/10

Medra

Patients' Name_ Henry leven _____ DOB 11/7/77

FROM __ Grve NY __ 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 st
           Correctional institution          Inmate no.

Referred to ___ Ortho _____ Ward / Clinic

Hospital ___ wF ___ BVA ___ / Clinic No.

Consult Review
On Island Specialty Clinic

Chief complaint or findings:

☒ No Action Needed

☐ See Progress Note

**Diagnosis, treatment and medications by C.H.S.**

Signature

**Scott Parks, RPA-C**  5/27/10

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

| Name Stamp | Date |
|---|---|

- Please
Evaluate Mr. Henry -
- Seen by RI ortho 3/22/10 -
Scheduled for Rtc 3 wks
Thanks.

Pain RT lateral Epicondyle  x Ray al -

Request:

Date 4/29/10 __ Referring Physician ___ Medra _____ Phone ___ 
Juan A. Medina, MD
Medical Director, GRVC
Approved ___

Consultation, findings and recommendations:  Pain Pt elbow. Lateral. Having P.T.

Hx: Rt lat Epicondylitex

Ox: cont PT for 6 wks

     RTC 8 wks

     P/ info communicated to pt.

Date 5/26/10 __ Physician _____

Lester Lieberman, MD

GHS 5014 (Rev. 5/04)    *Reminder: Fully Complete the Problem List*

Lester Lieberman, MD



Report ID: IRC00100

# Pharmacy Order
### Sorted by: Start Date

4/29/2010
11:11:46 AM

Name: **Henry, Levar**  Book & Case: **349-07-21085**  NYSID: **07839962Z**

DOB: **11/7/1977**  Site/Housing: **GRVC/8A**

Drug: **Tylenol/Codeine #3**  Dosage: **300-30MG**

Form: **Tab**  SIG: **1 bid**

Reason: **Other - pain**  Start: **4/29/2010**  Duration: **5 days**

Written by: **Lester Lieberman, Physician**

Approved by: **Lester Lieberman, Physician**  Pharm: _____

Allergies: **NKA**

**DC:** _~~(signature)~~ (copy)_

Page 1 of 1



# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name: _Henry_     First Name: _Levar_     B&C #: _3490721085_

Date: of Appointment: _4/29/10_     Facility: _GM_

**(B) SPECIALTY CLINIC:**

☐ Oral Surgery

☐ Audiology     ☐ GI     ☐ Optometry     ☐ Surgery

☐ Cardiology     ☐ Hand     ☐ Orthopedic     ☐ Urology

☐ Dermatology     ☐ Neurology     ☐ PT     ☐ Mammo / Sonography

☐ ENT     ☐ Ophthalmology     ☐ Podiatry     ☐ OB / GYN

**(C) PROVIDER INFORMATION:**

☐ Seen (no follow-up appt needed)
☑ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | | | |
|---|---|---|---|
| Medication order(s) written: | ☐ Yes | ☑ No | ☐ N/A |
| Problem list in RIIS updated: | ☑ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☑ Yes | ☐ No | ☐ N/A |
| Specialty Recommendation(s): | ☑ Yes | ☐ No | ☐ N/A |

**Follow-up Appt. within**

☐ 2 weeks     ☐ 8 weeks

☐ 4 weeks     ☐ 12 weeks

☑ 6 weeks     ☐ Other:_____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _P. T._     4. _____

2. _Ibuprofen within 30 mg TPO BID X 5 days_

3. _____     6. _____

_____     Lester Lieberman, MD     _4/29/10_
Signature     Provider Stamp     Date

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____     ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____     Date: _____



NYC DEPARTMENT OF HEALTH & MENTAL HYGIENE
**CORRECTIONAL HEALTH SERVICES**

# PROGRESS NOTE

EVERY ENTRY <u>MUST</u> BE DATED AND **SIGNED**

Henry Leval
34 90 72 1085

| DATE | OBSERVATIONS |
|---|---|
| 5/3/10<br>GRVC<br>12.30 PM | MD note · sick call<br>c/o pain right elbow, asking for renewal of tylenol # 3.<br>✓ Requesting medicated shampoo<br><br>O/E · alert no distress.<br>VS BP 120/80  P-74  R-14  T-97.9°<br>Scalp — dandruff.<br>General examination — unremarkable<br>Right elbow - mild tenderness over<br>   lateral epicondyle.<br>No swelling.<br>ROM — full.<br><br>Ass. / Plan - lateral epicondylitis - Patient was<br>   evaluated by Ortho<br>Pain medication — motrin 400 mg P.O. BID<br>   Tylenol # 3 - 2 tab. P.O. BID PRN<br><br>Ortho · f/u pending       [signature]<br>                    Harjinder Bhatti, MD |



# Pharmacy Order
### Sorted by: Start Date

5/3/2010
12:34:45 PM

| | | | |
|---|---|---|---|
| Name: | **Henry, Levar** | Book & Case: **349-07-21085** | NYSID: **07839962Z** |
| DOB: | **11/7/1977** | Site/Housing: **GRVC/8A** | |
| Drug: | **Acetaminophen/Codeine #3** | | Dosage: **300-30MG** |
| Form: | **Tab** | SIG: **1 tab po bid prn** | |
| Reason: | **Other - pain** | Start: **5/3/2010** | Duration: **3 days** |
| Written by: | **Harjinder Bhatti, Physician** | | |
| Approved by: | | | Pharm: _____ |
| Allergies: | **NKA** | | |

## DC:

| | | | |
|---|---|---|---|
| Name: | **Henry, Levar** | Book & Case: **349-07-21085** | NYSID: **07839962Z** |
| DOB: | **11/7/1977** | Site/Housing: **GRVC/8A** | |
| Drug: | **Motrin** | | Dosage: **400MG** |
| Form: | **Tab** | SIG: **1 tab po bid** | |
| Reason: | **Other - pain** | Start: **5/3/2010** | Duration: **5 days** |
| Written by: | **Harjinder Bhatti, Physician** | | |
| Approved by: | | | Pharm: _____ |
| Allergies: | **NKA** | | |

## DC:

| | | | |
|---|---|---|---|
| Name: | **Henry, Levar** | Book & Case: **349-07-21085** | NYSID: **07839962Z** |
| DOB: | **11/7/1977** | Site/Housing: **GRVC/8A** | |
| Drug: | **Sebex** | | Dosage: **2-2%** |
| Form: | **Shampoo** | SIG: **apply to affected scalp TIW** | |
| Reason: | **Other - dandruff** | Start: **5/3/2010** | Duration: **14 days** |
| Written by: | **Harjinder Bhatti, Physician** | | |
| Approved by: | | | Pharm: _____ |
| Allergies: | **NKA** | | |

## DC:

Chart

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE *136*

*Henry Omar*

5/18/10 FW

Patients' Name _Henry, Omar_ DOB _____

FROM _Grv_ 349-072-1085

Correctional institution          Inmate no.

Referred to _____ PT _____ Ward / Clinic

Hospital _____ WF _____ / Clinic no.

Leave blank for hospital use

Consult Review
On Island Specialty Clinic
☑ No Action Needed
☐ See Progress Note

Signature
Jorge Villalobos, RPA   5/18/10
Name Stamp          Date

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Jonathan August
Physical Therapy 5/17/10

refer to PT 5/17/10

Request:

Date _5/6/10_  Referring Physician _August_  Phone _____  Approved _____

Consultation, findings and recommendations:

- MWF(MWWF PT. - ① elbow + SCOF
- STRETCH elbow ROM/wrist flex/ext
- PT Tol Tx well/carit et
- PT Given FW info

Date _5/17/10_  Physician _August_

Reminder: Fully Complete the Problem List



# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name: _Henry_    First Name: _Lavar_    B&C #: _3490724085_

Date: of Appointment: _5/6/10_    Facility: _Gen_

**(B) SPECIALTY CLINIC:**

☐ Audiology     ☐ GI     ☐ Optometry     ☐ Oral Surgery

☐ Cardiology     ☐ Hand     ☐ Orthopedic     ☐ Surgery

☐ Dermatology     ☐ Neurology     ☐ PT     ☐ Urology

☐ ENT     ☐ Ophthalmology     ☐ Podiatry     ☐ Mammo / Sonography     ☐ OB / GYN

**(C) PROVIDER INFORMATION:**

☐ Seen (no follow-up appt needed)
☒ Seen need follow-up appt
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| Follow-up Appt. within |
|---|
| ☐ 2 weeks    ☐ 8 weeks |
| ☐ 4 weeks    ☐ 12 weeks |
| ☐ 6 weeks    ☒ Other: _____ |

Medication order(s) written: ☐ Yes ☐ No ☐ N/A
Problem list in RIIS updated: ☐ Yes ☐ No ☐ N/A
F/u appt. updated in RIIS: ☐ Yes ☐ No ☐ N/A
Specialty Recommendation(s): ☐ Yes ☐ No ☐ N/A

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____    4. _____

2. _____    5. _____

3. _____    6. _____

_____    Jonathan August
Signature    Physical Therapy    _5/6/10_
          Provider Stamp    Date

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____    ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____    Date: _____

Scheduler will complete Sections A, B, and D        Provider will complete Section C     MM049 (Rev. 6/07)



# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | Leave blank for hospital use |
|---|---|
| Patients' Name _Henry Jones_ DOB _5/1/73_ | |
| FROM _Grove M.N._ / _3490 1 2165_ | |
|    Correctional institution      Inmate no. | |
| Referred to _Grove Dec_ Ward / Clinic | |
| Hospital       / Clinic no. | |

Chief complaint or findings:

Please

Due To Medical Reason

**Diagnosis, treatment and medications by C.H.S.:**

(Can't copy the Hway)

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

From 5/1/10 - 6/1/10

Thanks

Request:

Date _5/1/10_    Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:



Date _____ Physician _____

CHS 5014 (Rev. 5/04)      *Reminder: Fully Complete the Problem List*

 

(112)

# CORRECTION DEPARTMENT
## CITY OF NEW YORK

FORM ODIRS 02
EF. 10/1/93

RE: OPERATIONS
ORDER #22/93

# MENTAL HEALTH STATUS NOTIFICATION AND MENTAL OBSERVATION TRANSFER FORM

## *TO BE COMPLETED BY MENTAL HEALTH/CLINICAL STAFF*

| INMATE NAME Henry, Levar | FACILITY GRVC |
|---|---|
| BOOK & CASE # 3490721085    NYSID # | DATE 5 / 11 / 10 |

Based on a clinical interview this date the following marked (X) indications apply:

☐ SUICIDAL AND / OR HIGHLY SELF-INJURIOUS          ☐ HIGHLY ASSAULTIVE

☐ RECEIVING PSYCHOTROPIC MEDICATION               ☐ DEVELOPMENTALLY DISABLED

☐ 730 EXAMINATION PENDING                          ☐ HISTORY OF VIOLENCE TOWARDS _____

☒ TRANSFER TO: G.P.

