UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEVAR T. HENRY,<br><br>    Plaintiff,<br><br>v.<br><br>WILLIAMS, *et. al.,*<br><br>    Defendants. | Civil. Action No. 11-CV-02604-LTS-DCF<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Peter J. Shen of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 399 Park Avenue, New York, New York, 10022, hereby appears on behalf of Plaintiff Levar T. Henry in the above-captioned action.  I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: New York, NY
   March 23, 2012

WILMER CUTLER PICKERING
 HALE AND DORR LLP

By:/s/ Peter J. Shen
 Peter J. Shen

399 Park Avenue
New York City, New York 10022
Tel.:(212) 230-8800
Fax: (212) 230-8888
Email: Peter.Shen@wilmerhale.com

*Attorney for Plaintiff Levar T. Henry*