UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

HENRY

            Plaintiff,

Case No.  11cv2604 (LTS)

    -against-

WILLIAMS, ET AL.

           Defendant.

------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending          [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

PETER J. SHEN
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: PS3696     My State Bar Number is  4186813

I am,

[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:     FIRM NAME:  WILMER CUTLER PICKERING HALE AND DORR LLP
              FIRM ADDRESS:  399 PARK AVENUE, NEW YORK, NEW YORK 10022
              FIRM TELEPHONE NUMBER:  212-230-8800
              FIRM FAX NUMBER:  212-230-8888

NEW FIRM:     FIRM NAME:  WILMER CUTLER PICKERING HALE AND DORR LLP
              FIRM ADDRESS:  7 WTC, 250 GREENWICH STREET, NY, NY 10007
              FIRM TELEPHONE NUMBER:  212-230-8818
              FIRM FAX NUMBER:  212-230-8888

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 12, 2012             /S/ PETER J. SHEN
                                 _____
                                 ATTORNEY'S SIGNATURE