UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEVAR T. HENRY,<br><br>                Plaintiff,<br><br>v.<br><br>WILLIAMS, *et. al.,*<br><br>                Defendants. | Civil. Action No. 11-CV-02604-LTS-DCF<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that David Bassett of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York, 10007, hereby appears on behalf of Plaintiff Levar T. Henry in the above-captioned action. I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: New York, NY
      August 2, 2012

WILMER CUTLER PICKERING
   HALE AND DORR LLP

By:/s/ David Bassett
   David Bassett
   7 World Trade Center
   255 Greenwich Street
   New York, NY 10007
   Tel.:(212) 230-8800
   Fax: (212) 230-8888
   Email: Peter.Shen@wilmerhale.com

*Attorney for Plaintiff Levar T. Henry*