

MICHAEL A. CARDOZO  
*Corporation Counsel*

THE CITY OF NEW YORK  
LAW DEPARTMENT  
100 CHURCH STREET  
NEW YORK, NY 10007

Elissa B. Jacobs  
*Special Federal Litigation*  
(212) 788-0899  
(212) 788-9776 (fax)  
cjacobs@law.nyc.gov

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 8/21/2012

August 20, 2012

By FAX (212) 805-4258  
Honorable Debra Freeman  
United States Magistrate Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

Re: Levar T. Henry v. City of New York, et al.,  
11 Civ. 2604 (LTS)(DCF)

**MEMO ENDORSED**

Your Honor:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of The City of New York, representing the defendants in this action. I am writing to request a sixty-day extension of time to complete fact discovery, from August 31, 2012 to October 31, 2012. Plaintiff's counsel, Pete Shen, consents to this request.

While this case was originally filed in 2011, plaintiff's counsel first appeared on this case in March of this year, and a case management conference was held on April 26, 2012. Since then the parties have been conducting paper discovery, which is ongoing as defendants continue to search for certain documents. The parties are starting depositions this week. Depositions have been delayed by several weeks due to scheduling conflicts.

*Deadline for completion of all discovery is extended to October 31, 2012.*

SO ORDERED:   DATE: 8/21/12

_____  
DEBRA FREEMAN  
UNITED STATES MAGISTRATE JUDGE

Honorable Judge Freeman
Henry v. NYC, et al.
August 20, 2012
Page 2

      No previous request for an extension of discovery has been made by either party. Accordingly, we respectfully request an 60-day extension of discovery to October 31, 2012. Thank you for your consideration of this request.

Respectfully submitted,

*Elissa*

Elissa B. Jacobs
Assistant Corporation Counsel

cc:    Pete Shen    <u>By E-MAIL</u>
       *Attorney for Plaintiff*