UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

LEVAR T. HENRY,

                                    Plaintiff,

                -against-

SECURITY CAPTAIN MICHAEL WILLIAMS *et al.,*

                                    Defendants.

-------------------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____           │
│ DATE FILED:  9/19/12             │
└─────────────────────────────────┘
```

11 Civ. 02604 (LTS) (DF)

**SCHEDULING ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

The above-captioned case having been referred to this Court for general pretrial supervision, it is hereby ORDERED that:

Defendants' counsel shall make arrangements for Plaintiff to participate in a telephone conference call with the parties and the Court on Friday, September 21, 2012 at 3:00 p.m., and shall initiate that call to my chambers on that date.

Dated: New York, New York
       September 19, 2012

                              SO ORDERED

                              _____
                              DEBRA FREEMAN
                              United States Magistrate Judge

Copies to:

All counsel (via ECF)