UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LEVAR T. HENRY,

         Plaintiff,

   -against-

SECURITY CAPTAIN MICHAEL WILLIAMS *et al.*,

         Defendants.
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/12
```

11 Civ. 02604 (LTS) (DF)

SCHEDULING ORDER

**DEBRA FREEMAN, United States Magistrate Judge:**

The above-captioned case having been referred to this Court for general pretrial supervision, it is hereby ORDERED that:

Defendants' counsel shall make arrangements for Plaintiff to participate in a telephone conference call with the parties and the Court on Thursday, October 11, 2012 at 9:00 a.m., and shall initiate that call to my chambers on that date.

Dated: New York, New York
    September 21, 2012

              SO ORDERED

              _____
              DEBRA FREEMAN
              United States Magistrate Judge

Copies to:

All counsel (via ECF)