

**RECEIVED**
SEP 27 2012
CHAMBERS OF
DEBRA FREEMAN
U.S.M.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/12

# WILMERHALE

Peter J. Shen

+1 212 230 8896 (t)
+1 212 230 8888 (f)
peter.shen@wilmerhale.com

September 27, 2012

<u>By Facsimile (212) 805-4258</u>

Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  <u>Levar T. Henry v. Williams et al.</u>, 11 Civ. 2604-LTS-DCF

Your Honor:

I represent Mr. Henry, the plaintiff in this case. I am writing to request an order from the Court granting leave to take the deposition of Derek Rembert. Mr. Rembert, DIN# 12A1038, is presently incarcerated at the Sing Sing Correctional Facility, 354 Hunter Street, Ossining, New York 10562. Counsel for plaintiff would like to depose Mr. Rembert on October 4, 2012, or another acceptable date for the parties involved, but by the close of discovery in this case on October 31, 2012.

This is an action brought by Mr. Henry for, among other things, injuries sustained at the hands of certain correctional officers. Plaintiff's counsel seeks to take the deposition of Mr. Rembert because he is a witness to the actions by these correctional officers that caused the injuries that Mr. Henry suffered.

Accordingly, pursuant to Fed. R. Civ. P. 30(a)(2)(B), Plaintiff respectfully requests the Court to enter an order granting Plaintiff's counsel leave to depose Mr. Rembert by October 31, 2012. *granted*

Respectfully,

Peter J. Shen

cc:  Elissa B. Jacobs, Assistant Corporation Counsel
     Attorney for Defendants

SO ORDERED:   DATE: 9/28/12

_____
DEBRA FREEMAN
**UNITED STATES MAGISTRATE JUDGE**

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington