

**RECEIVED**
OCT 19 2012
CHAMBERS OF
DEBRA FREEMAN
U.S.M.J.

October 17, 2012

**WILMERHALE**

Peter J. Shen

+1 212 230 8896 (t)
+1 212 230 8888 (f)
peter.shen@wilmerhale.com

**By Facsimile (212) 805-4258**

Honorable Debra Freeman
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __10/19/12__ |

Re:  Levar T. Henry v. Williams et al., 11 Civ. 2604-LTS-DCF        **MEMO ENDORSED**

Dear Judge Freeman:

Parties' counsel write to seek a brief stay in discovery in this case, in light of ongoing settlement discussions between the parties, and request an extension of the discovery deadline to November 16, 2012.

Initially, we thank Your Honor for mediating the recent settlement conference, which has helped the parties in subsequent discussions on settlement. Today, the parties exchanged comments on a draft settlement agreement. While the parties continue to negotiate on certain essential terms, an agreement on the dollar amount reflects substantial progress on the effort to settle the case.

The current discovery deadline, which has once been extended by Your Honor, is October 31, 2012. The parties request an extension of the deadline to Friday, November 16, 2012, in order to allot the next two weeks to continued good-faith efforts towards finalizing a settlement.

Respectfully,

/s/ Peter J. Shen

Peter J. Shen, *Attorney for Plaintiff*

/s/ Elissa B. Jacobs

Elissa B. Jacobs, *Assistant Corporation Counsel on behalf of Defendants*

**SO ORDERED:   DATE:** __10/19/12__

__Debra Freeman__
**DEBRA FREEMAN**
**UNITED STATES MAGISTRATE JUDGE**