PSYCHIATRIC PRISON WARD:      ☐ BHPW            ☐ KCHPW            ☐ EHPW

DOC FACILITY:      ☐ C-71 MENTAL HEALTH                   ☐ BRONX ASSAULTIVE UNIT

OTHER M.O. HOUSING:      ☐ DORMITORY      ☒ CELL      ☐ EITHER

SPECIAL PRECAUTIONS REQUIRED:

☐ ENHANCED SUICIDE OBSERVATION (ESO)

☐ SUICIDE WATCH                                       GRVC / G.P.

☒ GENERAL POPULATION – NO DANGER TO SELF OR OTHERS

☐ NO TRANSFER REQUIRED, BUT MOVE TO  ☐ DORMITORY      ☐ CELL

ADDITIONAL INFORMATION / RECOMMENDATIONS:

Pt. completed his MHAUII time and is returning to GRVC / G.P. (Clinician & Psych MH f/u)

| INTERVIEWER SIGNATURE *(signature)* David Jurich, PhD Clinical Supervisor | TIME OF INTERVIEW 1300 HRS. |
|---|---|
| INTERVIEWER NAME (PRINT) | DATE OF INTERVIEW 5 / 11 / 10 |

## *TO BE COMPLETED BY DEPARTMENT OF CORRECTION STAFF*

| TIME OF NOTIFICATION TO NAMCU: _____ HRS. | PERSON NOTIFIED (Print Name & Rank) # |
|---|---|
| TRANSFER LOCATION    FACILITY | HOUSING AREA | BED / CELL |
| PERSON NOTIFIED AT RECEIVING LOCATION (As Required) | PRINT NAME | RANK/TITLE | SHIELD NO./ID |

Form RID18 Rev. 6/98



 DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

# TREATMENT PLAN REVIEW AND DISCHARGE SERVICE NEEDS – UPDATE

**TREATMENT MODALITY AND FREQUENCY OF SERVICE** *(Check All That Apply and Indicate Frequency of Service)*

| MODALITY | FREQUENCY OF SERVICE | | | | RESPONSIBLE STAFF |
|---|---|---|---|---|---|
| ☒ Clinician Visits | ☐ Weekly | ☒ Bi-Weekly | ☐ Monthly | ☐ Other: | Stanley Killian, LMSW |
| ☒ Psychiatrist Visits | ☐ Weekly | ☐ Bi-Weekly | ☒ Monthly | ☐ Other: | STAFF |
| ☐ Group Therapy | | | | | |

**LEVEL OF CARE:** ☒ GP ☐ MO ☐ MHC ☐ 23 HOUR LOCKDOWN ☐ INFIRMARY ☐ SUICIDE WATCH
**MEDICATIONS:** PAXIL

**CURRENT DSM-IV DIAGNOSIS – CHANGED?** ☒ YES ☐ NO IF YES, REASON :
AXIS I: DEPRESSIVE D/O NOS-5/13/2010      UPDATE

AXIS II: DEFERRED-5/13/2010
AXIS III: NONE-5/13/2010
AXIS IV: LEGAL-5/13/2010
AXIS V: 65-5/13/2010

**PSYCHOTROPIC MEDICATION FOR MENTAL HEALTH DIAGNOSIS:** ☐ NO ☒ YES. ☐ Mood Stabilizers ☐ Antipsychotics ☒ Other
SPMI DESIGNATION AT LAST CTDP/TPR: ☐ YES ☒ NO
CURRENT SPMI DESIGNATION: ☐ YES ☒ NO IF CHANGED, RATIONALE:

☒ DISCHARGE PLAN PRESENT     DATE OF DISCHARGE PLAN:    4 / 24 / 2009
   ☒ REVIEWED DISCHARGE PLAN WITH PATIENT, ACCEPTED BY PATIENT AND MEETS MENTAL HEALTH NEEDS
   ☐ DISCHARGE PLAN REQUIRES UPDATE, RE-OFFER DISCHARGE PLANNING

☐ DISCHARGE PLAN NOT PRESENT, RE-OFFER DISCHARGE PLANNING

| PLEASE INDICATE REASONS FOR REFERRAL TO DISCHARGE PLANNING | |
|---|---|
| ☐ A - No discharge plan present | |
| ☐ B - Newly SPMI | Level of Care |
| ☐ C - Newly sentenced | ☐ Out-patient |
| ☐ D - Patient requests benefits or community referral change | ☐ Day treatment |
| ☐ E - Patient newly anticipates being homeless | ☐ Residential treatment |
| ☐ F – Other | ☐ Civil Commitment |
| ☐ G – Present Mental Health Treatment Needs | Substance Abuse |
| | ☐ SA treatment |
| | Community Support |
| | ☐ Case Management |
| | ☐ AOT |

**COMMENTS FOR DISCHARGE PLANNING**


**RE-OFFER DISCHARGE PLANNING SERVICES:**
☐ PATIENT DECLINES REFERRAL TO DISCHARGE PLANNING
☐ PATIENT ACCEPTS REFERRAL TO DISCHARGE PLANNING
☒ NO REFERRAL INDICATED

**PATIENT'S STATEMENT OF INVOLVEMENT:**
I have participated in the review of my treatment plan. I have discussed it with my Clinician/Psychiatrist and agree to participation in the plan.

☐ I want to add something: _____

Henry, Levar                   _SIGNATURE_          05/13/2010
REVIEWED BY: PATIENT NAME                       DATE

Killian, Stanley                _SIGNATURE_          05/13/2010
COMPLETED BY: CLINICIAN NAME                      DATE

Ana Rodriguez, MD               _SIGNATURE_        5/12/10
REVIEWED AND APPROVED BY: PSYCHIATRIST                   DATE

David Jurich, PhD              _SIGNATURE_         5/17/10
Clinical Supervisor
REVIEWED AND APPROVED BY: UNIT CHIEF/CLINICAL SUPERVISOR        DATE

CHS 28P (rev.)

5/13/2010 5:22:18 PM                  Page 2 of 2

(114)

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _____ DOB _____

FROM _____ , _____
    Correctional institution       Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name: _Henry_     First Name: _Laura_     B&C #: _349072105_

Date: of Appointment: _5/17/10_     Facility: _Gww_

**(B) SPECIALTY CLINIC:**

| | | | |
|---|---|---|---|
| ☐ Audiology | ☐ GI | ☐ Optometry | ☐ Oral Surgery |
| ☐ Cardiology | ☐ Hand | ☐ Orthopedic | ☐ Surgery |
| ☐ Dermatology | ☐ Neurology | ☐ PT | ☐ Urology |
| ☐ ENT | ☐ Ophthalmology | ☐ Podiatry | ☐ Mammo / Sonography |
| | | | ☐ OB / GYN |

**(C) PROVIDER INFORMATION:**

☐ Seen (no follow-up appt needed)
☑ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

**Follow-up Appt. within**

☐ 2 weeks     ☐ 8 weeks
☐ 4 weeks     ☐ 12 weeks
☐ 6 weeks     ☑ Other: _____

| | | | |
|---|---|---|---|
| Medication order(s) written: | ☐ Yes | ☐ No | ☐ N/A |
| Problem list in RIIS updated: | ☐ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☐ No | ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☐ No | ☐ N/A |

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____     4. _____

2. _____     5. _____

3. _____     6. _____

_Signature_     Jonathan August
Physical Therapy
Provider Stamp     _5/17/10_
Date

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____     ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Scheduler / Coordinator Name: _____     Date: _____

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

5/24/10 FW

Patients' Name __Henry, LaVar__ DOB _____

FROM __GRVC__ , __349-072-1085__
    Correctional institution        Inmate no.

Referred to __PT__ _____ Ward / Clinic

Hospital __WF__ / Clinic no.

Leave blank for hospital use

Consult Review
On Island Specialty Clinic
☒ No Action Needed
☐ See Progress Note

Signature

Jorge Villalobos, RPA   5/25/10
    Name Stamp        Date

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Jonathan August
Physical Therapy

refer to p 5/24/10

Request:

Date __5/17/10__   Referring Physician __August P__   Phone _____   Approved _____

Consultation, findings and recommendations:

MWF/MW PT. ① ecsow - MAN ~60 p?
TAOca
+ ① UE ARM pull
- p? TOL powell and ①
- p? Give forms

Date __5/24/10__ Physician __August P__



# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name: _Henry_   First Name: _Lavar_   B&C #: _349072085_

Date: of Appointment: _5/24/10_   Facility: _GWC_

**(B) SPECIALTY CLINIC:**

☐ Audiology ☐ GI ☐ Optometry ☐ Oral Surgery ☐ Surgery
☐ Cardiology ☐ Hand ☐ Orthopedic ☐ Urology
☐ Dermatology ☐ Neurology ☑ PT ☐ Mammo / Sonography
☐ ENT ☐ Ophthalmology ☐ Podiatry ☐ OB / GYN

**(C) PROVIDER INFORMATION:**

☐ Seen (no follow-up appt needed)
☑ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

**Follow-up Appt. within**

☐ 2 weeks ☐ 8 weeks
☐ 4 weeks ☐ 12 weeks
☐ 6 weeks ☑ Other:_____

Medication order(s) written: ☐ Yes ☐ No ☐ N/A
Problem list in RIIS updated: ☐ Yes ☐ No ☐ N/A
F/u appt. updated in RIIS: ☐ Yes ☐ No ☐ N/A
Specialty Recommendation(s): ☐ Yes ☐ No ☐ N/A

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____ 4. _____
2. _____ 5. _____
3. _____ 6. _____

_Signature_

Jonathan August
Physical Therapy
Provider Stamp

Date _5/14/10_

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____ ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Scheduler / Coordinator Name: _____ Date: _____

WHITE COPY TO *FACILITY MEDICAL RECORDS DEPARTMENT FOR FILING*
YELLOW COPY TO *UM DEPARTMENT*

Scheduler will complete Sections A, B, and D
Provider will complete Section C   MM049 (Rev. 6/07)

MAY 2 5 2010

6/1/10 f W

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Patients' Name _Henry, cause_ DOB_____

FROM _Grvf_ _349-073-1085_
Correctional institution     Inmate no.
_PT_

Referred to _____ Ward / Clinic

Hospital _WF_ / Clinic no.

Leave blank for hospital use

Consult Review
On Island Specialty Clinic
☐ No Action Needed
☐ See Progress Note

Signature

**Curt Walker, RPA-C** 6/2/10

Name Stamp          Date

Chief complaint or findings:

---

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Jonathan August
Physical Therapy
refer 70 so 6/1/10

Request:

Date _5/24/10_ Referring Physician _August_ Phone_____ Approved_____

Consultation, findings and recommendations:

- mol nan to (R) elbow
(A) UE Arm pull
- pt Tol. To well crani to
- pt given flw nto

Date _6/1/10_ Physician _August_



 DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
**CORRECTIONAL HEALTH SERVICES**

# TREATMENT PLAN REVIEW AND DISCHARGE SERVICE NEEDS – UPDATE

**TREATMENT MODALITY AND FREQUENCY OF SERVICE** *(Check All That Apply and Indicate Frequency of Service)*

| MODALITY | FREQUENCY OF SERVICE | | | | RESPONSIBLE STAFF |
|---|---|---|---|---|---|
| ☒ Clinician Visits | ☐ Weekly | ☐ Bi-Weekly | ☒ Monthly | ☐ Other: | H.Lawrence  LCSW-R |
| ☒ Psychiatrist Visits | ☐ Weekly | ☐ Bi-Weekly | ☒ Monthly | ☐ Other: | Staff  Psychiatrist |
| ☐ Group Therapy | | | | | |

**LEVEL OF CARE:**  ☒ GP    ☐ MO    ☐ MHC    ☐ 23 HOUR LOCKDOWN    ☐ INFIRMARY  ☐ SUICIDE WATCH
**MEDICATIONS:**  Paxil 40mg hs

**CURRENT DSM-IV DIAGNOSIS – CHANGED?** ☐ YES  ☒ NO  IF YES, REASON :
AXIS I:  DEPRESSIVE D/O NOS-5/13/2010

AXIS II: DEFERRED-5/13/2010
AXIS III: NONE-5/13/2010
AXIS IV: LEGAL-5/13/2010
AXIS V: 65-5/13/2010

**PSYCHOTROPIC MEDICATION FOR MENTAL HEALTH DIAGNOSIS:**  ☐ NO  ☒ YES: ☐ Mood Stabilizers  ☐ Antipsychotics  ☒ Other
SPMI DESIGNATION AT LAST CTDP/TPR:    ☐ YES    ☒ NO
CURRENT SPMI DESIGNATION:        ☐ YES    ☒ NO    IF CHANGED, RATIONALE: _____

☒ DISCHARGE PLAN PRESENT    DATE OF DISCHARGE PLAN:    4  /  24  /  2009
 ☒ REVIEWED DISCHARGE PLAN WITH PATIENT, ACCEPTED BY PATIENT AND MEETS MENTAL HEALTH NEEDS
 ☐ DISCHARGE PLAN REQUIRES UPDATE, RE-OFFER DISCHARGE PLANNING

☐ DISCHARGE PLAN NOT PRESENT, RE-OFFER DISCHARGE PLANNING

| PLEASE INDICATE REASONS FOR REFERRAL TO DISCHARGE PLANNING | |
|---|---|
| ☐ A - No discharge plan present | |
| ☐ B - Newly SPMI | |
| ☐ C - Newly sentenced | Level of Care |
| ☐ D - Patient requests benefits or community referral change | ☐ Out-patient |
| ☐ E - Patient newly anticipates being homeless | ☐ Day treatment |
| ☐ F – Other | ☐ Residential treatment |
| ☐ G – Present  Mental Health Treatment Needs | ☐ Civil Commitment |
| | Substance Abuse |
| | ☐ SA treatment |
| | Community Support |
| | ☐ Case Management |
| | ☐ AOT |

**COMMENTS FOR DISCHARGE PLANNING**

**RE-OFFER DISCHARGE PLANNING SERVICES:**
☐ PATIENT DECLINES REFERRAL TO DISCHARGE PLANNING
☐ PATIENT ACCEPTS REFERRAL TO DISCHARGE PLANNING
☒ NO REFERRAL INDICATED

**PATIENT'S STATEMENT OF INVOLVEMENT:**
I have participated in the review of my treatment plan.  I have discussed it with my Clinician/Psychiatrist and agree to participation in the plan.

☐ I want to add something: _____

| | | | |
|---|---|---|---|
| Henry, Levar | X | | 05/25/2010 |
| REVIEWED BY:  PATIENT NAME | | SIGNATURE | DATE |
| Lawrence, Henry | | | 05/25/2010 |
| COMPLETED BY: CLINICIAN NAME | Ana Rodriguez, MD | SIGNATURE | DATE |
| | Senior Psychiatrist | | 5/27/10 |
| REVIEWED AND APPROVED BY: PSYCHIATRIST | | SIGNATURE | DATE |
| | David Jurich, PhD | | 5/26/10 |
| REVIEWED AND APPROVED BY: CLINICAL SUPERVISOR | Clinical Supervisor | SIGNATURE | DATE |

CHS 287 (Rev. 09/08)        5/25/2010 5:25:46 PM        Page 2 of 2

# CONSULTATION REQUEST  ~~1/~~ 7/24

Foellaw up 8wks.

**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

| | |
|---|---|
| Patients' Name _Hendry Levar_ DOB _11/7/77_ | Leave blank for hospital use |
| FROM _GRVC 349072/085_ | |
| Correctional institution        Inmate no. | |
| Referred to _ortho_                Ward / (Clinic) | |
| Hospital _WF_            / Clinic no. | |

Chief complaint or findings:

Foellaw up 8 wks for R elbaw

**Diagnosis, treatment and medications by C.H.S.:**

Lester Lieberman, MD

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Lester Lieberman, MD

Request:

Date _5/26/10_  Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations: Better, R-O-M Rt elbow intact.

⊕ tenderness Rt lat. Epicondyle.

Dx: Rt lat Epicondylites

Rx: cont PT for r 8wks
Follow up 8wks
f/u w/o communicated dept

Date _7/26/10_  Physician _____ Lester Lieberman MD

# CONSULTATION REQUEST

**NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE**

Leave blank for hospital use

Patients' Name _____ DOB _____

FROM _____

Correctional institution          Inmate no.

Referred to _____ Ward / Clinic

Hospital                         / Clinic no.

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

5/27/10

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

*Reminder: Fully Complete the Problem List*



# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name: _Heny_   First Name: _Levar_   B&C #: _349072108ᵗ_

Date: of Appointment: _5/26/10_   Facility: _GWC_

**(B) SPECIALTY CLINIC:**

☐ Audiology ☐ GI ☐ Optometry ☐ Oral Surgery

☐ Cardiology ☐ Hand ☑ Orthopedic ☐ Surgery

☐ Dermatology ☐ Neurology ☐ PT ☐ Urology

☐ ENT ☐ Ophthalmology ☐ Podiatry ☐ Mammo / Sonography

☐ OB / GYN

**(C) PROVIDER INFORMATION:**

☐ Seen (no follow-up appt needed)
☑ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | | | | |
|---|---|---|---|---|
| Medication order(s) written: | ☐ Yes | ☐ No | ☐ N/A |
| Problem list in RIIS updated: | ☑ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☑ Yes | ☐ No | ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☑ No | ☐ N/A |

**Follow-up Appt. within**

☐ 2 weeks ☐ 8 weeks
☐ 4 weeks ☐ 12 weeks
☐ 6 weeks ☐ Other:_____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _cont P.T_   4. _____

2. _____   5. _____

3. _____   6. _____

_____   **Lester Lieberman, MD**   _5/26/10_
Signature   Provider Stamp   Date

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____   ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____   Date: _____

# CONSULTATION REQUEST

Leave blank for hospital use

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Patients' Name _Henry Lamar_ DOB _____

FROM _Grvc_ , _349·070 - 105_
    Correctional institution        Inmate no.

Referred to _F_ _____ Ward / Clinic

Hospital _WF_ _____ / Clinic no.

Chief complaint or findings: _____

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

_refer TOP 6/9/10_

Request: _____

Date _6/1/10_ Referring Physician _August_ Phone_____ Approved_____

Consultation, findings and recommendations:

Date _____ Physician _____



# ON – ISLAND SPECIALTY CLINIC

## (A)  PATIENT INFORMATION:

Last Name: _Henry_   First Name: _Lavar_   B&C #: _349072185_

Date: of Appointment: _6/1/10_   Facility: _Ebye_

## (B)  SPECIALTY CLINIC:

- ☐ Audiology
- ☐ Cardiology
- ☐ Dermatology
- ☐ ENT
- ☐ GI
- ☐ Hand
- ☐ Neurology
- ☐ Ophthalmology
- ☐ Optometry
- ☐ Orthopedic
- ☑ PT
- ☐ Podiatry
- ☐ Oral Surgery
- ☐ Surgery
- ☐ Urology
- ☐ Mammo / Sonography
- ☐ OB / GYN

## (C)  PROVIDER INFORMATION:

- ☐ Seen (no follow-up appt needed)
- ☑ Seen need follow-up appt)
- ☐ No show (need new appt)
- ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | Yes | No | N/A |
|---|---|---|---|
| Medication order(s) written: | ☐ | ☐ | ☐ |
| Problem list in RIIS updated: | ☐ | ☐ | ☐ |
| F/u appt. updated in RIIS: | ☐ | ☐ | ☐ |
| Specialty Recommendation(s): | ☐ | ☐ | ☐ |

### Follow-up Appt. within

- ☐ 2 weeks
- ☐ 4 weeks
- ☐ 6 weeks
- ☐ 8 weeks
- ☐ 12 weeks
- ☑ Other: _1_

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____   4. _____

2. _____   5. _____

3. _____   6. _____

_____   Jonathan August   _6/1/10_
Signature   Physical Therapy   Date
   Provider Stamp

## (D)  FOR SCHEDULING DEPARTMENT USE ONLY:

New appointment date: _____   ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Scheduler / Coordinator Name: _____   Date: _____

Schedules will complete Sections A, B, and D   Provider will complete Section C   MM049 (Rev. 6/07)

JUN - 2010

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Patients' Name __Henry, lamR__ DOB _____

FROM __Grvr__ , __349-07a-1085__
     Correctional institution     Inmate no.

Referred to __J__ _____ Ward / Clinic

Hospital __WF__ / Clinic no.

Leave blank for hospital use

Consult Review
On Island Specialty Clinic
☑ No Action Needed
☑ See Progress Note

_____
Signature

Curt Walker, RPA-C    6/9/10
Name Stamp      Date

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Jonathan August
Physical Therapy

refer 70P 6/8/10

Request:

Date __6/1/10__ Referring Physician __August__ Phone _____ Approved _____

Consultation, findings and recommendations:

- MWTMANA ℗ ELbow
- ℗ UE ARM pull
- pt 70L 7owell jraw P
- pt Given FW wℝ

Date __6/8/10__ Physician __August__    Ⓡ Ⓔ

Reminder: Fully Complete the Problem List

**CONSULTATION REQUEST**

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

RECEIVED JUN 2010

Leave blank for hospital use

6/15/10 FW

Patients' Name _Henry, Jamal_ DOB _____

FROM _GRV_ 349-070-1085
Correctional institution     Inmate no.

Referred to _PT_ Ward / Clinic

Hospital _WF_ / Clinic no.

6/15/10 PW

Chief complaint or findings:

**Diagnosis, treatment and medications by C.H.S.:**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Jonathan August
Physical Therapy

refer to PO     6/15/10

Request:

Date _6/8/10_ Referring Physician _August_ Phone_____ Approved_____

Consultation, findings and recommendations:

- MWPI MAN PT. @ ELBOW
- (R) UE AMP w/ll
- PT TOL to well rant PO
- P? Given flw n PO

Date _6/20/10_ Physician _August_ (RE)



RECEIVED
JUN 2010

...ATION REQUEST

NY DEPARTMENT OF HEALTH
& HYGIENE

Leave blank
Consult
On Island Spe____
☐ No Actio___
☒ See Prog___
Signatu___

Curt Walker, RPA-C
Name Stamp
6/15 GRVC

Patient HENRY, LAMAR          DOB

FROM GRV                     349 07Q — 1065
Correctional institution     Inmate no.

Refer___ PT

HOSpit___ WF                 Ward / Clinic
                             / Clinic no.

**Chief** Complaint or findings:

**Diagnosis**, Treatment and medications by C.H.S.:

**Other pertinent** physical, psychiatric, and historical findings,
including **lab** values and x-ray findings:

Jonathan August
Physical Therapy
refer 70 PD   6/15

**Request:**

Date 6/8/10   Referring Physician _____ Phone _____

Consultation, findings and recommendations:

- MMP/MAN PT. Dewon
- ® UE AMPUT 1
- p? 70L 7u well rani po
- p? Given F Cu nso

Date 6/20/10   Physician _____

Reminder: Fully Co___

# ON – ISLAND SPECIALTY CLINIC

## (A) PATIENT INFORMATION:

Last Name: _Henry_    First Name: _Lamar_    B&C #: _349072085_

Date: of Appointment: _6/8/16_    Facility: _GRUC_

## (B) SPECIALTY CLINIC:

☐ Oral Surgery

☐ Audiology    ☐ GI    ☐ Optometry    ☐ Surgery

☐ Cardiology    ☐ Hand    ☐ Orthopedic    ☐ Urology

☐ Dermatology    ☐ Neurology    ☑ PT    ☐ Mammo / Sonography

☐ ENT    ☐ Ophthalmology    ☐ Podiatry    ☐ OB / GYN

## (C) PROVIDER INFORMATION:

☐ Seen (no follow-up appt needed)
☒ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | | | |
|---|---|---|---|
| Medication order(s) written: | ☐ Yes | ☐ No | ☐ N/A |
| Problem list in RIIS updated: | ☐ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☐ No | ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☐ No | ☐ N/A |

### Follow-up Appt. within

☐ 2 weeks    ☐ 8 weeks

☐ 4 weeks    ☐ 12 weeks

☐ 6 weeks    ☒ Other: _____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____    4. _____

2. _____    5. _____

3. _____    6. _____

_Signature_

Jonathan August
Physical Therapy
Provider Stamp

_6/8/16_
Date

## (D) FOR SCHEDULING DEPARTMENT USE ONLY:

New appointment date: _____    ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____    Date: _____

failow up 8WKS.

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | Leave blank for hospital use |
|---|---|

Patients' Name _Hendry Levan._ DOB _11/7/77_

FROM _6 RVC_ . _5490721085_
　　　　Correctional institution　　Inmate no.

Referred to _Ortho_ Ward / Clinic

Hospital _WF_ / Clinic no.

Chief complaint or findings:

Follow up 6 WKs.

**Diagnosis, treatment and medications by C.H.S.:** for Freeman

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Lester Lieberman, MD

Lester Lieberman, MD

Request:

Date _6/10/10_ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Seen

Date _____ Physician _____

*Reminder: Fully Complete the Problem List*

CHS 5014 (Rev. 5/04)



# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name: _Henry_     First Name: _Lavar_     B&C #: _349022085_

Date: of Appointment: _6/10/10_     Facility: _GMC_

**(B) SPECIALTY CLINIC:**

☐ Audiology     ☐ GI          ☐ Optometry     ☐ Oral Surgery

☐ Cardiology    ☐ Hand        ☐ Orthopedic    ☐ Surgery

☐ Dermatology   ☐ Neurology   ☐ PT            ☐ Urology

☐ ENT           ☐ Ophthalmology ☐ Podiatry    ☐ Mammo / Sonography

                                               ☐ OB / GYN

**(C) PROVIDER INFORMATION:**

☐ Seen (no follow-up appt needed)
☑ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | Yes | No | N/A |
|---|---|---|---|
| Medication order(s) written: | ☐ Yes | ☑ No | ☐ N/A |
| Problem list in RIIS updated: | ☑ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☑ Yes | ☐ No | ☐ N/A |
| Specialty Recommendation(s): | ☑ Yes | ☐ No | ☐ N/A |

**Follow-up Appt. within**

☐ 2 weeks     ☑ 8 weeks

☐ 4 weeks     ☐ 12 weeks

☐ 6 weeks     ☐ Other:_____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _cont PT 6wks_        4. _____

2. _____   5. _____

3. _____   6. _____

_[Signature]_        Lester Lieberman, MD     6/10/10
Signature             Provider Stamp          Date

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____     ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____     Date: _____

WHITE COPY TO *FACILITY MEDICAL RECORDS DEPARTMENT FOR FILING*
YELLOW COPY TO *UM DEPARTMENT*

# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name: _Henry_     First Name: _Lamar_     B&C # _34907218J_

Date: of Appointment: _6/15/10_     Facility: _G-RVC_

**(B) SPECIALTY CLINIC:**

- ☐ Audiology
- ☐ Cardiology
- ☐ Dermatology
- ☐ ENT
- ☐ GI
- ☐ Hand
- ☐ Neurology
- ☐ Ophthalmology
- ☐ Optometry
- ☐ Orthopedic
- ☑ PT
- ☐ Podiatry
- ☐ Oral Surgery
- ☐ Surgery
- ☐ Urology
- ☐ Mammo / Sonography
- ☐ OB / GYN

**(C) PROVIDER INFORMATION:**

- ☐ Seen (no follow-up appt needed)
- ☐ Seen need follow-up appt)
- ☑ No show (need new appt)
- ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

**Follow-up Appt. within**

- ☐ 2 weeks     ☐ 8 weeks
- ☐ 4 weeks     ☐ 12 weeks
- ☐ 6 weeks     ☑ Other: _____

| | Yes | No | N/A |
|---|---|---|---|
| Medication order(s) written: | ☐ | ☐ | ☐ |
| Problem list in RIIS updated: | ☐ | ☐ | ☐ |
| F/u appt. updated in RIIS: | ☐ | ☐ | ☐ |
| Specialty Recommendation(s): | ☐ | ☐ | ☐ |

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____     4. _____

2. _____     5. _____

3. _____     6. _____

_____     Jonathan August
Signature                    Physical Therapy        _6/15/10_
                             Provider Stamp          Date

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____     ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____     Date: _____

WHITE COPY TO *FACILITY MEDICAL RECORDS DEPARTMENT FOR FILING*
YELLOW COPY TO *UM DEPARTMENT*

Provider will complete Section C     MM049 (Rev. 6/07)

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

6/29/10 FW

Patients' Name: Henry, Lamar       DOB _____

FROM _____ Grvc _____ , 349-073-1085
　　　　Correctional Institution　　　Inmate no.

Referred to _____ PT _____ Ward / Clinic

Hospital _____ WF _____ / Clinic no.

## Leave blank for hospital use

Consult Review
On Island Specialty Clinic
☑ No Action Needed
☐ See Progress Note

_____ Signature _____

Curt Walker, RPA-C    6.30.10
　　Name Stamp　　　　　　Date

Chief complaint or findings:

---

Diagnosis, treatment and medications by C.H.S.:

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Jonathan August
Physical Therapy
refer to R    6/29/10

Request:

Date 6/29/10    Referring Physician _August_ _____ Phone _____ Approved _____

Consultation, findings and recommendations:

- Mvolman PT (R) ecbow
(R) UE AMPUV
- PT TOL & well cont PO
- PT Given f/w info

Date 6/29/10    Physician _August_    (RE)

**Reminder: Fully Complete the Problem List**

# ON – ISLAND SPECIALTY CLINIC

## (A) PATIENT INFORMATION:

Last Name: _Henry_   First Name: _Imar_   B&C #: _345021065_

Date: of Appointment: _6/22/10_   Facility: _6rc_

## (B) SPECIALTY CLINIC:

- ☐ Audiology
- ☐ Cardiology
- ☐ Dermatology
- ☐ ENT
- ☐ GI
- ☐ Hand
- ☐ Neurology
- ☐ Ophthalmology
- ☐ Optometry
- ☐ Orthopedic
- ☑ PT
- ☐ Podiatry
- ☐ Oral Surgery
- ☐ Surgery
- ☐ Urology
- ☐ Mammo / Sonography
- ☐ OB / GYN

## (C) PROVIDER INFORMATION:

- ☐ Seen (no follow-up appt needed)
- ☒ Seen need follow-up appt
- ☐ No show (need new appt)
- ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | Yes | No | N/A |
|---|---|---|---|
| Medication order(s) written: | ☐ Yes | ☐ No | ☐ N/A |
| Problem list in RIIS updated: | ☐ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☐ No | ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☐ No | ☐ N/A |

### Follow-up Appt. within

- ☐ 2 weeks
- ☐ 4 weeks
- ☐ 6 weeks
- ☐ 8 weeks
- ☐ 12 weeks
- ☒ Other: _____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_Signature_

Jonathan August
Physical Therapy
Provider Stamp

Date _6/22/10_

## (D) FOR SCHEDULING DEPARTMENT USE ONLY:

New appointment date: _____   ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedule / Coordinator Name: _____   Date: _____

(134)

FW @ >16|10

# CONSULTATION REQUEST

JUN 30 2010

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Consult Review
On Island Specialty Clinic
☑ No Action Needed
☐ See Progress Note

_____
Signature

**Scott Parks, RPA-C**          7/7/10
Name Stamp          Date

Patients' Name  Henry, Lamar          DOB _____

FROM  GRVC          349-072-1085
Correctional institution          Inmate no.

Referred to  PT          Ward / Clinic

Hospital  WF          / Clinic no.

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Jonathan August
Physical Therapy
>16|10

w/fu 70 P

Request:

Date  6/12/10  Referring Physician  August          Phone _____  Approved _____

Consultation, findings and recommendations:

- MWF/MAN PT, 1 MoCo @ elbow
- pt 70L 7a wPll: into po
- pt Given FW into

Date  >16|10  Physician  August          (RE)

Reminder: Fully Complete the Problem List

CHS 5014 (Rev. 5/04)



# ON – ISLAND SPECIALTY CLINIC

## (A)  PATIENT INFORMATION:

Last Name: _Henry_  First Name: _Lamar_  B&C #: _3490821005_

Date: of Appointment: _6/29/10_  Facility: _GMC_

## (B)  SPECIALTY CLINIC:

☐ Audiology

☐ Cardiology

☐ Dermatology

☐ ENT

☐ GI

☐ Hand

☐ Neurology

☐ Ophthalmology

☐ Optometry

☐ Orthopedic

☑ PT

☐ Podiatry

☐ Oral Surgery

☐ Surgery

☐ Urology

☐ Mammo / Sonography

☐ OB / GYN

## (C)  PROVIDER INFORMATION:

☐ Seen (no follow-up appt needed)
☑ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | | Yes | No | N/A |
|---|---|---|---|---|
| Medication order(s) written: | | ☐ | ☐ | ☐ |
| Problem list in RIIS updated: | | ☐ | ☐ | ☐ |
| F/u appt. updated in RIIS: | | ☐ | ☐ | ☐ |
| Specialty Recommendation(s): | | ☐ | ☐ | ☐ |

**Follow-up Appt. within**

☐ 2 weeks   ☐ 8 weeks

☐ 4 weeks   ☐ 12 weeks

☐ 6 weeks   ☑ Other: _____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____   4. _____

2. _____   5. _____

3. _____   6. _____

_____  Jonathan August  _6/29/10_
Signature  Physical Therapy  Date
  Provider Stamp

## (D)  FOR SCHEDULING DEPARTMENT USE ONLY:

New appointment date: _____   ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Scheduler / Coordinator Name: _____  Date: _____

JUL 7 2010

7/13/10 FW

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Patients' Name _Henry, Camar_ DOB _____

FROM _GRVC_ , _349-073-1085_
Correctional institution          Inmate no.

Referred to _____PT_____ Ward / Clinic

Hospital _____WF_____ / Clinic no.

Leave blank for hospital use

Consult Review
On Island Specialty Clinic
☒ No Action Needed
☐ See Progress Note

_____
Signature

Curt Walker RPA      7/14/10
Name Stamp          Date

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

Jonathan August
Physical Therapy

refer to PT 7/13/10

Other pertinent physical, psychiatric, and historical findings, including lab values and x-ray findings:

Request:

Date _7/6/10_ Referring Physician _August PA_ Phone _____ Approved _____

Consultation, findings and recommendations:

- Must wear PT. (thera (P) erson
  pt 70L 7 & well (ï cnst P0
- P given flu nts

Date _7/13/10_ Physician _August PA_     (PE)

CHS 5014 (Rev. 5/04)    Reminder: Fully Complete the Problem List



# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name: _Henry_     First Name: _Lamar_     B&C #: _349072/085_

Date: of Appointment: _7/6/10_     Facility: _GMC_

**(B) SPECIALTY CLINIC:**

- ☐ Audiology
- ☐ Cardiology
- ☐ Dermatology
- ☐ ENT
- ☐ GI
- ☐ Hand
- ☐ Neurology
- ☐ Ophthalmology
- ☐ Optometry
- ☐ Orthopedic
- ☐ PT
- ☐ Podiatry
- ☐ Oral Surgery
- ☐ Surgery
- ☐ Urology
- ☐ Mammo / Sonography
- ☐ OB / GYN

**(C) PROVIDER INFORMATION:**

- ☐ Seen (no follow-up appt needed)
- ☒ Seen need follow-up appt)
- ☐ No show (need new appt)
- ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

**Follow-up Appt. within**

- ☐ 2 weeks      ☐ 8 weeks
- ☐ 4 weeks      ☐ 12 weeks
- ☐ 6 weeks      ☒ Other: _____

| | ☐ Yes | ☐ No | ☐ N/A |
|---|---|---|---|
| Medication order(s) written: | ☐ Yes | ☐ No | ☐ N/A |
| Problem list in RIIS updated: | ☐ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☐ No | ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☐ No | ☐ N/A |

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____     4. _____
2. _____     5. _____
3. _____     6. _____

_August_ (Signature)     Jonathan August Physical Therapy (Provider Stamp)     _7/6/10_ (Date)

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____     ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____     Date: _____

WHITE COPY TO *FACILITY MEDICAL RECORDS DEPARTMENT FOR FILING*
YELLOW COPY TO *UM DEPARTMENT*

Provider will complete Section C

FW 7/20/10

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

| | Leave blank for hospital use |
|---|---|

Patients' Name _Henry, LaVar_ DOB _____

FROM _GRVC_ , _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_
Correctional institution          Inmate no.

Referred to _____ _PT_ _____ Ward / Clinic

Hospital _____ _WF_ _____ / Clinic no.

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

Jonathan August
Physical Therapy

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

refer to PO          7/20/10

Request:

Date _7/13/10_ Referring Physician _JAugust_ Phone _____ Approved _____

Consultation, findings and recommendations:

- mvft/manst theca (R) ecsow
- pt tol tx well: can po
- pt given sh nto

Date _7/20/10_ Physician _JAugust_                    (PE)



# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name: _Henry_  First Name: _Lamar_  B&C #: _349 072185_

Date: of Appointment: _7/13/10_  Facility: _Gen_

**(B) SPECIALTY CLINIC:**

☐ Oral Surgery

☐ Audiology ☐ GI ☐ Optometry ☐ Surgery

☐ Cardiology ☐ Hand ☐ Orthopedic ☐ Urology

☐ Dermatology ☐ Neurology ☑ PT ☐ Mammo / Sonography

☐ ENT ☐ Ophthalmology ☐ Podiatry ☐ OB / GYN

**(C) PROVIDER INFORMATION:**

☐ Seen (no follow-up appt needed)
☑ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | | |
|---|---|---|
| Medication order(s) written: | ☐ Yes | ☐ No ☐ N/A |
| Problem list in RIIS updated: | ☐ Yes | ☐ No ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☐ No ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☐ No ☐ N/A |

**Follow-up Appt. within**

☐ 2 weeks ☐ 8 weeks

☐ 4 weeks ☐ 12 weeks  –

☐ 6 weeks ☑ Other:_____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____  4. _____

2. _____  5. _____

3. _____  6. _____

_____  Jonathan August  _2/13/10_
(Signature)  Physical Therapy  Date
Provider Stamp

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____  ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Scheduler / Coordinator Name: _____  Date: _____

# CONSULTATION REQUEST

RECEIVED JUL 21 2010

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

7/3/10 FW

Patients' Name Henry, Laura     DOB _____

FROM  GRVC  349-073-1085
Correctional institution / Inmate no.
PU

Referred to _____ / Ward / Clinic

Hospital  8 A   WF   / Clinic no.

Leave blank for hospital use

Consult Review
On Island Specialty Clinic
☐ No Action Needed
☐ See Progress Note

_signature_

CURT WALKER, RPA-C    7-28-10
Name Stamp            Date

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Jonathan August
Physical Therapy

refer to PT 7/3/10

Request:

Date  7/20/10  Referring Physician _August_  Phone _____ Approved _____

Consultation, findings and recommendations:

- mn/manur to Thera @ecsou
- pt. Td. Tx well torat pt
- pt Given fll w/ pt

Date  7/27/10  Physician _August_     (PE)

Reminder: Fully Complete the Problem List



# ON – ISLAND SPECIALTY CLINIC

## (A) PATIENT INFORMATION:

Last Name: _Henry_    First Name: _Cevar_    B&C #: _349077085_

Date: of Appointment: _____    Facility: _GMC_

## (B) SPECIALTY CLINIC:

| | | | |
|---|---|---|---|
| ☐ Audiology | ☐ GI | ☐ Optometry | ☐ Oral Surgery |
| ☐ Cardiology | ☐ Hand | ☑ Orthopedic | ☐ Surgery |
| ☐ Dermatology | ☐ Neurology | ☐ PT | ☐ Urology |
| ☐ ENT | ☐ Ophthalmology | ☐ Podiatry | ☐ Mammo / Sonography |
| | | | ☐ OB / GYN |

## (C) PROVIDER INFORMATION:

☐ Seen (no follow-up appt needed)
☐ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

**Follow-up Appt. within**

☐ 2 weeks    ☐ 8 weeks
☐ 4 weeks    ☐ 12 weeks
☐ 6 weeks    ☐ Other:_____

Medication order(s) written: ☐ Yes ☐ No ☐ N/A
Problem list in RIIS updated: ☐ Yes ☐ No ☐ N/A
F/u appt. updated in RIIS: ☐ Yes ☐ No ☐ N/A
Specialty Recommendation(s): ☐ Yes ☐ No ☐ N/A

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____    4. _____
2. _____    5. _____
3. _____    6. _____

_____    _____    _____
Signature      Provider Stamp      Date

## (D) FOR SCHEDULING DEPARTMENT USE ONLY:

New appointment date: _____    ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Scheduler / Coordinator Name: _____    Date: _____

(142)

# Pharmacy Order
### Sorted by: Start Date

7/19/2010
1:13:06 PM

| | | | | |
|---|---|---|---|---|
| Name: | **Henry, Levar** | Book & Case: | **349-07-21085** | NYSID: **07839962Z** |
| DOB: | **11/7/1977** | Site/Housing: | **GRVC/8A** | |
| Drug: | **Paxil** | | | Dosage: **40MG** |
| Form: | **Tab** | SIG: | **po qam** | |
| Reason: | **Mental Health - depression/ bridge** | Start: | **7/19/2010** | Duration: **5 days** |
| Written by: | **Zahida Azam, Psychiatrist** | | | |
| Approved by: | | | | Pharm: _____ |
| Allergies: | **NKA** | | | |

**DC:**



# ON – ISLAND SPECIALTY CLINIC

## (A) PATIENT INFORMATION:

Last Name: _Henry_  First Name: _Lewar_  B&C #: _34907 2108J_

Date: of Appointment: _____  Facility: _Arno_

## (B) SPECIALTY CLINIC:

☐ Oral Surgery

☐ Audiology       ☐ GI            ☐ Optometry      ☐ Surgery

☐ Cardiology      ☐ Hand          ☐ Orthopedic     ☐ Urology

☐ Dermatology     ☐ Neurology     ☐ PT             ☐ Mammo / Sonography

☐ ENT             ☐ Ophthalmology  ☑ Podiatry      ☐ OB / GYN

## (C) PROVIDER INFORMATION:

☐ Seen (no follow-up appt needed)
☐ Seen need follow-up appt
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | |
|---|---|
| **Follow-up Appt. within** | |
| ☐ 2 weeks | ☐ 8 weeks |
| ☐ 4 weeks | ☐ 12 weeks |
| ☐ 6 weeks | ☐ Other:_____ |

Medication order(s) written:    ☐ Yes  ☐ No  ☐ N/A
Problem list in RIIS updated:    ☐ Yes  ☐ No  ☐ N/A
F/u appt. updated in RIIS:       ☐ Yes  ☐ No  ☐ N/A
Specialty Recommendation(s):  ☐ Yes  ☐ No  ☐ N/A

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests,
x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____    4. _____

2. _____    5. _____

3. _____    6. _____

_____    _____    _____
Signature          Provider Stamp          Date

## (D) FOR SCHEDULING DEPARTMENT USE ONLY:

New appointment date: _____    ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____    Date: _____



# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Patients' Name _Henry Linan_ DOB _11/7/17_

FROM _____

Correctional institution           Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Leave blank for hospital use

Chief complaint or findings:

~~Diagnosis, treatment and medications by C.H.S.:~~

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

CHS 5014 (Rev. 5/04)

*Reminder: Fully Complete the Problem List*

*follow up 8 wks,*

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name __Henry, Levar.__ DOB __11/7/77__

FROM __BRDC.__ , __349072 1085__
      Correctional institution       Inmate no.

Referred to __ortho__ Ward (Clinic)

Hospital __WF__ / Clinic no.

Chief complaint or findings:

*Follow up 8 wks for*

**Diagnosis, treatment and medications by C.H.S.:**

*Rt Cat. Equindy ulus.*

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Lester Lieberman, MD

Lester Lieberman, MD

Request:

Date __7/26/10__ Referring Physician _____ Phone_____ Approved_____

Consultation, findings and recommendations:

*D/C 9/23/10 XSP*

Date _____ Physician _____

CHS 5014 (Rev. 5/04)      *Reminder: Fully Complete the Problem List*



# ON – ISLAND SPECIALTY CLINIC

## (A) PATIENT INFORMATION:

Last Name: _Henry_    First Name: _Nevier_    B&C #: _345072185_

Date: of Appointment: _7/26/10_    Facility: _Ohm_

## (B) SPECIALTY CLINIC:

☐ Audiology    ☐ GI    ☐ Optometry    ☐ Oral Surgery

☐ Cardiology    ☐ Hand    ☑ Orthopedic    ☐ Surgery

☐ Dermatology    ☐ Neurology    ☐ PT    ☐ Urology

☐ ENT    ☐ Ophthalmology    ☐ Podiatry    ☐ Mammo / Sonography

☐ OB / GYN

## (C) PROVIDER INFORMATION:

☐ Seen (no follow-up appt needed)
☑ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | | |
|---|---|---|
| Medication order(s) written: | ☐ Yes | ☑ No | ☐ N/A |
| Problem list in RIIS updated: | ☑ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☑ Yes | ☐ No | ☐ N/A |
| Specialty Recommendation(s): | ☑ Yes | ☐ No | ☐ N/A |

### Follow-up Appt. within

☐ 2 weeks    ☑ 8 weeks
☐ 4 weeks    ☐ 12 weeks
☐ 6 weeks    ☐ Other:_____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _P. T._    4. _____

2. _____    5. _____

3. _____    6. _____

_____    Lester Lieberman, MD    _7/26/10_
Signature    Provider Stamp    Date

## (D) FOR SCHEDULING DEPARTMENT USE ONLY:

New appointment date: _____    ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Scheduler / Coordinator Name: _____    Date: _____



# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name: Henry    First Name: Cavar    B&C #: 3490724085

Date: of Appointment: 7/27/10    Facility: _____

**(B) SPECIALTY CLINIC:**

☐ Audiology          ☐ GI              ☐ Optometry       ☐ Oral Surgery

☐ Cardiology         ☐ Hand            ☐ Orthopedic      ☐ Surgery

☐ Dermatology        ☐ Neurology       ☐ PT              ☐ Urology

☐ ENT                ☐ Ophthalmology   ☐ Podiatry        ☐ Mammo / Sonography

                                                         ☐ OB / GYN

**(C) PROVIDER INFORMATION:**

☐ Seen (no follow-up appt needed)
☑ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | | | |
|---|---|---|---|
| Medication order(s) written: | ☐ Yes | ☐ No | ☐ N/A |
| Problem list in RIIS updated: | ☐ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☐ No | ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☐ No | ☐ N/A |

**Follow-up Appt. within**

☐ 2 weeks        ☐ 8 weeks

☐ 4 weeks        ☐ 12 weeks

☐ 6 weeks        ☑ Other_____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____    4. _____

2. _____    5. _____

3. _____

Signature _____

Jonathan August
Physical Therapy
Provider Stamp

Date 7/27/10

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____    ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____    Date: _____

RECEIVED

JUL 2 8 2010

8/3/10 FU

**CONSULTATION REQUEST**

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Patients' Name _Henry, Lamar_ DOB _____

FROM _GRVC_ , _349-073-1085_
        Correctional institution      Inmate no.

Referred to _____ PU _____ Ward / Clinic

Hospital _WP_ / Clinic no.

Consult Review
Leave blank for hospital use
On Island Specialty Clinic

☒ No Action Needed
☐ See Progress Note

_____
Signature

**Scott Parks, RPA-C**    9/4/10
Name Stamp          Date

8/3/10 PNP

Chief complaint or findings:

___

**Diagnosis, treatment and medications by C.H.S.:**

Jonathan August
Physical Therapy

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

refer to PU 8/3/10

Request:

Date _7/27/10_ Referring Physician _August_ Phone _____ Approved _____

Consultation, findings and recommendations:

- musculoskeletal therapy (R) elbow
- pt. tol. tx well cont po
- pt given FU info

Date _8/3/10_ Physician _August_           (R)

*Reminder: Fully Complete the Problem List*

CHS 5014 (Rev. 5/04)

# Pharmacy Order
## Sorted by: Start Date

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Henry, Levar** | Book & Case: | **349-07-21085** | NYSID: | **7839962Z** |
| DOB: | **11/7/1977** | Site/Housing: | **GRVC/13B** | | |
| Drug: | **Sebulex** | | | Dosage: | **2-2%** |
| Form: | **Shampoo** | SIG: | **shamoo scalp biw** | | |
| Reason: | **Other - seb** | Start: | **8/1/2009** | Duration: | **30 days** |
| Written by: | **Jane Sanjose, Physician** | | | | |
| Approved by: | | | | Pharm: | _____ |
| Allergies: | **NKA** | | | | |

## DC:

| | | | | | |
|---|---|---|---|---|---|
| Name: | **Henry, Levar** | Book & Case: | **349-07-21085** | NYSID: | **7839962Z** |
| DOB: | **11/7/1977** | Site/Housing: | **GRVC/13B** | | |
| Drug: | **Micatin** | | | Dosage: | **2%** |
| Form: | **Cream** | SIG: | **top to feet bid** | | |
| Reason: | **Other - tinea p** | Start: | **8/1/2009** | Duration: | **30 days** |
| Written by: | **Jane Sanjose, Physician** | | | | |
| Approved by: | | | | Pharm: | _____ |
| Allergies: | **NKA** | | | | |

## DC:

C


(150)

# ON – ISLAND SPECIALTY CLINIC

## (A) PATIENT INFORMATION:

Last Name: _Henry_    First Name: _Lamar_    B&C #: _345072085_

Date: of Appointment: _8/3/10_    Facility: _Grn_

## (B) SPECIALTY CLINIC:

- ☐ Audiology
- ☐ Cardiology
- ☐ Dermatology
- ☐ ENT
- ☐ GI
- ☐ Hand
- ☐ Neurology
- ☐ Ophthalmology
- ☐ Optometry
- ☐ Orthopedic
- ☑ PT
- ☐ Podiatry
- ☐ Oral Surgery
- ☐ Surgery
- ☐ Urology
- ☐ Mammo / Sonography
- ☐ OB / GYN

## (C) PROVIDER INFORMATION:

- ☐ Seen (no follow-up appt needed)
- ☐ Seen need follow-up appt)
- ☑ No show (need new appt)
- ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | Yes | No | N/A |
|---|---|---|---|
| Medication order(s) written: | ☐ | ☐ | ☐ |
| Problem list in RIIS updated: | ☐ | ☐ | ☐ |
| F/u appt. updated in RIIS: | ☐ | ☐ | ☐ |
| Specialty Recommendation(s): | ☐ | ☐ | ☐ |

### Follow-up Appt. within
- ☐ 2 weeks
- ☐ 4 weeks
- ☐ 6 weeks
- ☐ 8 weeks
- ☐ 12 weeks
- ☑ Other: _____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____    4. _____

2. _____    5. _____

3. _____    6. _____

Signature: _Augusto_

Jonathan August
Physical Therapy
Provider Stamp    Date: _8/3/10_

## (D) FOR SCHEDULING DEPARTMENT USE ONLY:

New appointment date: _____    ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____    Date: _____

8/12/10 FW

# CONSULTATION REQUEST

AUG - 4 2010

**NEW YORK CITY DEPARTMENT OF HEALTH AND MENTAL HYGIENE**

GA

Patients' Name Henry, Lucas     DOB _____

FROM GMC , 349-073-1085
        Correctional institution        Inmate no.

Referred to PT        Ward / Clinic _____

Hospital WF        / Clinic no. _____

Leave blank for hospital use

Consult Review
On Island Specialty Clinic

☑ No Action Needed

☐ See Progress Note

Signature

**CURT WALKER, RPA-C**     8-11-10
Name Stamp        Date

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

refer 70 PT 8/10/10

Request:

Jonathan August
Physical Therapy

Date 8/2/10     Referring Physician _____     Phone _____     Approved _____

Consultation, findings and recommendations:

- mvd/mav PT (R) elbow - AMP vll/MTR
- PT 70L Tx well; cont OT
- PT Give a FW info

Date 8/10/10     Physician _____     (R2)

**Reminder: Fully Complete the Problem List**



# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name: _Henry_      First Name: _Lavar_      B&C #: _349072/085_

Date: of Appointment: _8/10/10_      Facility: _GMC_

**(B) SPECIALTY CLINIC:**

☐ Oral Surgery

☐ Audiology      ☐ GI            ☐ Optometry      ☐ Surgery

☐ Cardiology     ☐ Hand          ☐ Orthopedic     ☐ Urology

☐ Dermatology    ☐ Neurology     ☑ PT             ☐ Mammo / Sonography

☐ ENT            ☐ Ophthalmology ☐ Podiatry       ☐ OB / GYN

**(C) PROVIDER INFORMATION:**

☐ Seen (no follow-up appt needed)
☒ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | |
|---|---|
| Medication order(s) written: | ☐ Yes ☐ No ☐ N/A |
| Problem list in RIIS updated: | ☐ Yes ☐ No ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes ☐ No ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes ☐ No ☐ N/A |

**Follow-up Appt. within**

☐ 2 weeks      ☐ 8 weeks

☐ 4 weeks      ☐ 12 weeks

☐ 6 weeks      ☒ Other _____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____      4. _____

2. _____      5. _____

3. _____      6. _____

_____         Jonathan August      _8/10/10_
Signature                        Physical Therapy
                                 Provider Stamp        Date

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____      ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Scheduler / Coordinator Name: _____      Date: _____

WHITE COPY TO *FACILITY MEDICAL RECORDS DEPARTMENT FOR FILING*
YELLOW COPY TO *UM DEPARTMENT*

Scheduler will complete Sections A, B, and D      Provider will complete Section C      MM049 (Rev. 6/07)

FW 8/12/10

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

AUG 1 1 2010

Patients' Name Henry, LAVAR         DOB _____

FROM _____Grvc_____, 349-072-1085
      Correctional institution          Inmate no.

Referred to _____PT_____ Ward / Clinic

Hospital _____WF_____ / Clinic no.

Leave blank for hospital use
Consult Reviewal
On Island Specialty Clinic
☑ No Action Needed
☐ See Progress Note
_____
Signature

Scott Parks, RPA-C        8/12/10
Name Stamp                Date

Chief complaint or findings:


**Diagnosis, treatment and medications by C.H.S.:** _____


Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Jonathan August
Physical Therapy

refer to pt    8/12/10

Request:

8/10/10

Date __8/10/10__ Referring Physician __August__ Phone _____ Approved _____

Consultation, findings and recommendations:

- MWP/MAN PTI Person - ann pull more
  pt 7ol 7x well into po
- pt given flu info

Date __8/12/10__ Physician __August__         (RE)

*Reminder: Fully Complete the Problem List*

CHS 5014 (Rev. 5/04)



**NYC Health**
THE NEW YORK CITY DEPARTMENT of HEALTH and MENTAL HYGIENE

DIVISION OF HEALTH CARE ACCESS AND IMPROVEMENT
CORRECTIONAL HEALTH SERVICES

Patient name: HENRY, LEVAR          Facility: GRVC

Book Case: 3490721085

| DATE | TRANSFER CHART REVIEW |
|---|---|
| 8/21/2010 | **PART ONE**  NEW FACILITY: GRVC          PREVIOUS FACILITY: GMDC |
| TIME: | INTAKE HISTORY & PHYSICAL DOCUMENTED: [✓] YES [ ] NO |
| 9:35 AM | RPR RESULTS: [ ] POS [✓] NEG    PPD RESULTS: [ ] POS [✓] NEG [ ] PENDIN |
| | CXR RESULTS: [ ] ABNORMAL [ ] NORMAL [✓] NOT INDICATED [ ] PENDIN |
| | NURSING FOLLOW-UP SCHEDULED: [ ] YES    F/U DATE:          [✓] NOT INDICATED |
| | |
| | PRIORITY REVIEW REQUIRED: [✓] YES          [ ] NO |
| | REASONS (CHECK ALL THAT APPLY): |
| | [ ] PPD pos Pt with no CXR report          [ ] Pt on Methadone |
| | [ ] HIV pos Pt with no CXR report          [ ] Pt on Coumadin |
| | [ ] VCBC Pt on medications          [ ] Pt with expired or soon to be expired medications |
| | [ ] Chronic condition poorly controlled OR unstable chronic dz   [ ] Acute problem needing follow-up |
| | [ ] Transfer to Segregation          [✓] OTHER: mental health |
| | |
| | PRIORITY CHART GIVEN TO: (NAME) SANJOSE, JANE          [✓] MD, [ ] DO, [ ] NP, [ ] PA |
| | COMPLETED BY: SANJOSE, JANE     PRINT/STAMP:     8/21/2010 9:35:18 AM |
| DATE | **PART TWO** |
| 8/21/2010 | CHRONIC CARE PROBLEMS AND F/U DATES AS INDICATED:     [ ] NO ACTIVE PROBLEMS |
| TIME: | 1. needs annual physical     3. None DEPRESSION✓     5. None |
| 9:37 AM | 2. hx rt elbow epicondilytis, pt     4. None     6. None |
| | OTHER ACTIVE PROBLEMS AND F/U DATES AS INDICATED: |
| | 1. None     3. None     5. None |
| | 2. None     4. None     6. None |
| | LAB / X-RAY F/U DATE AS INDICATED:          [✓] NONE |
| | |
| | ALLERGIES: [ ] YES:          [✓] NONE |
| | LIST MEDS RE-WRITTEN (TRANSFERS FROM VCBC, NIC, CDU):     [✓] NO MEDS |
| | |
| | CONSULTS RE-WRITTEN (IF PAST DUE OR NO RECORD IN CHART):     [✓] NO CONSULTS |
| | DIETARY CONSULT WRITTEN: [ ] YES [✓] NO |
| | MENTAL HEALTH F/U: [✓] YES, ROUTINE CONSULT [ ] YES, STAT CONSULT [ ] NOT INDICATED |
| | PATIENT CALLED TO CLINIC: [ ] YES (SEE PROGRESS NOTE)     [✓] NOT INDICATED |
| | |
| | OK FOR FOOD HANDLER'S CERTIFICATE [✓] YES [ ] NO, REASONS: |
| | |
| | COMPLETED BY: SANJOSE, JANE     PRINT/STAMP:     8/21/2010 9:37:00 AM |

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

FW 8/24/10

Leave blank for hospital use

Patients' Name _Henry, Omar_ DOB _____

FROM _GRVC GPX ,349-072-1085_
Correctional institution          Inmate no.

Referred to _____ PT _____ Ward / Clinic

Hospital _____ WF _____ / Clinic no.

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Jonathan August
Physical Therapy

refer 70 PT 8/24/10

Request:

Date _8/17/10_ Referring Physician _August PD_ Phone _____ Approved _____

Consultation, findings and recommendations:

MWF/MAN PT - NGGOE PT. (R) elbow / Triceps
tAm pull (R) UE

PT Td. Tx well: conT PO
-PT Given f/u info

ate _8/24/10_ Physician _August PD_

_Reminder: Fully Complete the Problem List_

S 5014 (Rev. 5/04)

# ON – ISLAND SPECIALTY CLINIC

## (A)  PATIENT INFORMATION:

Last Name: _Henry_    First Name: _Lamar_   B&C #: _349072/085_

Date: of Appointment: _8/17/10_    Facility: _Gml~_

## (B)  SPECIALTY CLINIC:

☐ Oral Surgery

☐ Audiology  ☐ GI  ☐ Optometry  ☐ Surgery

☐ Cardiology  ☐ Hand  ☐ Orthopedic  ☐ Urology

☐ Dermatology  ☐ Neurology  ☑ PT  ☐ Mammo / Sonography

☐ ENT  ☐ Ophthalmology  ☐ Podiatry  ☐ OB / GYN

## (C)  PROVIDER INFORMATION:

☐ Seen (no follow-up appt needed)
☑ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | | | |
|---|---|---|---|
| Medication order(s) written: | ☐ Yes | ☐ No | ☐ N/A |
| Problem list in RIIS updated: | ☐ Yes | ☐ No | ☐ N/A |
| F/u appt. updated in RIIS: | ☐ Yes | ☐ No | ☐ N/A |
| Specialty Recommendation(s): | ☐ Yes | ☐ No | ☐ N/A |

**Follow-up Appt. within**

☐ 2 weeks  ☐ 8 weeks

☐ 4 weeks  ☐ 12 weeks

☐ 6 weeks  ☑ Other: _____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____    4. _____

2. _____    5. _____

3. _____

_____    Jonathan August
Signature                  Physical Therapy         _8/17/10_
                           Provider Stamp            Date

## (D)  FOR SCHEDULING DEPARTMENT USE ONLY:

New appointment date: _____    ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Scheduler / Coordinator Name: _____    Date: _____

fw 8/31/10

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Patients' Name  Henry, Lamar          DOB _____

FROM  GRVC  6A , 349-073-1085
      Correctional institution       Inmate no.

Referred to _____ PT _____ Ward / Clinic

Hospital  WF          / Clinic no.

Leave blank for hospital use

Consult Review
On Island Specialty Clinic

☐ No Action Needed

☐ See Progress Note

_____
Signature

**CURT WALKER, RPA-C**

_____
Name Stamp          Date

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

**Jonathan August
Physical Therapy**

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

refer to PT  8/31/10

Request:

Date  8/24/10  Referring Physician  JAugust PA          Phone _____ Approved _____

Consultation, findings and recommendations:

- MVP (B) elbow
- Man PS Fleiberpz throo (R) Zuccas
- PZ Tol. 70 well wnt R
- PZ Given 5h wnt R

Date  8/31/10  Physician  JAugust PA                    RE



# ON – ISLAND SPECIALTY CLINIC

## (A) PATIENT INFORMATION:

Last Name: _Henry_  First Name: _Lamar_  B&C #: _349977085_

Date: of Appointment: _8/31/10_  Facility: _GMR_

## (B) SPECIALTY CLINIC:

☐ ~~Audiology~~  ☐ ~~GI~~  ☐ ~~Optometry~~  ☐ ~~Surgery~~  ☐ Oral Surgery

☐ Cardiology  ☐ Hand  ☐ Orthopedic  ☐ Urology

☐ Dermatology  ☐ Neurology  ☑ PT  ☐ Mammo / Sonography

☐ ENT  ☐ Ophthalmology  ☐ Podiatry  ☐ OB / GYN

## (C) PROVIDER INFORMATION:

☐ Seen (no follow-up appt needed)
☑ Seen need follow-up appt)
☐ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

### Follow-up Appt. within

☐ 2 weeks   ☐ 8 weeks
☐ 4 weeks   ☐ 12 weeks
☐ 6 weeks   ☑ Other _____

Medication order(s) written: ☐ Yes ☐ No ☐ N/A
Problem list in RIIS updated: ☐ Yes ☐ No ☐ N/A
F/u appt. updated in RIIS: ☐ Yes ☐ No ☐ N/A
Specialty Recommendation(s): ☐ Yes ☐ No ☐ N/A

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____  4. _____

2. _____  5. _____

3. _____  6. _____

_Signature_   Jonathan August
              Physical Therapy
              Provider Stamp   _8/31/10_
                               Date

## (D) FOR SCHEDULING DEPARTMENT USE ONLY:

New appointment date: _____  ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____  Date: _____

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

SEP 1 2010

Patients' Name Henry, Lamar   DOB

FROM GRVC , 349-07a-1005

Correctional institution        Inmate no.

Referred to ___ PT ___   Ward / Clinic

Hospital WF   / Clinic no.

---

Leave blank for hospital use

Consult Review
On Island Specialty Clinic
☑ No Action Needed
☐ See Progress Note

CURT WALKER, RPA-C   9/8/10

Name Stamp   Date

---

Chief complaint or findings:

~~Diagnosis, treatment and medications by C.H.S.:~~

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Jonathan August
Physical Therapy  9/2/10

refer to pt 9/2/10

Request:

Date 8/31/10   Referring Physician August   Phone ___ Approved ___

---

Consultation, findings and recommendations:

- mva ⊕ elbow
- Trigger pt. ⓇM excess
- pt. Td, Td wells carried
- ⓇM Given SW, NB

Date 9/7/10   Physician August

Reminder: Fully Complete the Problem List

CHS 5014 (Rev. 5/04)



# ON – ISLAND SPECIALTY CLINIC

**(A) PATIENT INFORMATION:**

Last Name: _Henry_     First Name: _Lamar_     B&C #: _349072/085_

Date: of Appointment: _9/7/10_     Facility: _Gen_

**(B) SPECIALTY CLINIC:**

- ☐ Audiology
- ☐ Cardiology
- ☐ Dermatology
- ☐ ENT
- ☐ GI
- ☐ Hand
- ☐ Neurology
- ☐ Ophthalmology
- ☐ Optometry
- ☐ Orthopedic
- ☑ PT
- ☐ Podiatry
- ☐ Oral Surgery
- ☐ Surgery
- ☐ Urology
- ☐ Mammo / Sonography
- ☐ OB / GYN

**(C) PROVIDER INFORMATION:**

- ☐ Seen (no follow-up appt needed)
- ☑ Seen need follow-up appt)
- ☐ No show (need new appt)
- ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | Yes | No | N/A |
|---|---|---|---|
| Medication order(s) written: | ☐ | ☐ | ☐ |
| Problem list in RIIS updated: | ☐ | ☐ | ☐ |
| F/u appt. updated in RIIS: | ☐ | ☐ | ☐ |
| Specialty Recommendation(s): | ☐ | ☐ | ☐ |

**Follow-up Appt. within**

- ☐ 2 weeks
- ☐ 4 weeks
- ☐ 6 weeks
- ☐ 8 weeks
- ☐ 12 weeks
- ☑ Other:_____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_____
Signature

Jonathan August
Physical Therapy
Provider Stamp

_9/7/10_
Date

**(D) FOR SCHEDULING DEPARTMENT USE ONLY:**

New appointment date: _____     ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Schedular / Coordinator Name: _____     Date: _____



# ON – ISLAND SPECIALTY CLINIC

## (A) PATIENT INFORMATION:

Last Name: _Henry_    First Name: _Lamar_    B&C #: _349072108S_

Date: of Appointment: _9/14/10_    Facility: _Guam_

## (B) SPECIALTY CLINIC:

☐ Oral Surgery

☐ Audiology        ☐ GI            ☐ Optometry       ☐ Surgery

☐ Cardiology       ☐ Hand          ☐ Orthopedic      ☐ Urology

☐ Dermatology      ☐ Neurology     ☑ PT              ☐ Mammo / Sonography

☐ ENT              ☐ Ophthalmology ☐ Podiatry        ☐ OB / GYN

## (C) PROVIDER INFORMATION:

☐ Seen (no follow-up appt needed)
☐ Seen need follow-up appt)
☑ No show (need new appt)
☐ 2ND No show (Refer Consult to SMD for re-evaluation)

| | |
|---|---|
| Medication order(s) written: ☐ Yes ☐ No ☐ N/A | |
| Problem list in RIIS updated: ☐ Yes ☐ No ☐ N/A | |
| F/u appt. updated in RIIS: ☐ Yes ☐ No ☐ N/A | |
| Specialty Recommendation(s): ☐ Yes ☐ No ☐ N/A | |

### Follow-up Appt. within

☐ 2 weeks        ☐ 8 weeks

☐ 4 weeks        ☐ 12 weeks

☐ 6 weeks        ☑ Other: _____

**Special Recommendations(s): (List each treatment i.e. dressing change, lab tests, x-rays needed, referral to another on/off-island clinic, equipment, etc.)**

1. _____    4. _____

2. _____    5. _____

3. _____    6. _____

_Augusto_                    Jonathan August
Signature                    Physical Therapy                    _9/14/10_
                             Provider Stamp                       Date

## (D) FOR SCHEDULING DEPARTMENT USE ONLY:

New appointment date: _____    ☐ 2ND No show (Refer Consult to SMD for re-evaluation)

Scheduler / Coordinator Name: _____    Date: _____

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name _____ DOB _____

FROM _____
Correctional institution / Inmate no.

Referred to _____ Ward / Clinic

Hospital _____ / Clinic no.

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Request:

Date _____ Referring Physician _____ Phone _____ Approved _____

Consultation, findings and recommendations:

Date _____ Physician _____

*Reminder: Fully Complete the Problem List*

Add In

SEP 8 2010

Fh 9/14/10

# CONSULTATION REQUEST

NEW YORK CITY DEPARTMENT OF HEALTH
AND MENTAL HYGIENE

Leave blank for hospital use

Patients' Name  Henry, Lamar ___ DOB ___

FROM  GRVC 8A , 349-072-1085
      Correctional institution        Inmate no.

Referred to ___ PT ___ Ward / Clinic

Hospital ___ WF ___ / Clinic no.

9/14/10BUP Transferred

Chief complaint or findings:

Diagnosis, treatment and medications by C.H.S.:

Other pertinent physical, psychiatric, and historical findings,
including lab values and x-ray findings:

Jonathan August
Physical Therapy

refer 70 PO  9/14/10

Request:

Date 9/7/10  Referring Physician ___ August MD ___ Phone ___ Approved ___

Consultation, findings and recommendations:

Disch 9/23/10 XSD APDC

Date ___ Physician ___

*Reminder: Fully Complete the Problem List*

CHS 5014 (Rev. 5/04)